| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo (Bar No. 144074)<br>dalekgalipo@yahoo.com<br>Eric Valenzuela (Bar No. 284500)<br>evalenzuela@galipolaw.com<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, California  91367<br>Telephone:  (818) 347-3333 | |
| ATTORNEY(S) FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MARIA GUADALUPE DIAZ, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| CITY OF TORRANCE; and DOES 1-10, inclusive | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Maria Guadalupe Diaz; | Plaintiff |
| A.D., a minor by and through his Guardian Ad Litem, Maria Guadalupe Diaz; | Plaintiff |
| A.D., a minor by and through his Guardian Ad Litem, Maria Guadalupe Diaz; | Plaintiff |
| Leonardo Diaz; | Plaintiff |
| Ramona Ramirez De Diaz | Plaintiff |
| City of Torrance | Defendant |
| Does 1-10, Inclusive | Defendants |

April 17, 2025
Date

/s/ Eric Valenzuela
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)                                   **NOTICE OF INTERESTED PARTIES**