LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:    (818) 347-3333
Facsimile:     (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF TORRANCE; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:25−cv−03389 JLS (JCx) <br><br> **[PROPOSED] ORDER APPOINTING MARIA GUADALUPE DIAZ AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF A.D.** |

## ORDER APPOINTING GUARDIAN AD LITEM

The Court, having considered the application of MARIA GUADALUPE DIAZ for appointment as Guardian Ad Litem for A.D., a minor, who is a plaintiff in the above action and good cause appearing, IT IS ORDERED that MARIA GUADALUPE DIAZ be appointed Guardian Ad Litem for A.D. in the above action.

DATED: _____, 2025        _____

                                                           Hon. Jacqueline Chooljian

                                                           United States Magistrate Judge

[PROPOSED] ORDER APPOINTING MARIA GUADALUPE DIAZ AS GUADIAN AD LITEM FOR A.D.