1 | LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF TORRANCE; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:25−cv−03389 JLS (JCx)<br><br>**PETITION FOR APPOINTMENT AS GUARDIAN AD LITEM FOR A.D., A MINOR** |

1. Petitioner MARIA GUADALUPE DIAZ is the natural mother of the minor, A.D. Petitioner is a resident of the County of Los Angeles, State of California.

2. Minor A.D. is a plaintiff and has claims, as alleged in the complaint filed in the herein action, arising out of the violation of his rights and his father's civil rights. On December 2, 2024, officers from the City of Torrance Police Department used excessive and unreasonable force against decedent LEONARDO DIAZ when they shot and killed Leonardo Diaz, the natural father of minor A.D.

3. Petitioner is also a named plaintiff and wife of decedent. .

4. Petitioner is a responsible adult and fully competent to understand and protect the rights of said minor.

WHEREFORE, Petitioner prays that MARIA GUADALUPE DIAZ be appointed guardian ad litem for A.D. to prosecute this action on his behalf.

DATED: April 22, 2024                LAW OFFICES OF DALE K. GALIPO

                                     By  /s/ *Eric Valenzuela*
                                         Dale K. Galipo
                                         Eric Valenzuela
                                         Attorneys for Plaintiffs