LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TORRANCE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.<br><br>**CONSENT OF NOMINEE MARIA GUADALUPE DIAZ TO APPOINTMENT AS GUARDIAN AD LITEM FOR A.D.** |

# CONSENT OF NOMINEE

I, MARIA GUADALUPE DIAZ, the nominee and natural mother to A.D., a minor Plaintiff and the son of the decedent in the above referenced action, consent to act as guardian ad litem for the minor Plaintiff A.D. in the above referenced action.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: 4/16/2025

Signed by:
*Maria Guadalupe Diaz*
44434BF17079495...
MARIA GUADALUPE DIAZ

-2-
CONSENT OF NOMINEE