1 LAW OFFICES OF DALE K. GALIPO
2 Dale K. Galipo (Bar No. 144074)
  dalekgalipo@yahoo.com
3 Eric Valenzuela (Bar No. 284500)
  evalenzuela@galipolaw.com
4 21800 Burbank Boulevard, Suite 310
  Woodland Hills, California  91367
5 Telephone:   (818) 347-3333
  Facsimile:    (818) 347-4118
6
7 Attorneys for Plaintiffs

8

9                **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11

12 MARIA GUADALUPE DIAZ; A.D., a          Case No. 2:25−cv−03389 JLS (JCx)
   minor by and through his Guardian Ad
13 Litem, MARIA GUADALUPE DIAZ;          **[PROPOSED] ORDER**
   A.D., a minor by and through his       **APPOINTING MARIA**
14 Guardian Ad Litem, MARIA               **GUADALUPE DIAZ AS**
   GUADALUPE DIAZ; LEONARDO               **GUARDIAN AD LITEM FOR**
15 DIAZ; and RAMONA RAMIREZ DE            **MINOR PLAINTIFF A.D.**
   DIAZ,
16
17              Plaintiffs,

18              vs.

19
   CITY OF TORRANCE; and DOES 1-10,
20 inclusive,

21              Defendants.

22

23

24

25

26

27

28

## <u>ORDER APPOINTING GUARDIAN AD LITEM</u>

The Court, having considered the application of MARIA GUADALUPE DIAZ for appointment as Guardian Ad Litem for A.D., a minor, who is a plaintiff in the above action and good cause appearing, IT IS ORDERED that MARIA GUADALUPE DIAZ be appointed Guardian Ad Litem for A.D. in the above action.

DATED: _____, 2025          _____

                                                   Hon. Jacqueline Chooljian

                                                   United States Magistrate Judge

[PROPOSED] ORDER APPOINTING MARIA GUADALUPE DIAZ AS GUADIAN AD LITEM FOR A.D.