LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ,<br><br>           Plaintiffs,<br><br>      vs.<br><br>CITY OF TORRANCE; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 2:25−cv−03389 JLS (JCx)<br><br>**DECLARATION OF MARIA GUADALUPE DIAZ AS SUCCESSOR IN INTEREST TO DECEDENT LEONARDO DIAZ (C.C.P. §377.32)** |

-1-
DECLARATION OF SUCCESSOR IN INTEREST PURSUANT TO CCP 377.32

## C.C.P. 377.32 DECLARATION OF MARIA GUADALUPE DIAZ AS SUCCESSOR IN INTEREST TO DECEDENT LEONARDO DIAZ

I, Maria Guadalupe Diaz, do hereby declare as follows:

1. My name is Maria Guadalupe Diaz. I am a competent adult over the age of eighteen and the wife of Decedent.
2. I am personally familiar with the fact contained herein and would and could testify thereto if called upon to do so.
3. The decedent's name is Leonardo Diaz. ("Decedent").
4. Decedent is my husband.
5. Decedent passed away on December 2, 2024 in the City of Torrance, California.
6. No proceeding is now pending in California for administration of the decedent's estate.
7. I am one of the Decedent's successors in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and I succeed to the interest in this action or proceeding as the wife of Decedent.
8. No other person has a superior right to commence the action or proceeding, with the exception of Decedent's children, A.D., a minor, and A.D., a minor.
9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 22 day of April 2025, in Los Angeles, California.



Maria Guadalupe Diaz

-2-
DECLARATION OF SUCCESSOR IN INTEREST PURSUANT TO CCP 377.32