# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**STATE FILE NUMBER:** 3052024268655
**LOCAL REGISTRATION NUMBER:** 3202419058957

### CERTIFICATE OF DEATH

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT–FIRST (Given) | LEONARDO |
| 2. MIDDLE | - |
| 3. LAST (Family) | DIAZ |
| 4. DATE OF BIRTH | 02/08/1990 |
| 5. AGE Yrs. | 34 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | MARRIED |
| 7. DATE OF DEATH | 12/02/2024 |
| 8. HOUR (24 Hours) | 1715 |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC | YES MEXICAN |
| 16. DECEDENT'S RACE | MEXICAN AMERICAN |
| 17. USUAL OCCUPATION | EQUIPMENT MECHANIC |
| 18. KIND OF BUSINESS OR INDUSTRY | MECHANIC |
| 19. YEARS IN OCCUPATION | 2 |
| 20. DECEDENT'S RESIDENCE | 7717 S. FIGUEROA ST |
| 21. CITY | LOS ANGELES |
| 22. COUNTY/PROVINCE | LOS ANGELES |
| 23. ZIP CODE | 90003 |
| 24. YEARS IN COUNTY | 34 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | MARIA GUADALUPE DIAZ, WIFE |
| 27. INFORMANT'S MAILING ADDRESS | 7717 S. FIGUEROA ST, LOS ANGELES, CA 90003 |
| 28. NAME OF SURVIVING SPOUSE–FIRST | MARIA |
| 29. MIDDLE | GUADALUPE |
| 30. LAST (BIRTH NAME) | DIAZ |
| 31. NAME OF PARENT–FIRST | LEONARDO |
| 32. MIDDLE | - |
| 33. LAST (BIRTH NAME) | DIAZ |
| 34. BIRTH STATE | NAY, MX |
| 35. NAME OF PARENT–FIRST | RAMONA |
| 36. MIDDLE | - |
| 37. LAST (BIRTH NAME) | RAMIREZ |
| 38. BIRTH STATE | COL, MX |
| 39. DISPOSITION DATE | 01/04/2025 |
| 40. PLACE OF FINAL DISPOSITION | RESURRECTION CEMETERY, 966 N. POTRERO GRANDE DRIVE, ROSEMEAD, CA 91770 |
| 41. TYPE OF DISPOSITION(S) | BURIAL |
| 42. SIGNATURE OF EMBALMER | JESSICA A MOLINA |
| 43. LICENSE NUMBER | EMB9384 |
| 44. NAME OF FUNERAL ESTABLISHMENT | AGAPE FUNERAL HOME |
| 45. LICENSE NUMBER | FD1965 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MUNTU DAVIS MD |
| 47. DATE | 12/17/2024 |
| 101. PLACE OF DEATH | STREET |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | Other (X) |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | OREGON COURT AND MAPLE AVE |
| 106. CITY | TORRANCE |
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | MULTIPLE GUNSHOT WOUNDS |
| Time Interval (AT) | MINS |
| 108. DEATH REPORTED TO CORONER? | YES |
| REFERRAL NUMBER | 2024-18831 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO |
| 119. MANNER OF DEATH | Homicide (X) |
| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE | 12/02/2024 |
| 122. HOUR | 1701 |
| 123. PLACE OF INJURY | STREET AND/OR HIGHWAY |
| 124. DESCRIBE HOW INJURY OCCURRED | SHOT BY OTHER(S) DURING ENCOUNTER WITH LAW ENFORCEMENT |
| 125. LOCATION OF INJURY | OREGON COURT AND MAPLE AVE, TORRANCE, CA 90503 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | REGINA AUGUSTINE |
| 127. DATE | 12/13/2024 |
| 128. TYPE NAME, TITLE OF CORONER | REGINA AUGUSTINE, DEP CORONER |

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.





 MD
Health Officer and Registrar  VE DATE ISSUED



*004546102*

DEC 23 2024

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE