# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**STATE FILE NUMBER:** 3052024268655
**LOCAL REGISTRATION NUMBER:** 3202419058957

### CERTIFICATE OF DEATH

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | LEONARDO |
| 2. MIDDLE | - |
| 3. LAST (Family) | DIAZ |
| 4. DATE OF BIRTH | 02/08/1990 |
| 5. AGE Yrs. | 34 |
| 6. SEX | M |
| 7. DATE OF DEATH | 12/02/2024 |
| 8. HOUR (24 Hours) | 1715 |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | MARRIED |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC | YES MEXICAN |
| 16. DECEDENT'S RACE | MEXICAN AMERICAN |
| 17. USUAL OCCUPATION | EQUIPMENT MECHANIC |
| 18. KIND OF BUSINESS OR INDUSTRY | MECHANIC |
| 19. YEARS IN OCCUPATION | 2 |
| 20. DECEDENT'S RESIDENCE | 7717 S. FIGUEROA ST |
| 21. CITY | LOS ANGELES |
| 22. COUNTY/PROVINCE | LOS ANGELES |
| 23. ZIP CODE | 90003 |
| 24. YEARS IN COUNTY | 34 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | MARIA GUADALUPE DIAZ, WIFE |
| 27. INFORMANT'S MAILING ADDRESS | 7717 S. FIGUEROA ST, LOS ANGELES, CA 90003 |
| 28. NAME OF SURVIVING SPOUSE – FIRST | MARIA |
| 29. MIDDLE | GUADALUPE |
| 30. LAST (BIRTH NAME) | DIAZ |
| 31. NAME OF PARENT – FIRST | LEONARDO |
| 32. MIDDLE | - |
| 33. LAST (BIRTH NAME) | DIAZ |
| 34. BIRTH STATE | NAY, MX |
| 35. NAME OF PARENT – FIRST | RAMONA |
| 36. MIDDLE | - |
| 37. LAST (BIRTH NAME) | RAMIREZ |
| 38. BIRTH STATE | COL, MX |
| 39. DISPOSITION DATE | 01/04/2025 |
| 40. PLACE OF FINAL DISPOSITION | RESURRECTION CEMETERY, 966 N. POTRERO GRANDE DRIVE, ROSEMEAD, CA 91770 |
| 41. TYPE OF DISPOSITION(S) | BURIAL |
| 42. SIGNATURE OF EMBALMER | JESSICA A MOLINA |
| 43. LICENSE NUMBER | EMB9384 |
| 44. NAME OF FUNERAL ESTABLISHMENT | AGAPE FUNERAL HOME |
| 45. LICENSE NUMBER | FD1965 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MUNTU DAVIS MD |
| 47. DATE | 12/17/2024 |
| 101. PLACE OF DEATH | STREET |
| 103. IF OTHER THAN HOSPITAL | Other X |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | OREGON COURT AND MAPLE AVE |
| 106. CITY | TORRANCE |
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE (A) | MULTIPLE GUNSHOT WOUNDS |
| Time Interval (AT) | MINS |
| 108. DEATH REPORTED TO CORONER? | YES |
| Referral Number | 2024-18831 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO |
| 119. MANNER OF DEATH | Homicide |
| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE | 12/02/2024 |
| 122. HOUR | 1701 |
| 123. PLACE OF INJURY | STREET AND/OR HIGHWAY |
| 124. DESCRIBE HOW INJURY OCCURRED | SHOT BY OTHER(S) DURING ENCOUNTER WITH LAW ENFORCEMENT |
| 125. LOCATION OF INJURY | OREGON COURT AND MAPLE AVE, TORRANCE, CA 90503 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | REGINA AUGUSTINE |
| 127. DATE | 12/13/2024 |
| 128. TYPE NAME, TITLE OF CORONER | REGINA AUGUSTINE, DEP CORONER |

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.



*004546102*

Health Officer and Registrar — MD
VE DATE ISSUED — DEC 23 2024



This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE