LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TORRANCE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF MARIA GUADALUPE DIAZ AS GUARDIAN AD LITEM FOR A.D., SUCCESSOR IN INTEREST TO LEONARDO DIAZ** |

Docusign Envelope ID: 3384550E-7FBF-4456-93CE-9FA4BFB50BFB
Case 2:25-cv-03389-JLS-JC    Document 14    Filed 04/23/25    Page 2 of 2    Page ID #:58

# C.C.P. 377.32 DECLARATION OF MARIA GUADALUPE DIAZ AS GUARDIAN AD LITEM FOR A.D., SUCCESSOR IN INTEREST TO LEONARDO DIAZ

I, MARIA GUADALUPE DIAZ, do hereby declare as follows:

1. I am the natural mother for the minor child, A.D.
2. The decedent is Leonardo Diaz, who is the natural father of minor A.D.
3. A.D.'s father, Leonardo Diaz, passed away on December 2, 2024, on the 2900 block of Oregon Court, in the City of Torrance, California.
4. No proceeding is now pending in California for administration of the decedent's estate.
5. A.D. is one of the decedent's successors in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in this action or proceeding.
6. The only other people having a right to commence the action or proceeding are the decedent's wife and other child, which are the subject of separate declarations being filed.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: 4/16/2025

Signed by: *Maria Guadalupe Diaz*
44434BF17079495
MARIA GUADALUPE DIAZ

-2-
DECLARATION AS GUARDIAN AD LITEM FOR SUCCESSOR IN INTEREST PURSUANT TO CCP