LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TORRANCE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25−cv−03389 JLS (JCx)<br><br>**ORDER CONDITIONALLY GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND CONDITIONALLY APPOINTING MARIA GUADALUPE DIAZ AS GUARDIAN AD LITEM FOR SECOND-LISTED MINOR PLAINTIFF A.D.**<br><br>**[DOCKET NO. 11]** |

**ORDER CONDITIONALLY APPOINTING GUARDIAN AD LITEM**

The Court, having considered the application of MARIA GUADALUPE DIAZ for appointment as Guardian Ad Litem for A.D., a minor, who is the second-listed A.D. in the Complaint in the above action, and good cause appearing, IT IS ORDERED that MARIA GUADALUPE DIAZ is conditionally appointed Guardian Ad Litem for the second-listed A.D. in the above action, subject to a later review by the District Judge.

DATED: April 24, 2025                                    /s/
                                                                 Hon. Jacqueline Chooljian
                                                                 United States Magistrate Judge