LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ,

Plaintiffs,

vs.

CITY OF TORRANCE; and DOES 1-10, inclusive,

Defendants.

**Case No. 2:25−cv−03389 JLS (JCx)**

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

1  **<u>TO THE HONORABLE COURT:</u>**

2

3      In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and

4  Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of

5  the Complaint, Summons, and other documents on Defendant City of Torrance.

6  (attached hereto as Exhibit "A").

7

8  DATED:  May 8, 2025              LAW OFFICES OF DALE K. GALIPO

9

10

11                        By  /s/ *Eric Valenzuela*
                              Dale K. Galipo
12                            Eric Valenzuela
                              Attorneys for Plaintiffs
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Civil Action No. **2:25-cv-03389-JLS(JCx)**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:    **CITY OF TORRANCE**
**was received by me on  April 23, 2025**

☐ I personally served the  on the individual at   on


☐ I left the  at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM at  3031 Torrance Boulevard , Torrance, CA 90503 to Courtney B. (Last name Unknown), (Caucasian, Female, 40 yrs, 130 lbs, Green Eyes, Blonde Hair), Administrative Assistant, authorized person to accept service of process, who is designated by law to accept service of process on behalf of **CITY OF TORRANCE**  on  **April 28, 2025 at 2:05 PM**


☐ other  *(specify):*


*My fees are $ for travel and $  for services, for a total of $ 138.25*


*I declare under penalty of perjury that this information is true.*


Date: **5/5/2025**

_____
*Server's signature*



_____
**Bobbie A. Ascate**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.: 2024083109 / County: LOS ANGELES**
*Server's Address*

Additional information regarding attempted service, etc.:



MARIA GUADALUPE DIAZ; et al vs CITY OF TORRANCE

A0440-2439595