| | |
|---|---|
| 1 | LAW OFFICES OF DALE K. GALIPO |
| | Dale K. Galipo, SBN 144074 |
| 2 | dalekgalipo@yahoo.com |
| | Eric Valenzuela, SBN 284500 |
| 3 | evalenzuela@galipolaw.com |
| | 21800 Burbank Boulevard, Suite 310 |
| 4 | Woodland Hills, CA 91367 |
| | Telephone: (818) 347-333 |
| 5 | Facsimile: (818) 347-4118 |
| 6 | Attorneys for Plaintiffs, |
| | Maria Guadalupe Diaz, et. al. |
| 7 | |
| | JONES MAYER |
| 8 | Angela M. Powell, SBN 191876 |
| | amp@jones-mayer.com |
| 9 | Helen O. Kim, SBN 254560 |
| | hok@jones-mayer.com |
| 10 | 3777 North Harbor Boulevard |
| | Fullerton, CA 92835 |
| 11 | Telephone: (714) 446-1400 |
| | Facsimile: (714) 446-1448 |
| 12 | |
| | Attorneys for Defendant, |
| 13 | City of Torrance |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA DE DIAZ, | Case No: 2:25-cv-03389 |
| | Assigned to Judge Josephine L. Staton |
| | Magistrate Judge: Jacqueline Chooljian |
| Plaintiffs, | |
| vs. | STIPULATION TO EXTEND TIME FOR CITY OF TORRANCE TO FILE A RESPONSE TO PLAINITFFS' COMPLAINT BY NOT MORE THAN 30 DAYS |
| CITY OF TORRANCE; and DOES 1-10, inclusive, | (L.R. 8-3) |
| Defendants. | |

1

STIPULATION TO EXTEND TIME FOR CITY OF TORRANCE TO FILE A RESPONSE TO PLAINTIFFS'
COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiffs Maria Guadalupe Diaz; A.D., a minor by and through his Guardian Ad Litem, Maria Guadalupe Diaz; A.D., a minor by and through his Guardian Ad Litem, Maria Guadalupe Diaz; Leonardo Diaz; and Ramona de Diaz (hereinafter referred as "Plaintiffs") and City of Torrance (hereinafter referred as "City Defendant") by and through their respective counsel of record, that pursuant to Central District Local Rule 8-3, the time by which City Defendant may answer or otherwise respond to the Complaint is extended by not more than 30 days.

City Defendant's response to the Complaint is currently due on May 19, 2025. Parties stipulate that City Defendant has a 30-day extension up to and including June 18, 2025 to file and serve their response.

This is the first extension the Parties have sought regarding City Defendant's time to file an answer or other responsive pleading.

Dated: May 15, 2025          LAW OFFICES OF DALE K. GALIPO

By: *S/ Eric Valenzuela*
    Dale K. Galipo
    Eric Valenzuela
    Attorneys for Plaintiffs,
    Maria Guadalupe Diaz, et. al.

Dated: May 15, 2025          JONES MAYER

By: *S/ Helen O. Kim*
    Angela M. Powell
    Helen O. Kim
    Attorneys for Defendant,
    City of Torrance