NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Angela M. Powell, Esq.  SBN 191876
Helen O. Kim, Esq.  SBN 254560
JONES MAYER
3777 N. Harbor Blvd.
Fullerton, California 92835
Telephone:  (714) 446-1400 Facsimile (714) 446-1448
Email: amp@jones-mayer.com; hok@jones-mayer.com

ATTORNEY(S) FOR: Defendant City of Torrance

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF TORRANCE<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-03389-JLS(JCx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Defendant, City of Torrance
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| City of Torrance | Defendant |
| Maria Guadalupe Diaz, A.D., a minor | Plaintiff |
| Maria Guadalup Diaz, A.D., a minorz | Plaintiff |
| Leonardo Diaz | Plaintiff |
| Ramona Ramirez de Diaz | Plaintiff |

June 18, 2025
_____
Date

_____
Signature
Helen O. Kim

Attorney of record for (or name of party appearing in pro per):

Defendant, City of Torrance
_____

American LegalNet, Inc.
www.FormsWorkFlow.com