# EXHIBIT A

# EXHIBIT A
## PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME:
CASE NO:

| Matter | Deadline | Plaintiff(s) Request | Defendant(s) Request |
|---|---|---|---|
| Last Day to File Motions to Add Parties and Amend Pleadings | Scheduling Conference Date plus 8 weeks | 10/10/2026 | Same |
| Fact Discovery Cut-Off | Depending on case complexity, generally a Friday between 6-9 months after the Scheduling Conference | 05/15/2026 | Same |
| Last Day to Serve Initial Expert Reports | 2 weeks after Fact Discovery Cut-Off | 05/29/2026 | Same |
| Last Day to File Motions (except *Daubert* and all other Motions in Limine) | 2 weeks after Fact Discovery Cut-Off | 05/29/2026 | Same |
| Last Day to Serve Rebuttal Expert Reports | 6 weeks after Fact Discovery Cut-Off | 06/26/2026 | Same |
| Last Day to Conduct Settlement Proceedings | 9 weeks after Fact Discovery Cut-Off | 07/17/2026 | Same |
| Expert Discovery Cut-Off | 10 weeks after Fact Discovery Cut-Off | 07/24/2026 | Same |
| Last Day to File *Daubert* Motions: | 1 week after Expert Discovery Cut-Off | 07/31/2026 | Same |
| Last Day to File Motions in Limine: | 4 weeks before the FPTC | 09/18/2026 | Same |
| Final Pre-Trial Conference **(Friday at 10:30 a.m.)** | 22 weeks after Fact Discovery Cut-Off | 10/16/2026 | Same |

**Revised: September 12, 2023**