1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Eric Valenzuela (Bar No. 284500)
3  evalenzuela@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California  91367
   Telephone:   (818) 347-3333
5  Facsimile:   (818) 347-4118

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ, <br><br> Plaintiffs, <br><br> vs. <br><br> CIty of TORRANCE; and Does 1-10, inclusive, <br><br> Defendants. | Case No. 2:25−cv−03389−JLS(JCx) <br><br> Honorable Josephine L. Staton <br> Courtroom 8A <br><br> **JOINT STIPULATION TO AMEND COMPLAINT TO SUBSTITUTE OFFICERS ARTURO CASTILLO, CODY WISSLER, JESUS GARCIA AND JASON BERMUDEZ IN PLACE OF DOE DEFENDANTS 1-4** <br><br> [Proposed] Order and Amended Complaint <br> *filed concurrently herewith* |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiffs and Defendant, through their respective attorneys of record, as follows:

Since Plaintiffs filed their complaint in this action and conducted some initial discovery, Plaintiffs have recently discovered the name of additional parties and have informed Defendant that they intend to seek leave of Court to file a First Amended Complaint replacing Doe Defendants 1-4 with the names of Arturo Castillo, Cody Wissler, Jesus Garcia and Jason Bermudez of the CITY OF TORRANCE police department. Defendant stipulates that leave to amend the complaint, specifically for the purpose to include as named defendants Arturo Castillo, Cody Wissler, Jesus Garcia and Jason Bermudez in place of Doe Defendant 1-4, be granted.

The parties are not waiving the requirements of FRCP 15(a)(2) regarding future amendments and that any further amendment would require court approval pursuant to FRCP 15(a)(2) absent further stipulation by the parties.

Based upon the foregoing, the parties apply for and stipulate to an order permitting Plaintiffs to file a First Amended Complaint.

A copy of the "redlined" version of the First Amended Complaint is attached hereto as Exhibit "A".

DATED: October 2, 2025          LAW OFFICES OF DALE K. GALIPO

                                By  /s/ Eric Valenzuela
                                    Eric Valenzuela
                                    Attorney for Plaintiffs

1
2
3  DATED: September 18, 2025        JONES MAYER
4
5
6                                  By /s/ *Angela M. Powell*
                                      Angela M. Powell
7                                     Thurgood M. Wynn
                                      Attorney for Defendant
8                                     CITY OF TORRANCE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28