1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA**

9

10 | MARIA GUADALUPE DIAZ; A.D., a     Case No. 2:25−cv−03389−JLS(JCx)
minor by and through his Guardian Ad

11 | Litem, MARIA GUADALUPE DIAZ;    **[PROPOSED] ORDER GRANTING**
A.D., a minor by and through his         **STIPULATION TO AMEND THE**

12 | Guardian Ad Litem, MARIA             **COMPLAINT**
GUADALUPE DIAZ; LEONARDO

13 | DIAZ; and RAMONA RAMIREZ DE
DIAZ,

14

15 |             Plaintiffs,

16 |        vs.

17

18 | CIty of TORRANCE; and Does 1-10,
inclusive,

19

20 |          Defendants.

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2

3    **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the

4    parties' Stipulation in Case No. 2:25−cv−03389−JLS(JCx) is **GRANTED** and the

5    Plaintiffs are allowed to file a First Amended Complaint with Officers Arturo

6    Castillo, Cody Wissler, Jesus Garcia and Jason Bermudez substituted in as "Doe

7    Defendants 1 - 4" within seven (7) days of this Order.

8    Defendants' responsive pleadings shall be due fourteen (14) days from

9    service of the First Amended Complaint.

10

11    **IT IS SO ORDERED.**

12

13    DATED: _____, 2025

14

15

16                                        _____
                                          Hon. Josephine L. Staton
17                                        United States District Judge

18

19

20

21

22

23

24

25

26

27

28