Name, Address and Telephone Number of Attorney(s):
Dale K. Galipo (SBN 144074)
Eric Valenzuela (SBN 284500)
21800 Burbank Ave., Suite 310
Woodland Hills, CA 91367
(818)347-3333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ, et al.,<br><br>v.<br>Plaintiff(s)<br><br>CITY OF TORRANCE, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:25-cv-03389-JLS(JCx)<br><br>**REQUEST:<br>ADR PROCEDURE SELECTION** |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the
☐ magistrate judge assigned to the case *or* ☐ or any active magistrate judge.
for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☑ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 10/3/2025        /s/ Dale K. Galipo

                        Attorney for Plaintiff Maria Guadalupe Diaz, et al.

Dated: 10/3/2025        /s/ Eric Valenzuela

                        Attorney for Plaintiff Maria Guadalupe Diaz, et al.

Dated: 10/3/2025        /a/ Angela M. Powell

                        Attorney for Defendant City of Torrance, et al.

Dated:

                        Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (03/25)        REQUEST: ADR PROCEDURE SELECTION        Page 1 of 1