**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ,<br><br>      Plaintiffs,<br><br>      v.<br><br>City of TORRANCE; and Does 1-10, inclusive,<br><br>      Defendants. | Case No. 2:25-cv-03389-JLS-JC<br><br>**ORDER GRANTING STIPULATION TO AMEND COMPLAINT (Doc. 32)** |

The Court, having reviewed the parties' Stipulation to Amend Complaint to Substitute Officers Arturo Castillo, Cody Wissler, Jesus Garcia, and Jason Bermudez in Place of Doe Defendants 1-4 (Doc. 32), and finding good cause, GRANTS the parties' Stipulation. Plaintiffs may file a First Amended Complaint with Officers Arturo Castillo, Cody Wissler, Jesus Garcia, and Jason Bermudez substituted in as "Doe Defendants 1 - 4" within **seven (7) days** of this Order.

Defendants' responsive pleadings shall be due **fourteen (14) days** from service of the First Amended Complaint.

DATED: October 6, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2