NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333

ATTORNEY(S) FOR:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

MARIA GUADALUPE DIAZ, et al.

Plaintiff(s),

v.

CITY OF TORRANCE, et al.

Defendant(s)

CASE NUMBER:

2:25-cv-03389-JLS (JCx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Maria Guadalupe Diaz; | Plaintiff |
| A.D., a minor by and through his Guardian Ad Litem, Maria Guadalupe Diaz; | Plaintiff |
| A.D., a minor by and through his Guardian Ad Litem, Maria Guadalupe Diaz; | Plaintiff |
| Leonardo Diaz; | Plaintiff |
| Ramona Ramirez De Diaz | Plaintiff |
| City of Torrance | Defendant |
| Arturo Castillo | Defendant |
| Cody Wissler | Defendant |
| Jesus Garcia | Defendant |
| Jason Bermudez | Defendant |
| Does 6-10 | Defendants |

October 8, 2025
Date

/s/ Eric Valenzuela
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs