JONES MAYER
Angela M. Powell, State Bar No. 191876
amp@jones-mayer.com
Thurgood M. Wynn, State Bar No. 345199
tmw@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants,
CITY OF TORRANCE, OFFICER ARTURO
CASTILLO, OFFICER CODY WISSLER,
OFFICER JESUS GARCIA and OFFICER
JASON BERMUDEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive,<br><br>          Defendants. | Case No. 2:25-cv-03389-JLS(JCx)<br><br>*Assigned for all Purposes to:*<br>*Hon. Josephine L. Staton*<br>*Courtroom 8A*<br><br>**DEFENDANTS CITY OF TORRANCE, OFFICER ARTURO CASTILLO, OFFICER CODY WISSLER, OFFICER JESUS GARCIA AND OFFICER JASON BERMUDEZ'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**<br><br>Action filed: 04/17/25 |

1

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES**

2   Answering Plaintiffs' First Amended Complaint for Damages for (1)

3   Unreasonable Search and Seizure – Excessive Force (42 U.S.C. §1983); (2)

4   Unreasonable Search and Seizure – Denial of Medical Care (42 U.S.C. §1983); (3)

5   Substantive Due Process (42 U.S.C. §1983); (4) Battery (Wrongful Death and

6   Survival Damages); (5) Negligence (Wrongful Death and Survival Damages); and

7   (6) Violation of Bane Act (Cal. Civil Code §52.1) ("First Amended Complaint"),

8   Defendants City of Torrance, Officer Arturo Castillo, Officer Cody Wissler, Officer

9   Jesus Garcia and Officer Jason Bermudez ("Defendants") admit, deny, and allege

10  as follows:

11

**INTRODUCTION**

12   1.   Answering paragraph 1 of the First Amended Complaint, Defendants

13  deny that Defendants or any of Defendants' peace officers engaged in any

14  unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent")

15  or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in

16  paragraph 1, Defendants lack sufficient information and belief upon which to

17  answer the allegations contained therein, and on that basis deny the allegations.

18   2.   Answering paragraph 2 of the First Amended Complaint, Defendants

19  deny that Defendants or any of Defendants' peace officers engaged in any

20  unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent")

21  or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in

22  paragraph 2, Defendants lack sufficient information and belief upon which to

23  answer the allegations contained therein, and on that basis deny the allegations.

24   3.   Answering paragraph 3 of the First Amended Complaint, Defendants

25  lack sufficient information and belief upon which to answer the allegations

26  contained therein, and on that basis deny the allegations.

27   4.   Answering paragraph 4 of the First Amended Complaint, Defendants

28  deny that Defendants or any of Defendants' peace officers engaged in any

unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 4, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5.    Answering paragraph 5 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 5, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

6.    Answering paragraph 6 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 6, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7.    Answering paragraph 7 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 7, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

8.    Answering paragraph 8 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 8, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.



DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

9. Answering paragraph 9 of the First Amended Complaint, Defendants admit that the City of Torrance is a public entity and that Defendant Officers Arturo Castillo, Cody Wissler, Jesus Garcia, and Jason Bermudez, are employees of the City of Torrance Police Department. Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 9, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

10. Answering paragraph 10 of the First Amended Complaint, Defendants admit that Defendant Officers Arturo Castillo, Cody Wissler, Jesus Garcia, and Jason Bermudez, are employees of the City of Torrance Police Department. Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 10, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

11. Answering paragraph 11 of the First Amended Complaint, Defendants admit that Defendant Officers Arturo Castillo, Cody Wissler, Jesus Garcia, and Jason Bermudez, are employees of the City of Torrance Police Department. As to all remaining allegations in paragraph 11, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12. Answering paragraph 12 of the First Amended Complaint, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13. Answering paragraph 13 of the First Amended Complaint,

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

1  Defendants lack sufficient information and belief upon which to answer the
2  allegations contained therein, and on that basis deny the allegations.

3      14.    Answering paragraph 14 of the First Amended Complaint,
4  Defendants lack sufficient information and belief upon which to answer the
5  allegations contained therein, and on that basis deny the allegations.

6      15.    Answering paragraph 15 of the First Amended Complaint,
7  Defendants lack sufficient information and belief upon which to answer the
8  allegations contained therein, and on that basis deny the allegations.

9      16.    Answering paragraph 16 of the First Amended Complaint,
10  Defendants lack sufficient information and belief upon which to answer the
11  allegations contained therein, and on that basis deny the allegations.

12                    **JURISDICTION AND VENUE**

13      17.    Answering paragraph 17 of the First Amended Complaint,
14  Defendants admit that the Court may have jurisdiction over this action, but
15  Defendants reserve the right to challenge jurisdiction. Defendants deny that
16  Defendants or any of Defendants' peace officers engaged in any unlawful acts or
17  omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and
18  Defendants deny all liability. As to all remaining allegations in paragraph 17,
19  Defendants lack sufficient information and belief upon which to answer the
20  allegations contained therein, and on that basis deny the allegations.

21      18.    Answering paragraph 18 of the First Amended Complaint,
22  Defendants admit that the venue may be proper, but Defendants reserve the right
23  to challenge the propriety of venue. Defendants deny that Defendants or any of
24  Defendants' peace officers engaged in any unlawful acts or omissions or
25  misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants
26  deny all liability. As to all remaining allegations in paragraph 18, Defendants lack
27  sufficient information and belief upon which to answer the allegations contained
28  therein, and on that basis deny the allegations.



DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

## **FACTS COMMON TO ALL CLAIMS FOR RELIEF**

19. Answering paragraph 19 of the First Amended Complaint which incorporates by reference the allegations of other paragraphs of the First Amended Complaint, Defendants, to the extent applicable, incorporates by reference their respective admissions and denials to each such paragraph enumerated above.

20. Answering paragraph 20 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 20, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

21. Answering paragraph 21 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 21, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22. Answering paragraph 22 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 22, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23. Answering paragraph 23 of the First Amended Complaint,

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 23, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24.    Answering paragraph 24 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 24, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25.    Answering paragraph 25 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 25, Defendants deny the allegations.

26.    Answering paragraph 26 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 26, Defendants deny the allegations.

27.    Answering paragraph 27 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 27, Defendants deny the allegations.



DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

28. Answering paragraph 28 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 28, Defendants deny the allegations.

## FIRST CLAIM FOR RELIEF

29. Answering paragraph 29 of the First Amended Complaint which incorporates by reference the allegations of other paragraphs of the First Amended Complaint, Defendants, to the extent applicable, incorporates by reference their respective admissions and denials to each such paragraph enumerated above.

30. Answering paragraph 30 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 30, Defendants deny the allegations.

31. Answering paragraph 31 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 31, Defendants deny the allegations.

32. Answering paragraph 32 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 32, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.



DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

33.     Answering paragraph 33 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 33, Defendants deny the allegations.

34.     Answering paragraph 34 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 34, Defendants deny the allegations.

35.     Answering paragraph 35 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 35, Defendants deny the allegations.

36.     Answering paragraph 36 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages (general, special, punitive, exemplary, or any other damages), penalties, fees, interests, or costs of any kind, or for any relief of any kind from any of the Defendants to Plaintiffs.

37.     Answering paragraph 37 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages (general, special, punitive, exemplary, or any other damages), penalties, fees, interests, or costs of any kind, or for any relief of any kind from any of the

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

1  Defendants to Plaintiffs.

2  ## SECOND CLAIM FOR RELIEF

3      38.    Answering paragraph 38 of the First Amended Complaint which

4  incorporates by reference the allegations of other paragraphs of the First

5  Amended Complaint, Defendants, to the extent applicable, incorporates by

6  reference their respective admissions and denials to each such paragraph

7  enumerated above.

8      39.    Answering paragraph 39 of the First Amended Complaint,

9  Defendants deny that Defendants or any of Defendants' peace officers engaged in

10  any unlawful acts or omissions or misconduct involving Leonardo Diaz

11  ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining

12  allegations in paragraph 39, Defendants lack sufficient information and belief

13  upon which to answer the allegations contained therein, and on that basis deny

14  the allegations.

15      40.    Answering paragraph 40 of the First Amended Complaint,

16  Defendants deny that Defendants or any of Defendants' peace officers engaged in

17  any unlawful acts or omissions or misconduct involving Leonardo Diaz

18  ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages

19  (general, special, punitive, exemplary, or any other damages), penalties, fees,

20  interests, or costs of any kind, or for any relief of any kind from any of the

21  Defendant to Plaintiffs.

22      41.    Answering paragraph 41 of the First Amended Complaint,

23  Defendants deny that Defendants or any of Defendants' peace officers engaged in

24  any unlawful acts or omissions or misconduct involving Leonardo Diaz

25  ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining

26  allegations in paragraph 41, Defendants deny the allegations.

27      42.    Answering paragraph 42 of the First Amended Complaint,

28  Defendants deny that Defendants or any of Defendants' peace officers engaged in



DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

1   any unlawful acts or omissions or misconduct involving Leonardo Diaz
2   ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining
3   allegations in paragraph 42, Defendants deny the allegations.

4       43.   Answering paragraph 43 of the First Amended Complaint,
5   Defendants deny that Defendants or any of Defendants' peace officers engaged in
6   any unlawful acts or omissions or misconduct involving Leonardo Diaz
7   ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages
8   (general, special, punitive, exemplary, or any other damages), penalties, fees,
9   interests, or costs of any kind, or for any relief of any kind from any of the
10  Defendants to Plaintiffs.

11      44.   Answering paragraph 44 of the First Amended Complaint,
12  Defendants deny that Defendants or any of Defendants' peace officers engaged in
13  any unlawful acts or omissions or misconduct involving Leonardo Diaz
14  ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages
15  (general, special, punitive, exemplary, or any other damages), penalties, fees,
16  interests, or costs of any kind, or for any relief of any kind from any of the
17  Defendants to Plaintiffs.

18      45.   Answering paragraph 45 of the First Amended Complaint,
19  Defendants deny that Defendants or any of Defendants' peace officers engaged in
20  any unlawful acts or omissions or misconduct involving Leonardo Diaz
21  ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages
22  (general, special, punitive, exemplary, or any other damages), penalties, fees,
23  interests, or costs of any kind, or for any relief of any kind from any of the
24  Defendants to Plaintiffs.

25                    **THIRD CLAIM FOR RELIEF**

26      46.   Answering paragraph 46 of the First Amended Complaint which
27  incorporates by reference the allegations of other paragraphs of the First
28  Amended Complaint, Defendants to the extent applicable, incorporates by

JONES MAYER LAW

reference their respective admissions and denials to each such paragraph enumerated above.

47.    Answering paragraph 47 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 47, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

48.    Answering paragraph 48 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 48, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

49.    Answering paragraph 49 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 49, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

50.    Answering paragraph 50 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 50, Defendants lack sufficient information and belief



DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

upon which to answer the allegations contained therein, and on that basis deny the allegations.

51. Answering paragraph 51 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 51, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

52. Answering paragraph 52 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 52, Defendants deny the allegations.

53. Answering paragraph 53 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 53, Defendants deny the allegations.

54. Answering paragraph 54 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 54, Defendants deny the allegations.

55. Answering paragraph 55 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining



allegations in paragraph 55, Defendants deny the allegations.

56.    Answering paragraph 56 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages (general, special, punitive, exemplary, or any other damages), penalties, fees, interests, or costs of any kind, or for any relief of any kind from any of the Defendants to Plaintiffs.

57.    Answering paragraph 57 of the First Amended Complaint, Defendants deny that Defendants engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability.  As to all remaining allegations in paragraph 57, Defendants deny the allegations.

58.    Answering paragraph 58 of the First Amended Complaint, Defendants deny that Defendants engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages (general, special, punitive, exemplary, or any other damages), penalties, fees, interests, or costs of any kind, or for any relief of any kind from any of the Defendants to Plaintiffs.

59.    Answering paragraph 59 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages (general, special, punitive, exemplary, or any other damages), penalties, fees, interests, or costs of any kind, or for any relief of any kind from any of the Defendants to Plaintiffs.

60.    Answering paragraph 60 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in



any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages (general, special, punitive, exemplary, or any other damages), penalties, fees, interests, or costs of any kind, or for any relief of any kind from any of the Defendants to Plaintiffs.

### **FOURTH CLAIM FOR RELIEF**

61.    Answering paragraph 61 of the First Amended Complaint which incorporates by reference the allegations of other paragraphs of the First Amended Complaint, Defendants to the extent applicable, incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

62.    Answering paragraph 62 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 62, Defendants deny the allegations.

63.    Answering paragraph 63 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages (general, special, punitive, exemplary, or any other damages), penalties, fees, interests, or costs of any kind, or for any relief of any kind from any of the Defendants to Plaintiffs.

64.    Answering paragraph 64 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages (general, special, punitive, exemplary, or any other damages), penalties, fees,



1  interests, or costs of any kind, or for any relief of any kind from any of the
2  Defendants to Plaintiffs.

3      65.    Answering paragraph 65 of the First Amended Complaint,
4  Defendants deny that Defendants or any of Defendants' peace officers engaged in
5  any unlawful acts or omissions or misconduct involving Leonardo Diaz
6  ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages
7  (general, special, punitive, exemplary, or any other damages), penalties, fees,
8  interests, or costs of any kind, or for any relief of any kind from any of the
9  Defendants to Plaintiffs.

10     66.    Answering paragraph 66 of the First Amended Complaint,
11  Defendants deny that Defendants or any of Defendants' peace officers engaged in
12  any unlawful acts or omissions or misconduct involving Leonardo Diaz
13  ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages
14  (general, special, punitive, exemplary, or any other damages), penalties, fees,
15  interests, or costs of any kind, or for any relief of any kind from any of the
16  Defendants to Plaintiffs.

17                    **FIFTH CLAIM FOR RELIEF**

18     67.    Answering paragraph 67 of the First Amended Complaint which
19  incorporates by reference the allegations of other paragraphs of the First
20  Amended Complaint, Defendants, to the extent applicable, incorporates by
21  reference its respective admissions and denials to each such paragraph
22  enumerated above.

23     68.    Answering paragraph 68 of the First Amended Complaint,
24  Defendants deny that Defendants or any of Defendants' peace officers engaged in
25  any unlawful acts or omissions or misconduct involving Leonardo Diaz
26  ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining
27  allegations in paragraph 68, Defendants deny the allegations.

28     69.    Answering paragraph 69 of the First Amended Complaint,

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages (general, special, punitive, exemplary, or any other damages), penalties, fees, interests, or costs of any kind, or for any relief of any kind from any of the Defendants to Plaintiffs.

70.    Answering paragraph 70 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages (general, special, punitive, exemplary, or any other damages), penalties, fees, interests, or costs of any kind, or for any relief of any kind from any of the Defendants to Plaintiffs.

71.    Answering paragraph 71 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages (general, special, punitive, exemplary, or any other damages), penalties, fees, interests, or costs of any kind, or for any relief of any kind from any of the Defendants to Plaintiffs.

## SIXTH CLAIM FOR RELIEF

72.    Answering paragraph 72 of the First Amended Complaint which incorporates by reference the allegations of other paragraphs of the First Amended Complaint, Defendants, to the extent applicable, incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

73.    Answering paragraph 73 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in



DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 73, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

74.     Answering paragraph 74 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 74, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

75.     Answering paragraph 75 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 75, Defendants deny the allegations.

76.     Answering paragraph 76 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 76, Defendants deny the allegations.

77.     Answering paragraph 77 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 77, Defendants deny the allegations.

78.     Answering paragraph 78 of the First Amended Complaint,

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 78, Defendants deny the allegations.

79. Answering paragraph 79 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining allegations in paragraph 79, Defendants deny the allegations.

80. Answering paragraph 80 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages (general, special, punitive, exemplary, or any other damages), penalties, fees, interests, or costs of any kind, or for any relief of any kind from any of the Defendants to Plaintiffs.

81. Answering paragraph 81 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages (general, special, punitive, exemplary, or any other damages), penalties, fees, interests, or costs of any kind, or for any relief of any kind from any of the Defendants to Plaintiffs.

82. Answering paragraph 82 of the First Amended Complaint, Defendants deny that Defendants or any of Defendants' peace officers engaged in any unlawful acts or omissions or misconduct involving Leonardo Diaz ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages (general, special, punitive, exemplary, or any other damages), penalties, fees,


DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

1 interests, or costs of any kind, or for any relief of any kind from any of the
2 Defendants to Plaintiffs.

3     83.    Answering paragraph 83 of the First Amended Complaint,
4 Defendants deny that Defendants or any of Defendants' peace officers engaged in
5 any unlawful acts or omissions or misconduct involving Leonardo Diaz
6 ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages
7 (general, special, punitive, exemplary, or any other damages), penalties, fees,
8 interests, or costs of any kind, or for any relief of any kind from any of the
9 Defendants to Plaintiffs.

10     84.    Answering paragraph 84 of the First Amended Complaint,
11 Defendants deny that Defendants or any of Defendants' peace officers engaged in
12 any unlawful acts or omissions or misconduct involving Leonardo Diaz
13 ("Decedent") or Plaintiffs, and Defendants deny all liability. As to all remaining
14 allegations in paragraph 84, Defendants lack sufficient information and belief
15 upon which to answer the allegations contained therein, and on that basis deny
16 the allegations.

17     85.    Answering paragraph 85 of the First Amended Complaint,
18 Defendants deny that Defendants or any of Defendants' peace officers engaged in
19 any unlawful acts or omissions or misconduct involving Leonardo Diaz
20 ("Decedent") or Plaintiffs, and Defendants deny all liability for any damages
21 (general, special, punitive, exemplary, or any other damages), penalties, fees,
22 interests, or costs of any kind, or for any relief of any kind from any of the
23 Defendants to Plaintiffs.

24 **PRAYER FOR RELIEF**

25     86.    Answering Plaintiffs' Prayer for Relief, Defendants deny all liability
26 for any damages (general, special, punitive, exemplary, or any other damages),
27 penalties, fees, interests, or costs of any kind, or for any relief of any kind from
28 any of the Defendants to Plaintiffs.



DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

1

**<u>AFFIRMATIVE DEFENSES</u>**

2

**<u>FIRST AFFIRMATIVE DEFENSE</u>**

3

**(Failure to State a Claim for Relief)**

4

Defendants allege that neither the First Amended Complaint, nor any claim

5

for relief asserted therein, assert facts sufficient to constitute a claim against

6

Defendants.

7

**<u>SECOND AFFIRMATIVE DEFENSE</u>**

8

**(Assumption of Risk)**

9

Defendants allege the Decedent voluntarily assumed all risks,

10

responsibility and liability for the alleged injuries or damages, if any, sustained

11

by Plaintiffs.

12

**<u>THIRD AFFIRMATIVE DEFENSE</u>**

13

**(Claims Barred by Govt. Code § 820.2)**

14

Defendants allege that each and every state law claim for relief contained

15

in Plaintiffs' First Amended Complaint is barred by the provisions of Government

16

Code section 820.2. Specifically, except as otherwise provided by statute, a public

17

employee is not liable for an injury resulting from his act or omission where the

18

act or omission was the result of the exercise of the discretion vested in him,

19

whether or not such discretion be abused.

20

**<u>FOURTH AFFIRMATIVE DEFENSE</u>**

21

**(Claims Barred by Govt. Code § 820.4)**

22

Defendants allege that each and every state law claim for relief contained

23

in Plaintiffs' First Amended Complaint is barred by the provisions of Government

24

Code section 820.4. Specifically, a public employee is not liable for his act or

25

omission, exercising due care, in the execution or enforcement any law.

26

**<u>FIFTH AFFIRMATIVE DEFENSE</u>**

27

**(Claims Barred by Govt. Code § 820.8)**

28

Defendants allege that each and every state law claim for relief contained



DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

in Plaintiffs' First Amended Complaint is barred by the provisions of Government Code section 820.8. Specifically, except as otherwise provided by statute, a public employee is not liable for an injury caused by the act or omission of another person.

### SIXTH AFFIRMATIVE DEFENSE

**(Claims Barred by Govt. Code § 845)**

Defendants allege that each and every state law claim for relief contained in Plaintiffs' First Amended Complaint is barred by the provisions of Government Code section 845. Specifically, neither a public entity nor a public employee is liable for failure to establish a police department or otherwise to provide police protection service or, if police protection service is provided, for failure to provide sufficient police protection service.

### SEVENTH AFFIRMATIVE DEFENSE

**(Claims Barred by Govt. Code § 845.8)**

Defendants allege that each and every state-law claim for relief contained in Plaintiffs' First Amended Complaint is barred by the provision of Government Code section 845.8. Specifically, neither a public entity, nor a public employee is liable for any injury caused by (1) an escaping or escaped prisoner; (2) an escaping or escaped arrested person; or (3) a person resisting arrest.

### EIGHTH AFFIRMATIVE DEFENSE

**(Claims Barred by Govt. Code § 845.6)**

Defendants allege that each and every state-law claim for relief contained in Plaintiffs' First Amended Complaint is barred by the provision of Government Code section 845.6. Specifically, neither a public entity, nor a public employee is liable for any injury proximately caused by the failure of the employee to furnish or obtain medical care for a prisoner in his custody.

///

///



1

**NINTH AFFIRMATIVE DEFENSE**

2

**(Claims Barred by Govt. Code § 855.6)**

3      Defendants allege that each and every state-law claim for relief contained

4  in Plaintiffs' First Amended Complaint is barred by the provision of Government

5  Code section 855.6. Specifically, neither a public entity, nor a public employee is

6  liable for any injury proximately caused by the failure to make a physical or

7  mental examination, or to make an adequate physical or mental examination, of

8  any person for the purpose of determining whether such person has a disease or

9  physical or mental condition that would constitute a hazard to the health or safety

10  of himself or others.

11

**TENTH AFFIRMATIVE DEFENSE**

12

**(Claims Barred by Govt. Code § 856.4)**

13      Defendants allege that each and every state-law claim for relief contained

14  in Plaintiffs' First Amended Complaint is barred by the provision of Government

15  Code section 856.4. Specifically, neither a public entity, nor a public employee is

16  liable for any injury resulting from the failure to admit a person to a public

17  medical facility.

18

**ELEVENTH AFFIRMATIVE DEFENSE**

19

**(Failure to Mitigate Damages)**

20      Defendants allege that though under a duty to do so, Plaintiffs and/or the

21  Decedent have failed and neglected to mitigate the alleged damages, and

22  therefore cannot recover against Defendants whether as alleged, or otherwise.

23  Defendants allege that Plaintiffs and/or the Decedent failed to exercise a duty to

24  mitigate and limit the damage claim as to Defendant, which acts and omissions

25  by Plaintiffs and/or the Decedent have estopped Plaintiffs and/or the Decedent

26  from asserting any claim for damages or seeking the relief requested against

27  Defendants.

28  ///



DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

## TWELFTH AFFIRMATIVE DEFENSE

### (Estoppel)

Defendants allege that each and every claim for relief contained in Plaintiffs' First Amended Complaint is barred by the equitable doctrine of estoppel.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Defendants allege that each and every claim for relief contained in Plaintiffs' First Amended Complaint is barred by the equitable doctrine of unclean hands.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Lawful Conduct)

Defendants allege that its conduct and the conduct of Defendants' peace officers was, at all times, reasonable and lawful under the circumstances.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Privilege)

Defendants allege that its conduct and the conduct of Defendants' peace officers was, at all times, justified and privileged.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Acts or Omissions of Plaintiff)

Defendants allege that, to the extent Plaintiffs suffered any damages, which Defendants deny, they were caused solely by the actions or omissions of the Decedent.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Legal and/or Proximate Cause)

Defendants allege that its acts were not the legal and/or proximate cause of any of the damages alleged by Plaintiffs.

///



DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Comparative Negligence)

Defendants allege that each and every claim for relief stated in Plaintiffs' First Amended Complaint is barred and/or subject to offset and reduction by virtue of the comparative negligence of the Decedent and/or others persons.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Apportionment)

Defendants allege that, if Plaintiffs suffered or sustained any loss or damage as alleged in the First Amended Complaint, such loss or damage was proximately caused and contributed to by persons or entities other than Defendants. The liability of all defendants, named or unnamed, should be apportioned according to the relative degrees of fault, and the liability of Defendants should be reduced accordingly.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Offset)

Defendants allege that any amount for which it is held liable and owing to Plaintiffs is offset by any and all amounts recovered by Plaintiffs from any other responsible parties, such that Defendants' liability will be reduced in an amount corresponding to those amounts recovered by Plaintiffs from such other responsible parties.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Waiver)

Defendants allege that Plaintiffs and/or the Decedent have engaged in conduct and activities sufficient to constitute a waiver of any alleged duty, act or omission of any nature by Defendants, which waiver serves to preclude any recovery here sought by Plaintiffs.

///

///



DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (No Special Relationship)

Defendants allege that there was no special relationship between Defendants and the Decedent. See *C.A. v. William S. Hart Union High School Dist.*, 53 Cal. 4th 861, 877 (Cal. 2012); see also *de Villers v. County of San Diego*, 156 Cal. App. 4th 238, 249-50 (2007).

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Claims Barred Due to Exercise of Reasonable Force)

Defendants allege that each and every claim for relief contained in Plaintiffs' First Amended Complaint is barred because, the force used was reasonable under the circumstances.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Probable Cause of Threat)

Defendants allege that each and every claim for relief contained in Plaintiffs' First Amended Complaint is barred because Defendants and Defendants' peace officers had probable cause to believe that the Decedent posed a threat of serious physical harm to Defendants, Defendants' peace officers, or others.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Avoidable Consequences)

Defendants allege that the damages asserted by Plaintiffs in the First Amended Complaint are barred, either in whole or in part, by the doctrine of avoidable consequences. *State Department of Health Services v. Superior Court*, 31 Cal.4th 1026, 6 Cal. Rptr. 3d 441 (2003).

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Claims Barred Due to Reasonable and Probable Cause to Detain)

Defendants allege that each and every claim for relief contained in Plaintiffs' First Amended Complaint is barred because, at all times mentioned in



Plaintiffs' First Amended Complaint herein, Defendants and Defendants' peace officer's had reasonable and probable cause to detain and restrain the Decedent.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Speculative Damages)

Defendants allege that Plaintiffs' claims for damages are barred, either in whole or in part, because Plaintiffs' purported damages are remote, speculative and/or unavailable as a matter of law.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Qualified Immunity)

Defendants allege that each and every federal claim for relief contained in the First Amended Complaint is barred because Defendants allege that Defendants' peace officers are entitled to qualified immunity.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Constitutional Rights)

Defendants allege that Defendant is immune from liability as Plaintiffs and Decedent have not been deprived of any rights, privileges, or immunities guaranteed by the Constitution or laws of the United States or by the Constitution or laws of the State of California.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Failure to Join an Indispensable Party)

Defendants allege that Plaintiffs' claims are barred, either in whole or in part, because Plaintiffs failed to join an indispensable party under Federal Rule of Civil Procedure 19.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (Reservation of Additional Affirmative Defenses)

Defendants allege that they are without sufficient information as to the nature and scope of Plaintiffs' claims for relief to be able to be fully assess and set forth all potentially-applicable affirmative defenses in this matter. Accordingly,



Defendants hereby reserves the right to allege additional affirmative defenses as further information becomes known.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendants pray as follows:

1.    That the First Amended Complaint be dismissed in its entirety with prejudice;

2.    That Plaintiffs take nothing by reason of their First Amended Complaint, and that judgment be entered in favor of Defendants;

3.    That Defendants be awarded costs of suit and attorney's fees incurred in defense of this action pursuant to 42 U.S.C. § 1988 and other legal grounds; and

4.    For such other and further relief as the Court deems just and proper.

Dated:  October 29, 2025                    JONES MAYER


By: /s/ *Thurgood M. Wynn*
Angela M. Powell
Thurgood M. Wynn
Attorney for Defendants,
CITY OF TORRANCE, , OFFICER
ARTURO CASTILLO, OFFICER
CODY WISSLER, OFFICER JESUS
GARCIA and OFFICER JASON
BERMUDEZ



- 28 -

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

## **DEMAND FOR JURY TRIAL**

1

2       Defendants CITY OF TORRANCE, OFFICER ARTURO CASTILLO,

3  OFFICER CODY WISSLER, OFFICER JESUS GARCIA and OFFICER JASON

4  BERMUDEZ hereby demand a trial by jury as to all causes of action.

5  Dated: October 29, 2025              JONES MAYER

6

7
                                  By: /s/ *Thurgood M. Wynn*
8                                      Angela M. Powell
                                       Thurgood M. Wynn
9                                      Attorney for Defendants,
                                       CITY OF TORRANCE, , OFFICER
10                                     ARTURO CASTILLO, OFFICER
                                       CODY WISSLER, OFFICER JESUS
11                                     GARCIA and OFFICER JASON
                                       BERMUDEZ
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT