| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Angela M. Powell, Esq., SBN 191876<br>amp@jones-mayer.com<br>Thurgood M. Wynn, Esq., SBN 345199<br>tmw@jones-mayer.com<br>JONES MAYER<br>3777 North Harbor Boulevard<br>Fullerton, CA  92835<br>T: (714) 446-1400; F: (714) 446-1448<br><br>ATTORNEY(S) FOR: Defendants CITY OF TORRANCE, OFFICER ARTURO CASTILLO, OFFICER CODY WISSLER, OFFICER JESUS GARCIA and OFFICER JASON BERMUDEZ | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ, et al.<br><br>                                            Plaintiff(s),<br>                    v.<br>CITY OF TORRANCE, et al.<br><br>                                            Defendant(s). | CASE NUMBER:<br><br>2:25-cv-03389-JLS(JCx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for <u>Defendants CITY OF TORRANCE; OFFICER ARTURO CASTILLO; OFFICER CODY WISSLER; OFFICER JESUS GARCIA and OFFICER JASON BERMUDEZ</u> or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| City of Torrance | Defendant |
| Officer Arturo Castillo | Defendant |
| Officer Cody Wissler | Defendant |
| Officer Jesus Garcia | Defendant |
| Officer Jason Bermudez | Defendant |
| Maria Guadalupe Diaz | Plaintiff |
| A.D., a minor by and through his Guardian Ad Litem, Maria Guadalupe Diaz | Plaintiff |
| A.D., a minor by and through his Guardian Ad Litem, Maria Guadalupe Diaz | Plaintiff |
| Leonardo Diaz | Plaintiff |
| Ramona Ramirez De Diaz | Plaintiff |

| | |
|---|---|
| October 29, 2025<br>Date | /s/ *Thurgood M. Wynn*<br>Signature<br>Attorney of record for (or name of party appearing in pro per):<br><br>Defendants CITY OF TORRANCE; OFFICER ARTURO CASTILLO; OFFICER CODY WISSLER; OFFICER JESUS GARCIA and OFFICER JASON BERMUDEZ |