JONES MAYER
Angela M. Powell, SBN 191876
amp@jones-mayer.com
Marina Samson, SBN 315024
ms@jones-mayer.com
Thurgood M. Wynn, SBN 345199
tmw@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:   (714) 446-1448

Attorneys for Defendants,
CITY OF TORRANCE, OFFICER ARTURO
CASTILLO, OFFICER CODY WISSLER,
OFFICER JESUS GARCIA and OFFICER
JASON BERMUDEZ

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
dalekgalipo@yahoo.com
Eric Valenzuela, SBN 284500
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:  (818) 347-333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs,
MARIA GUADALUPE DIAZ, et. al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA DE DIAZ, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive, | Case No: 2:25-cv-03389-JLS (AYPx) <br><br> Assigned to Judge Josephine L. Staton Courtroom 8A <br><br> **JOINT STIPULATION TO CONTINUE THE FINAL PRETRIAL CONFERENCE AND RELATED DATES** <br><br> [*Proposed] Order Submitted Concurrently Herewith*] <br><br> Action filed: April 17, 2025 |

- 1 -

Defendants.

Plaintiffs Maria Guadalupe Diaz; A.D., a minor by and through his Guardian Ad Litem, Maria Guadalupe Diaz; A.D., a minor by and through his Guardian Ad Litem, Maria Guadalupe Diaz; Leonardo Diaz; and Ramona de Diaz (hereinafter referred to as "Plaintiffs") and Defendants City of Torrance, Officer Arturo Castillo, Officer Cody Wissler, Officer Jesus Garcia, and Officer Jason Bermudez (hereinafter referred to as "Defendants") (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate and agree to vacate the current Final Pretrial Conference date and applicable discovery and motion cutoff dates as follows:

## RECITALS

WHEREAS, the Complaint in this action was filed April 17, 2025;

WHEREAS, Defendants' Answer to the Complaint was filed on June 18, 2025;

WHEREAS, the First Amended Complaint was filed October 8, 2025;

WHEREAS, Defendants' Answer to the First Amended Complaint was filed on October 29, 2025;

WHEREAS, a Civil Trial Scheduling Order was issued by Judge Josephine L. Staton on August 19, 2025, setting a Final Pretrial Conference for October 16, 2026, with the Court to set a trial date and an exhibit conference date at the Final Pretrial Conference [DKT. 27];

WHEREAS, lead counsel for Defendants' father was unexpectedly and recently hospitalized and has just passed away;

WHEREAS, Defendants' lead counsel is temporarily unavailable due to bereavement following her father's passing;

WHEREAS, Defendants' temporary lead counsel just noticed her appearance in this matter on March 20, 2026 [DKT. 45];

- 2 -
JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES

WHEREAS, the Parties are continuing to diligently pursue discovery in this case, including propounding and responding to written discovery and working to set depositions;

WHEREAS, the Parties have met and conferred in good faith and each believe that the continuance of all dates in this action will allow the Parties the opportunity to complete discovery in an orderly fashion that is not only in the Parties' best interest, but also will allow the Parties a better opportunity to conduct further settlement discussions and to streamline issues for trial;

WHEREAS, the Parties wish to continue the Fact Discovery Cut-Off, Last Day to File Motions, Last Day to Serve Initial Expert Reports, Last Day to Serve Rebuttal Expert Reports, Expert Discovery Cut-Off, Last Day to Conduct Settlement Proceedings, Last Day to File Daubert Motions, Last Day to File Motion in Limine, and the Final Pretrial Conference dates;

WHEREAS, neither the Plaintiffs nor the Defendants will be prejudiced by this continuance;

WHEREAS, good cause therefore exists for continuing the current trial and all related dates in this matter; and

WHEREAS, the Parties have not sought any previous continuances of this matter;

## **STIPULATION**

THEREFORE, the Parties to the instant action hereby stipulate that the trial and all related dates in this matter, including but not limited to the Fact Discovery Cut-Off, Last Day to File Motions, Last Day to Serve Initial Expert Reports, Last Day to Serve Rebuttal Expert Reports, Expert Discovery Cut-Off, Last Day to Conduct Settlement Proceedings, Last Day to File Daubert Motions, Last Day to File Motion in Limine, and the Final Pretrial Conference, shall be continued as follows:

JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES

///

///

1. The Final Pretrial Conference will be continued to December 18, 2026, or as soon thereafter as the Court's calendar allows; and

2. That all related pre-trial dates shall be continued in accordance with the new Final Pretrial Conference date and as proposed below:

| EVENT | CURRENT DATE | REQUESTED DATE |
|---|---|---|
| Fact Discovery Cutoff | 05/15/2026 | 07/17/2026 |
| Last Day to File Motions | 05/29/2026 | 07/31/2026 |
| Last Day to Serve Initial Expert Reports | 05/29/2026 | 07/31/2026 |
| Last Day to Serve Rebuttal Expert Reports | 06/26/2026 | 08/28/2026 |
| Expert Discovery Cutoff | 07/24/2026 | 09/25/2026 |
| Last Day to Conduct Settlement Proceedings | 07/17/2026 | 09/18/2026 |
| Last Day to File Daubert Motions | 07/31/2026 | 10/02/2026 |
| Last Day to File Motions in Limine | 09/18/2026 | 11/20/2026 |
| Final Pretrial Conference | 10/16/2026 | 12/18/2026 |

**IT IS SO STIPULATED:**

**SIGNATURES FOLLOW IMMEDIATELY ON NEXT PAGE**

JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES

Dated: March 24, 2026            LAW OFFICES OF DALE K. GALIPO


By: */s/Eric Valenzuela*
      Dale K. Galipo
      Eric Valenzuela
      Attorneys for Plaintiffs,
      Maria Guadalupe Diaz, et. al.


Dated: March 24, 2026            JONES MAYER


By: *Marina Samson*[1]
      Angela M. Powell
      Marina Samson
      Thurgood M. Wynn
      Attorneys for Defendant,
      CITY OF TORRANCE, OFFICER
      ARTURO CASTILLO, OFFICER
      CODY WISSLER, OFFICER
      JESUS GARCIA and OFFICER
      JASON BERMUDEZ.

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

- 5 -
JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES