JONES MAYER
Angela M. Powell, SBN 191876
amp@jones-mayer.com
Marina Samson, SBN 315024
ms@jones-mayer.com
Thurgood M. Wynn, SBN 345199
tmw@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:   (714) 446-1448

Attorneys for Defendants,
CITY OF TORRANCE, OFFICER ARTURO CASTILLO, OFFICER CODY WISSLER, OFFICER JESUS GARCIA and OFFICER JASON BERMUDEZ

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
dalekgalipo@yahoo.com
Eric Valenzuela, SBN 284500
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:  (818) 347-333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs,
MARIA GUADALUPE DIAZ, et. al.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA DE DIAZ,<br><br>              Plaintiffs,<br><br>vs.<br><br>CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive, | Case No: 2:25-cv-03389-JLS (AYPx)<br><br>Assigned to Judge Josephine L. Staton<br>Courtroom 8A<br><br>**DECLARATION OF MARINA SAMSON IN SUPPORT OF JOINT STIPULATION TO CONTINUE THE FINAL PRETRIAL CONFERENCE AND RELATED DATES** |

- 1 -

DECLARATION OF MARINA SAMSON IN SUPPORT OF JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES

Defendants.

## DECLARATION OF MARINA SAMSON

I, Marina Samson, declare:

1.      I am an attorney duly licensed to practice law before the State of California and in the United States District Court for the Central, Northern, Eastern, Southern Districts of California, the Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States. I am a member of the law firm of Jones Mayer, counsel of record for Defendants CITY OF TORRANCE, et al., and I am one of the attorneys in the firm primarily responsible for representing Defendants in this litigation. This declaration is made in support of Joint Stipulation to Continue Trial Date and Trial Related Deadlines. I have personal knowledge of the information provided below and I would competently testify with regard to that information if called as a witness.

2.      Lead Counsel for Defendants' father was unexpectedly and recently hospitalized and has just passed away.

3.      Defendants' Lead Counsel is temporarily unavailable due to bereavement following her father's passing.

4.      I just noticed my appearance in this matter on March 20, 2026.

5.      The Parties are continuing to diligently pursue discovery in this case, including propounding and responding to written discovery and working to set depositions.

6.      I called plaintiffs' counsel, Dale Galipo and discussed the Parties stipulation. The Parties have met and conferred in good faith and each believe that the continuance of all dates in this action will

- 2 -

DECLARATION OF MARINA SAMSON IN SUPPORT OF JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES

allow the Parties the opportunity to complete discovery in an orderly fashion that is not only int the Parties' best interest, but also will allow the Parties a better opportunity to conduct further settlement discussions and to streamline issues for trial.

7.     The Parties wish to continue the Fact Discovery Cut-Off, Last Day to File Motions, Last Day to Serve Initial Expert Reports, Last Day to Serve Rebuttal Expert Reports, Expert Discovery Cut-Off, Last Day to Conduct Settlement Proceedings, Last Day to File Daubert Motions, Last Day to File Motion in Limine, and the Final Pretrial Conference dates.

8.     Neither the Plaintiffs nor the Defendants will be prejudiced by this continuance.

9.     The Parties have not sought any previous continuances of this matter.

I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 24th day of March 2026, at Fullerton, California.


*/s/ Marina Samson*
Marina Samson, Esq.

- 3 -
DECLARATION OF MARINA SAMSON IN SUPPORT OF JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES