# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA DE DIAZ,

Plaintiffs,

vs.

CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive,

Defendants.

Case No: 2:25-cv-03389-JLS (AYPx)

Assigned to Judge Josephine L. Staton Courtroom 8A

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE FINAL PRETRIAL CONFERENCE AND RELATED DATES**

Action filed: April 17, 2025

## [PROPOSED[ ORDER

Upon consideration of the Joint Stipulation, and good cause appearing to the satisfaction of the Court therefrom:

**IT IS HEREBY ORDERED** that:

1.    The Final Pretrial Conference will be continued to December 18,

- 1 -

2026; and

2. All related pretrial dates shall be continued in accordance with the Final Pretrial Conference date.

**IT IS SO ORDERED.**

DATE: _____

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT
JUDGE

[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES