**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA DE DIAZ, | Case No: 2:25-cv-03389-JLS-AYP |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE THE FINAL PRETRIAL CONFERENCE AND RELATED DATES (Doc. 47)** |
| v. | |
| CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive, | |
| Defendants. | |

Having considered the Joint Stipulation to Continue the Final Pretrial Conference and Related Dates (Doc. 47), and finding good cause, it is ORDERED that the Scheduling Order is modified as followed:

| Event | Original Date | New Date |
|---|---|---|
| Fact Discovery Cutoff | May 15, 2026 | July 17, 2026 |
| Last Day to File Motions | May 29, 2026 | July 31, 2026 |
| Last Day to Serve Initial Expert Reports | May 29, 2026 | July 31, 2026 |
| Last Day to Serve Rebuttal Expert Reports | June 26, 2026 | August 28, 2026 |
| Expert Discovery Cutoff | July 24, 2026 | September 25, 2026 |
| Last Day to Conduct Settlement Proceedings | July 17, 2026 | September 18, 2026 |
| Last Day to File Daubert Motions | July 31, 2026 | October 2, 2026 |
| Last Day to File Motions in Limine | September 18, 2026 | November 20, 2026 |
| Final Pretrial Conference | October 16, 2026 | December 18, 2026 |

DATED: March 31, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2