JONES MAYER
Angela M. Powell, SBN 191876
amp@jones-mayer.com
Thurgood M. Wynn, SBN 345199
tmw@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:  (714) 446-1448

Attorneys for Defendants,
CITY OF TORRANCE, OFFICER ARTURO
CASTILLO, OFFICER CODY WISSLER,
OFFICER JESUS GARCIA and OFFICER
JASON BERMUDEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA DE DIAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive,<br><br>Defendants. | Case No: 2:25-cv-03389-JLS (AYPx)<br><br>Assigned to Judge Josephine L. Staton Courtroom 8A<br><br>**DECLARATION OF ANGELA M. POWELL IN SUPPORT OF JOINT STIPULATION TO CONTINUE THE FINAL PRETRIAL CONFERENCE AND RELATED DATES** |

## DECLARATION OF MARINA SAMSON

I, Angela M. Powell, declare:

1.    I am an attorney admitted to practice before the United States District Court for the Central District of California, and am licensed to practice before all courts of the State of California.  I am a member of the law firm of Jones Mayer, counsel of record for Defendant CITY OF TORRANCE, and I am one of the attorneys in the firm primarily responsible for representing Defendant in this litigation.  I have personal knowledge of

- 1 -

the information provided below and I would competently testify with regard to that information if called as a witness.

2.    After I returned from time off for bereavement, I was engaged in a jury trial and court proceedings over the past month that further impacted litigating this matter.

3.    The Parties require additional time to conduct discovery.

4.    The Parties are continuing to diligently pursue discovery in this case, including the scheduling and setting of numerous depositions.

5.    The Parties believe that additional time is essential for the Parties to file dispositive motions and/or settle the case without requiring a jury trial.

6.    The Parties have met and conferred in good faith and each believe that the continuance of all dates in this action will allow the Parties the opportunity to complete discovery in an orderly fashion that is not only in the Parties' best interest, but also will allow the Parties a better opportunity to conduct further settlement discussions and to streamline issues for trial (if necessary).

7.    The Parties wish to continue the Fact Discovery Cut-Off, Last Day to File Motions, Last Day to Serve Initial Expert Reports, Last Day to Serve Rebuttal Expert Reports, Expert Discovery Cut-Off, Last Day to Conduct Settlement Proceedings, Last Day to File Daubert Motions, Last Day to File Motion in Limine, and the Final Pretrial Conference dates.

8.    Neither the Plaintiffs nor the Defendants will be prejudiced by this continuance.

9.    The Parties have avoided taking up the Court's law and motion calendar by diligently and informally resolving their respective differences with respect to discovery.

10.    The Parties have sought one prior 60-day continuance in this

- 2 -

matter.

I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 26th day of June 2026, at Fullerton, California.


/s/ Angela M. Powell
Angela M. Powell, Esq.

- 3 -

DECLARATION OF ANGELA M. POWELL IN SUPPORT OF JOINT STIPULATION TO
CONTINUE TRIAL AND RELATED DATES