# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA DE DIAZ, | Case No: 2:25-cv-03389-JLS (AYPx) |
|---|---|
| | Assigned to Judge Josephine L. Staton Courtroom 8A |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE FINAL PRETRIAL CONFERENCE AND RELATED DATES** |
| vs. | |
| CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive, | Action filed: April 17, 2025 |
| Defendants. | |

## [PROPOSED[ ORDER

Upon consideration of the Joint Stipulation, and good cause appearing to the satisfaction of the Court therefrom:

**IT IS HEREBY ORDERED** that:

1. The Final Pretrial Conference will be continued to January 15, 2027; and

2. All related pretrial dates shall be continued in accordance with the

[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES

Final Pretrial Conference date.

**IT IS SO ORDERED.**

DATE: _____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES