LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
dalekgalipo@yahoo.com
Eric Valenzuela, SBN 284500
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:  (818) 347-333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs,
MARIA GUADALUPE DIAZ, et. al.

JONES MAYER
Angela M. Powell, SBN 191876
amp@jones-mayer.com
Thurgood M. Wynn, SBN 345199
tmw@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:   (714) 446-1448

Attorneys for Defendants,
CITY OF TORRANCE, OFFICER ARTURO
CASTILLO, OFFICER CODY WISSLER,
OFFICER JESUS GARCIA and OFFICER
JASON BERMUDEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA DE DIAZ, <br><br>    Plaintiffs, <br><br> vs. <br><br> CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive, <br><br>    Defendants. | Case No: 2:25-cv-03389-JLS (AYPx) <br><br> Assigned to Judge Josephine L. Staton Courtroom 8A <br><br> ***RENEWED* JOINT STIPULATION TO CONTINUE DISCOVERY AND MOTION FILING DEADLINES ONLY** <br><br> [Proposed] Order Submitted Concurrently Herewith] <br><br> Action filed: April 17, 2025 |

JOINT STIPULATION TO CONTINUE DISCOVERY AND MOTION FILING DEADLINES ONLY

Plaintiffs and Defendants (collectively, the "Parties") by and through their respective counsel of record, hereby submit this *Renewed* Stipulation to Continue Discovery and Motion Filing Deadlines Only.

The Parties reviewed the Court's denial of the Parties' Stipulation to Continue Pretrial and Trial Related Dates and Deadlines [Dkt. 50]. The Parties recognize that they requested a continuance of the Final Pretrial Conference but did not ask the Court to *alternatively* consider a continuance of the discovery and motion filing deadlines only.

Accordingly, the Parties respectfully submit this *Renewed* Stipulation to Continue Discovery and Motion Filing Deadlines Only and stipulate and agree good case exists to continue only the parties' discovery deadlines by 30 days, leaving the Final Pretrial Conference date and pretrial filing dates in place as follows:

## **RECITALS**

WHEREAS, the Civil Trial Scheduling Order was modified by Judge Josephine L. Staton on March 31, 2026, setting a Final Pretrial Conference for December 18, 2026, with the Court to set a trial date and an exhibit conference date at the Final Pretrial Conference [DKT. 27; DKT. 48];

WHEREAS, the Parties have met and conferred in good faith and each believe that the continuance of all dates in this action will allow the Parties the opportunity to complete discovery in an orderly fashion that is not only in the Parties' best interest, but also will allow the Parties a better opportunity to conduct further settlement discussions and to streamline issues for trial (if necessary);

WHEREAS, the Parties have set the depositions for Defendants Arturo Castillo, Cody Wissler, Jesus Garcia, Jason Bermudez and Plaintiffs Maria Guadalupe Diaz, Ramona Ramirez De Diaz, and Leonardo Diaz;

JOINT STIPULATION TO CONTINUE DISCOVERY AND MOTION FILING DEADLINES ONLY

WHEREAS, those deposition transcripts will need to be provided to the Parties' respective expert witnesses as a pre-requisite for their respective opinions;

WHEREAS, the Parties' respective expert witness depositions must be taken including both the Plaintiffs' and Defendants' use of force/police practices expert and other designated experts (unknown at this time);

WHEREAS, in further preparation of the matter, Defense counsel became aware of additional responsive documents for production to Plaintiffs;

WHEREAS, the Parties request only a 30-day continuance to the Fact Discovery Cut-Off, Last Day to File Motions, Last Day to Serve Initial Expert Reports, Last Day to Serve Rebuttal Expert Reports, Expert Discovery Cut-Off, and Last Day to Conduct Settlement Proceedings dates;

WHEREAS, the Parties do not seek to move the pretrial filing dates or the Final Pretrial Conference date previously set by the Court [Dkt. 48];

WHEREAS, neither the Plaintiffs nor the Defendants will be prejudiced by this continuance;

WHEREAS, the Parties have avoided taking up the Court's law and motion calendar by diligently and informally resolving their respective differences with respect to discovery;

WHEREAS, one prior 60-day continuance has been granted in this matter [DKT. 48];

WHEREAS, the Parties would be unduly and irreparably prejudiced if they are required to adhere to the current scheduling order as they need to conduct further discovery, prepare motions, including without limitation, a motion for summary judgment, and prepare for trial;

WHEREAS, good cause therefore exists for continuing the current Fact Discovery Cut-Off, Last Day to File Motions, Last Day to Serve Initial Expert

JOINT STIPULATION TO CONTINUE DISCOVERY AND MOTION FILING DEADLINES ONLY

Reports, Last Day to Serve Rebuttal Expert Reports, Expert Discovery Cut-Off, Last Day to Conduct Settlement Proceedings, in this matter.

## STIPULATION

THEREFORE, the Parties to the instant action hereby stipulate that the Fact Discovery Cut-Off, Last Day to File Motions, Last Day to Serve Initial Expert Reports, Last Day to Serve Rebuttal Expert Reports, Expert Discovery Cut-Off, Last Day to Conduct Settlement Proceedings, shall be continued as follows:

1. The Final Pretrial Conference will remain as December 18, 2026; and all related pretrial filing dates;

2. The discovery and motion filing deadlines shall be continued as proposed below:

| EVENT | CURRENT DATE | REQUESTED DATE |
|---|---|---|
| Fact Discovery Cutoff | 07/17/2026 | 08/14/2026 |
| Last Day to File Motions | 07/31/2026 | 08/28/2026 |
| Last Day to Serve Initial Expert Reports | 07/31/2026 | 08/28/2026 |
| Last Day to Serve Rebuttal Expert Reports | 08/28/2026 | 09/25/2026 |
| Expert Discovery Cutoff | 09/25/2026 | 10/23/2026 |
| Last Day to Conduct Settlement Proceedings | 09/18/2026 | 10/16/2026 |
| Last Day to File Daubert Motions | 10/02/2026 | 10/02/2026 |
| Last Day to File Motions in Limine | 11/20/2026 | 11/20/2026 |

JOINT STIPULATION TO CONTINUE DISCOVERY AND MOTION FILING DEADLINES ONLY

| Final Pretrial Conference | 12/18/2026 | 12/18/2026 |
| --- | --- | --- |

**IT IS SO STIPULATED:**

Dated: July 6, 2026             LAW OFFICES OF DALE K. GALIPO


By: /s/ *Dale K. Galipo*
    Dale K. Galipo
    Eric Valenzuela
    Attorneys for Plaintiffs,
    Maria Guadalupe Diaz, et. al.

Dated: July 6, 2026             JONES MAYER


By: /s/ *Angela M. Powell*
    Angela M. Powell
    Thurgood M. Wynn
    Attorneys for Defendants,
    CITY OF TORRANCE, et al.

JOINT STIPULATION TO CONTINUE DISCOVERY AND MOTION FILING DEADLINES ONLY