# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA DE DIAZ, <br><br>            Plaintiffs, <br><br> vs. <br><br> CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive, <br><br>            Defendants. | Case No: 2:25-cv-03389-JLS (AYPx) <br><br> Assigned to Judge Josephine L. Staton Courtroom 8A <br><br> **[PROPOSED] ORDER GRANTING *RENEWED* JOINT STIPULATION TO CONTINUE DISCOVERY AND MOTION FILING DEADLINES ONLY** <br><br><br> Action filed: April 17, 2025 |

Having reviewed the Parties' *Renewed* Stipulation to Continue Discovery and Motion Filing Deadlines Only, and finding good cause therefor, the Court hereby **APPROVES** the Stipulation as follows:

1.    The Final Pretrial Conference will remain as December 18, 2026; and all related pretrial filing dates;

2.    The discovery and motion filing deadlines shall be continued as proposed below:

| EVENT | CURRENT DATE | REQUESTED DATE | COURT ORDERED |
|---|---|---|---|
| Fact Discovery Cutoff | 07/17/2026 | 08/14/2026 | |
| Last Day to File Motions | 07/31/2026 | 08/28/2026 | |
| Last Day to Serve Initial Expert Reports | 07/31/2026 | 08/28/2026 | |
| Last Day to Serve Rebuttal Expert Reports | 08/28/2026 | 09/25/2026 | |
| Expert Discovery Cutoff | 09/25/2026 | 10/23/2026 | |
| Last Day to Conduct Settlement Proceedings | 09/18/2026 | 10/16/2026 | |
| Last Day to File Daubert Motions | 10/02/2026 | 10/02/2026 | NO CHANGE |
| Last Day to File Motions in Limine | 11/20/2026 | 11/20/2026 | NO CHANGE |
| Final Pretrial Conference | 12/18/2026 | 12/18/2026 | NO CHANGE |

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Josephine L. Staton
United States District Court Judge

- 2 -