# NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA DE DIAZ,<br><br>             Plaintiffs,<br>v.<br><br>CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive,<br><br>             Defendants. | Case No: 2:25-cv-03389-JLS-AYP<br><br>**ORDER GRANTING *RENEWED* JOINT STIPULATION TO CONTINUE DISCOVERY AND MOTION FILING DEADLINES ONLY (Doc. 51)** |

Having reviewed the Parties' *Renewed* Stipulation to Continue Discovery and Motion Filing Deadlines Only (Doc. 51), the Court hereby GRANTS the Stipulation and ORDERS as follows:

1.    The Final Pretrial Conference will remain as December 18, 2026; and all related pretrial filing dates;

2.    The discovery and motion filing deadlines shall be continued as proposed below:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Fact Discovery Cutoff | 07/17/2026 | 08/14/2026 |
| Last Day to File Motions | 07/31/2026 | 08/28/2026 |
| Last Day to Serve Initial Expert Reports | 07/31/2026 | 08/28/2026 |
| Last Day to Serve Rebuttal Expert Reports | 08/28/2026 | 09/25/2026 |
| Expert Discovery Cutoff | 09/25/2026 | 10/23/2026 |
| Last Day to Conduct Settlement Proceedings | 09/18/2026 | 10/16/2026 |
| Last Day to File Daubert Motions | 10/02/2026 | 10/30/2026 |
| Last Day to File Motions in Limine | 11/20/2026 | 11/20/2026 |
| Final Pretrial Conference | 12/18/2026 | 12/18/2026 |

Dated: July 13, 2026    _____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE