LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
dalekgalipo@yahoo.com
Eric Valenzuela, SBN 284500
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs,
MARIA GUADALUPE DIAZ, et. al.

JONES MAYER
Angela M. Powell, SBN 191876
amp@jones-mayer.com
Thurgood M. Wynn, SBN 345199
tmw@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants,
CITY OF TORRANCE, OFFICER ARTURO CASTILLO, OFFICER CODY WISSLER, OFFICER JESUS GARCIA and OFFICER JASON BERMUDEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA DE DIAZ,

Plaintiffs,

vs.

CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive,

Defendants.

Case No: 2:25-cv-03389-JLS (AYPx)

Assigned to Judge Josephine L. Staton
Courtroom 8A

**JOINT STIPULATION TO CONTINUE DISCOVERY AND MOTION FILING DEADLINES ONLY**

[Proposed] Order Submitted Concurrently Herewith]

Action filed: April 17, 2025

Plaintiffs and Defendants (collectively, the "Parties") by and through their respective counsel of record, hereby submit this *Renewed* Stipulation to Continue Discovery and Motion Filing Deadlines Only.

The Parties reviewed the Court's denial of the Parties' Stipulation to Continue Pretrial and Trial Related Dates and Deadlines [Dkt. 50]. The Parties recognize that they requested a continuance of the Final Pretrial Conference but did not ask the Court to *alternatively* consider a continuance of the discovery and motion filing deadlines only.

Accordingly, the Parties respectfully submit this *Renewed* Stipulation to Continue Discovery and Motion Filing Deadlines Only and stipulate and agree good case exists to continue only the parties' discovery deadlines by 30 days, leaving the Final Pretrial Conference date and pretrial filing dates in place as follows:

**RECITALS**

WHEREAS, the Civil Trial Scheduling Order was modified by Judge Josephine L. Staton on July 31, 2026, extending the following dates and deadlines: Fact Discovery Cut-Off, Last Day to File Motions, Last Day to Serve Initial Expert Reports, Last Day to Serve Rebuttal Expert Reports, Expert Discovery Cut-Off, and Last Day to Conduct Settlement Proceedings [DKT. 52];

WHEREAS, the Parties have completed fact discovery. The Parties have met and conferred in good faith, and each believe that a further continuance of certain dates in this action will promote the prospects for success of settlement discussions and limit unnecessary expense, particularly as to expert retention, preparation and expert discovery;

WHEREAS, the Parties request only a 30-day continuance for the Last Day to File Motions, and a 60-day continuance for the Last Day to Serve Initial

Expert Reports, Last Day to Serve Rebuttal Expert Reports, Expert Discovery Cut-Off, and Last Day to Conduct Settlement Proceedings dates;

WHEREAS, the Parties do not seek to move the pretrial filing dates or the Final Pretrial Conference date previously set by the Court [Dkt. 48];

WHEREAS, neither the Plaintiffs nor the Defendants will be prejudiced by this continuance;

WHEREAS, the Parties have avoided taking up the Court's law and motion calendar by diligently and informally resolving their respective differences with respect to discovery;

WHEREAS, one prior 60-day continuance has been granted in this matter [DKT. 48];

WHEREAS, one prior 30-day continuance of Fact Discovery Cut-Off, Last Day to File Motions, Last Day to Serve Initial Expert Reports, Last Day to Serve Rebuttal Expert Reports, Expert Discovery Cut-Off, Last Day to Conduct Settlement Proceedings has been granted in this matter [DKT. 52];

WHEREAS, the Parties would be unduly and irreparably prejudiced if they are required to adhere to the current scheduling order as they need to conduct further discovery, prepare motions, including without limitation, a motion for summary judgment, and prepare for trial;

WHEREAS, good cause therefore exists for continuing the current Last Day to File Motions, Last Day to Serve Initial Expert Reports, Last Day to Serve Rebuttal Expert Reports, Expert Discovery Cut-Off, Last Day to Conduct Settlement Proceedings, in this matter.

**STIPULATION**

THEREFORE, the Parties to the instant action hereby stipulate that the Fact Discovery Cut-Off, Last Day to File Motions, Last Day to Serve Initial Expert Reports, Last Day to Serve Rebuttal Expert Reports, Expert Discovery

Cut-Off, Last Day to Conduct Settlement Proceedings, shall be continued as follows:

1. The Final Pretrial Conference will remain as December 18, 2026; and all related pretrial filing dates;

2. The discovery and motion filing deadlines shall be continued as proposed below:

| EVENT | CURRENT DATE | REQUESTED DATE |
|---|---|---|
| Last Day to File Motions | 08/28/2026 | 10/02/2026 |
| Last Day to Serve Initial Expert Reports | 08/28/2026 | 10/23/2026 |
| Last Day to Serve Rebuttal Expert Reports | 09/25/2026 | 11/06/2026 |
| Expert Discovery Cutoff | 09/25/2026 | 12/04/2026 |
| Last Day to Conduct Settlement Proceedings | 10/16/2026 | NO CHANGE REQUESTED |
| Last Day to File Daubert Motions | 10/02/2026 | 12/04/2026 |
| Last Day to File Motions in Limine | 11/20/2026 | 11/20/2026 |
| Final Pretrial Conference | 12/18/2026 | NO CHANGE REQUESTED |

**IT IS SO STIPULATED:**

**SIGNATURES FOLLOW IMMEDIATELY ON NEXT PAGE.**

Dated: July , 2026 LAW OFFICES OF DALE K. GALIPO

By: /s/ *Eric Valenzuela*
Dale K. Galipo
Eric Valenzuela
Attorneys for Plaintiffs,
Maria Guadalupe Diaz, et. al.

Dated: July , 2026 JONES MAYER

By: /s/ *Angela M. Powell*
Angela M. Powell
Thurgood M. Wynn
Attorneys for Defendants,
CITY OF TORRANCE, et al.