UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA DE DIAZ,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive,<br><br>Defendants. | Case No: 2:25-cv-03389-JLS (AYPx)<br><br>Assigned to Judge Josephine L. Staton<br>Courtroom 8A<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY AND MOTION FILING DEADLINES ONLY**<br><br>Action filed: April 17, 2025 |

**[PROPOSED[ ORDER**

Having reviewed the Parties' Joint Stipulation to Continue Expert Discovery and Motion Filing Deadlines Only, and finding good cause therefor, the Court hereby **APPROVES** the Stipulation as follows:

1. The Final Pretrial Conference will remain as December 18, 2026; and all related pretrial filing dates;

2. The expert discovery and motion filing deadlines shall be

continued as proposed below:

| EVENT | CURRENT DATE | REQUESTED DATE | COURT ORDERED |
|---|---|---|---|
| Last Day to File Motions | 08/28/2026 | 10/02/2026 | |
| Last Day to Serve Initial Expert Reports | 08/28/2026 | 10/23/2026 | |
| Last Day to Serve Rebuttal Expert Reports | 09/25/2026 | 11/06/2026 | |
| Expert Discovery Cutoff | 09/25/2026 | 12/04/2026 | |
| Last Day to Conduct Settlement Proceedings | 10/16/2026 | NO CHANGE REQUESTED | |
| Last Day to File Daubert Motions | 10/02/2026 | 12/04/2026 | |
| Last Day to File Motions in Limine | 11/20/2026 | 11/20/2026 | |
| Final Pretrial Conference | 12/18/2026 | NO CHANGE REQUESTED | |

**IT IS SO ORDERED.**

DATE: ________________

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE