JONES MAYER
Angela M. Powell, State Bar No. 191876
amp@jones-mayer.com
Thurgood M. Wynn, State Bar No. 345199
tmw@jones-mayer.com
Ryan M. Allein, State Bar No. 318078
rma@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants,
CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive<br><br>Defendants. | Case No. 2:25-cv-03389-JLS(AYPx)<br><br>Honorable Josephine L. Staton<br>Courtroom 8A<br><br>**STIPULATION TO INCREASE WORD COUNT LIMIT OF BRIEFING OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT / PARTIAL SUMMARY JUDGMENT**<br><br>***[Filed concurrently with [Proposed] Order]***<br><br>Action filed: October 8, 2025 |

TO THIS HONORABLE COURT:

Plaintiffs MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ's (collectively



JONES MAYER LAW

referred to as "Plaintiffs") and Defendants CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; and JASON BERMUDEZ (collectively referred to as "Defendants") (collectively all parties are referred to herein as "the Parties"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Defendants desire to file a respective motion for summary judgment and/or partial summary judgment pursuant to Federal Rule of Civil Procedure Rule 56;

WHEREAS, under Local Rule 11-6.1, all memoranda of points and authority in support, opposition, or reply to a motion for summary judgment are subject to a 7,000 word count limit;

WHEREAS, on August 18, 2026, the Parties met and conferred per Local Rule 7-3 as to the motion for summary judgment and/or partial summary judgment Defendants anticipate filing;

WHEREAS, during the meet and confer, Plaintiffs agreed to dismiss count two (Denial of Medical Care Claim); however, five claims remained alleged in the First Amended Complaint. Thus, based on the number of remaining claims, coupled with the number of Defendant Officers (four), the Parties agreed to permit Defendants to file a motion with an increased word count limit to ensure Defendants can effectively respond to each remaining allegation made in the Complaint;

WHEREAS, the Parties submit that good cause exists to increase the word count limit for briefing on Defendants' motion for summary judgment/partial summary judgment; and

WHEREAS, the Parties hereby stipulate that any memorandum of points and authorities in support of a motion for summary judgment/partial summary judgment filed by Defendants shall not exceed 10,000 words, any opposition brief filed by Plaintiff shall not exceed 10,000 words, and any

reply brief filed by Defendants shall not exceed 10,000 words.

IT IS SO STIPULATED

Dated: August 25, 2026

Respectfully Submitted,

JONES MAYER

By: s/*Thurgood M. Wynn*
Angela M. Powell, Esq.
Thurgood M. Wynn, Esq.
Ryan M. Allein, Esq.
Attorneys for Defendants

Dated: August 25, 2026

Respectfully Submitted,

LAW OFFICES OF DALE K. GALIPO

By: s/ *Dale K. Galipo*
Dale K. Galipo, Esq.
Eric Valenzuela, Esq.
Attorneys for Plaintiffs

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.