UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive<br><br>Defendants. | Case No. 2:25-cv-03389-JLS(AYPx)<br><br>Honorable Josephine L. Staton<br>Courtroom 8A<br><br>**ORDER GRANTING STIPULATION TO INCREASE WORD COUNT LIMIT ON BRIEFING OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT / PARTIAL SUMMARY JUDGMENT**<br><br>***[Filed concurrently with [Stipulation]*** |

Having reviewed and considered the Stipulation to increase the word count limit for briefing on Defendants' motion for summary judgment / partial summary judgment, and for good cause appearing therefrom, the Court orders that any memorandum of points and authorities in support of a motion for summary judgment / partial summary judgment filed by Defendants shall not exceed 10,000 words, any opposition brief filed by

Plaintiff shall not exceed 10,000 words, and any reply brief filed by Defendants shall not exceed 10,000 words.

IT IS SO ORDERED

Dated:

HONORABLE JOSEPHINE L. STATON
United States District Judge