**DENIED**

**BY ORDER OF THE COURT**

FILED
CLERK, U.S. DISTRICT COURT
08/26/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KD DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA DE DIAZ,

Plaintiffs,

vs.

CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive,

Defendants.

Case No: 2:25-cv-03389-JLS (AYPx)

Assigned to Judge Josephine L. Staton
Courtroom 8A

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY AND MOTION FILING DEADLINES ONLY**

Action filed: April 17, 2025

**[PROPOSED] ORDER**

Having reviewed the Parties' Joint Stipulation to Continue Expert Discovery and Motion Filing Deadlines Only, and finding good cause therefor, the Court hereby **APPROVES** the Stipulation as follows:

1. The Final Pretrial Conference will remain as December 18, 2026; and all related pretrial filing dates;

2. The expert discovery and motion filing deadlines shall be

continued as proposed below:

| EVENT | CURRENT DATE | REQUESTED DATE |
|---|---|---|
| Last Day to File Motions | 08/28/2026 | 10/02/2026 |
| Last Day to Serve Initial Expert Reports | 08/28/2026 | 10/23/2026 |
| Last Day to Serve Rebuttal Expert Reports | 09/25/2026 | 11/06/2026 |
| Expert Discovery Cutoff | 09/25/2026 | 12/04/2026 |
| Last Day to Conduct Settlement Proceedings | 10/16/2026 | NO CHANGE REQUESTED |
| Last Day to File Daubert Motions | 10/02/2026 | 12/04/2026 |
| Last Day to File Motions in Limine | 11/20/2026 | 11/20/2026 |
| Final Pretrial Conference | 12/18/2026 | NO CHANGE REQUESTED |

**IT IS SO ORDERED.**

DATE: ________________

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE