UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive<br><br>Defendants. | Case No. 2:25-cv-03389-JLS-AYP<br><br>**ORDER GRANTING <u>IN PART</u> STIPULATION TO INCREASE WORD COUNT LIMIT ON BRIEFING OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT / PARTIAL SUMMARY JUDGMENT (Doc. 54)** |

Having reviewed and considered the Stipulation to increase the word count limit for briefing on Defendants' motion for summary judgment / partial summary judgment (Doc. 54), and for good cause appearing therefrom, the Court orders that any memorandum of points and authorities in support of a motion for summary judgment / partial summary judgment

filed by Defendants shall not exceed 10,000 words, any opposition brief filed by Plaintiff shall not exceed 10,000 words, and **any reply brief filed by Defendants shall not exceed 7,000 words**.[1]

Dated: August 26, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

[1] Pursuant to this Court's procedures page, reply briefs are typically limited to 4,200 words.