Attorneys for Defendants,
CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive<br><br>Defendants. | Case No. 2:25-cv-03389-JLS(AYPx)<br>Honorable Josephine L. Staton<br>Courtroom 8A<br><br>**DECLARATION OF JASON BERMUDEZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES**<br><br>*[ ]*<br><br>Date:<br>Time: 10:30 a.m.<br>Ctrm: 8A<br><br>Action filed: October 8, 2025 |

## DECLARATION OF JASON BERMUDEZ

I, Jason Bermudez, declare:

1. All facts contained herein are of my own personal knowledge. If called to testify, I could and I would competently testify to the facts stated herein to which I believe to be true.

2. I am employed in the Torrance Police Department. In that capacity, I serve as a patrol officer, and on December 2, 2024, I was employed as a patrol officer.

3. Among my duties and responsibilities as a patrol officer is to conduct interviews, gather evidence, and present facts to the district attorney's officer for review.

4. On December 2, 2024, I was assigned as a patrol officer, with my partner, Officer Arturo Castillo, and at approximately 4:35 p.m., I was dispatched to the area of 2909 Oregon Court in Torrance, California.

5. On this date, I was involved in an incident with decedent Leonardo Diaz ("Diaz"). During this incident, my body worn camera was activated. Attached hereto as **Exhibit J**, which was produced during the course of discovery and referred to during my July 13, 2026 deposition, see Jason Bermudez Deposition, at 81:17-24, 82:2-5, is a true and accurate depiction of my body worn camera that captured the events of December 2, 2024. A true and correct copy of this video is being physically lodged with the Court concurrent with the filing of this motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25 day of August, 2026, at TORRANCE, California

[signature]
Jason Bermudez