JONES MAYER
Angela M. Powell, State Bar No. 191876
amp@jones-mayer.com
Thurgood M. Wynn, State Bar No. 345199
tmw@jones-mayer.com
Ryan M. Allein, State Bar No. 318078
rma@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants,
CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ

Plaintiffs,

v.

CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive

Defendants.

Case No. 2:25-cv-03389-JLS(AYPx)

Honorable Josephine L. Staton
Courtroom 8A

**DECLARATION OF ARTURO CASTILLO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES**

*[ ]*

Date:
Time: 10:30 a.m.
Ctrm: 8A

Action filed: October 8, 2025

**<u>DECLARATION OF ARTURO CASTILLO</u>**

I, Arturo Castillo, declare:

1. All facts contained herein are of my own personal knowledge. If called to testify, I could and I would competently testify to the facts stated

herein to which I believe to be true.

2. I am employed in the Torrance Police Department. In that capacity, I serve as a patrol officer, and on December 2, 2024, I was employed as a patrol officer.

3. Among my duties and responsibilities as a patrol officer is to conduct interviews, gather evidence, and present facts to the district attorney's officer for review.

4. On December 2, 2024, I was assigned as a patrol officer, with my partner, Officer Jason Bermudez, and at approximately 4:35 p.m., I was dispatched to the area of 2909 Oregon Court in Torrance, California.

5. On this date, I was involved in an incident with decedent Leonardo Diaz ("Diaz"). During this incident, my body worn camera was activated. Attached hereto as **Exhibit I**, which was produced during the course of discovery and referred to during my July 13, 2026 deposition, see Arturo Castillo Deposition ("Castillo Deposition"), at 6:12-21, 51:12-21, 77:24-78:9, is a true and accurate depiction of my body camera footage that captured the events of December 2, 2024. A true and correct copy of this video is being physically lodged with the Court concurrent with the filing of this motion.

6. During this incident, I requested for a drone to be utilized in order to surveil the scene where Diaz was located. Attached hereto as **Exhibits G & K**, which was produced during the course of discovery and referred to during my July 13, 2026 deposition, see Castillo Deposition, at 78:17-20, 6:15-7:2, are a true and accurate depiction of the drone videos that captured the events of December 2, 2024. A true and correct of these videos are being physically lodged with the Court concurrent with the filing of this motion.

/ / /

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26 day of August, 2026, at TORRANCE, California

Arturo Castillo