JONES MAYER
Angela M. Powell, State Bar No. 191876
amp@jones-mayer.com
Thurgood M. Wynn, State Bar No. 345199
tmw@jones-mayer.com
Ryan M. Allein, State Bar No. 318078
rma@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants,
CITY OF TORRANCE; ARTURO CASTILLO;
CODY WISSLER; JESUS GARCIA; JASON
BERMUDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA RAMIREZ DE DIAZ

Plaintiffs,

v.

CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive

Defendants.

Case No. 2:25-cv-03389-JLS(AYPx)

Honorable Josephine L. Staton
Courtroom 8A

**DECLARATION OF SAMUEL CHOI IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES**

*[ ]*

Date:
Time: 10:30 a.m.
Ctrm: 8A

Action filed: October 8, 2025

**DECLARATION OF SAMUEL CHOI**

I, Samuel Choi, declare:

1. All facts contained herein are of my own personal knowledge. If called to testify, I could and I would competently testify to the facts stated

herein to which I believe to be true.

2. I am employed in the Torrance Police Department. In that capacity, I serve as a patrol officer, and on December 2, 2024, I was employed as a patrol officer.

3. Among my duties and responsibilities as a patrol officer is to conduct interviews, gather evidence, and present facts to the district attorney's office for review.

4. On December 2, 2024, I was assigned as a patrol officer and I was dispatched to the area of 2909 Oregon Court in Torrance, California.

5. In relation to the events of December 2, 2024, I was assigned as less lethal – meaning I was tasked with utilizing the 40 mm less lethal launcher ("40 mm") inside my patrol vehicle. The steps necessary to make the 40 mm available for use are as follows:

6. First, I have to place the patrol vehicle in park by moving the automatic gear to park, exit the vehicle, and walk to the rear of the vehicle.

7. Second, I have to grab the vehicle key from my tactical belt, place the key into the keyhole for the liftgate (hinged rear door), turn the key to unlock the liftgate while simultaneously pressing the button below the rear license plate to open the lift gate, and finally lift the liftgate.

8. Third, I have to press the button on the right side inside the trunk to unlock the locking mechanism on the mount of the 40 mm less lethal launcher that is mounted on the interior of the liftgate.

9. Fourth, I have to unlatch the locking mechanism, grab the 40 mm from the mount, and unlock the side compartment in the trunk by turning a plastic knob on the panel.

10. Fifth, I have to move the panel, grab the 40 mm pouch (containing six rounds) inside the side compartment, and unzip the zipper on the pouch to access the 40 mm rounds.

11. Sixth, I have to open the chamber of the 40 mm by pressing downwards on the ambidextrous paddle-like button, chamber a round into the 40 mm, and close the chamber of the 40 mm.

12. Seventh, I have to rotate the knob on the red dot sight that is mounted on the 40 mm to turn it on and look into the red dot sight to ensure the brightness of the dot is suitable for the time of day.

13. Eighth, I have to sling the 40 mm and then secure the pouch with a carabineer attached to it and then have to hook the carabineer to the baton ring on my tactical belt, and then I close the trunk.

14. At this point, the 40 mm is ready for use.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this _______ day of August, 2026, at _______________________, California

_______________________________
Samuel Choi