UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; A.D., a minor by and through his Guardian Ad Litem, MARIA GUADALUPE DIAZ; LEONARDO DIAZ; and RAMONA DE DIAZ,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; JASON BERMUDEZ; and DOES 6-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03389-JLS(AYPx)<br><br>Honorable Josephine L. Staton<br>Courtroom 8A<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES**<br><br>DATE: February 5, 2027<br>TIME: 9:00 a.m.<br>CTRM: 8A<br><br>Action filed: 04/17/25 |

## [PROPOSED] ORDER

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants' motion for summary judgment or, in the alternative, partial summary judgment came before the Court on regular notice at the above-stated date and time. After consideration of the papers on file, and after arguments of counsel, the Court concludes as follows:

1. Plaintiffs have failed to carry their burden of demonstrating they

are entitled to relief on the first cause of action for excessive force in violation of the Fourth Amendment;

2. Plaintiffs have failed to carry their burden of demonstrating they are entitled to relief on the second cause of action for denial of medical care in violation of the Fourth Amendment;

3. Plaintiffs have failed to carry their burden of demonstrating they are entitled to relief on the third cause of action for substantive due process in violation of the Fourteenth Amendment;

4. Plaintiffs have failed to carry their burden of demonstrating they are entitled to relief on the fourth cause of action for battery;

5. Plaintiffs have failed to carry their burden of demonstrating they are entitled to relief on the fifth cause of action for negligence; and

6. Plaintiffs have failed to carry their burden of demonstrating they are entitled to relief on the sixth cause of action for a violation of the Bane Act (Cal. Civ. Code, § 52.1).

Accordingly, Defendants' motion for summary judgment is GRANTED in its entirety as to Defendants CITY OF TORRANCE; ARTURO CASTILLO; CODY WISSLER; JESUS GARCIA; AND JASON BERMUDEZ

**IT IS SO ORDERED.**

DATED:

______________________________

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE