Ryan M. Allein, SBN 318078
Jones Mayer
3777 N. Harbor Blvd.
Fullerton, CA 92835

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Maria Guadalupe Diaz, et al.<br>PLAINTIFF(S)<br>v.<br>City of Torrance, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:25-cv-03389-JLS(AYPx)<br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: (**List Documents)**

-Exhibit A (911 Audio)
-Exhibit G (Drone Video #1)
-Exhibit H (Officer Cody Wissler Body Worn Camera Video)
-Exhibit I (Officer Arturo Castillo Body Worn Camera Video)
-Exhibit J (Officer Jason Bermudez Body Worn Camera Video)
-Exhibit K (Drone Video #2)
-Exhibit L (Patrol Vehicle Dashboard Video)

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________________
☐ Other:

August 28, 2026
Date

Ryan M. Allein
Attorney Name

City of Torrance, et al.
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*