LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA GUADALUPE DIAZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TORRANCE, et al.,<br><br>Defendants. | Case No. 2:25-cv-03389-JLS(AYPx)<br><br>Honorable Josephine L. Staton<br>Courtroom 8A<br><br>**DECLARATION OF ERIC VALENZUELA IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

# DECLARATION OF ERIC VALENZUELA

I, Eric Valenzuela, hereby declare as follows:

1. I am an attorney licensed to practice law in the United States District Court, Central District of California. I am one of the attorneys of record for Plaintiffs in the instant action. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of the relevant pages of the deposition transcript of Defendant Arturo Castillo.

3. Attached hereto as "**Exhibit B**" is a true and correct copy of the relevant pages of the deposition transcript of Defendant Jesus Garcia.

4. Attached hereto as "**Exhibit C**" is a true and correct copy of the relevant pages of the deposition transcript of Defendant Jason Bermudez.

5. Attached hereto as "**Exhibit D**" is a true and correct copy of the relevant pages of the deposition transcript of Defendant Cody Wissler.

6. Attached hereto as "**Exhibit E**" is a true and correct copy of the declaration of Plaintiffs' retained police practices expert, William Harmening.

7. Attached hereto as "**Exhibit F**" is a true and correct copy of the relevant pages of the recorded interview transcript of Defendant Cody Wissler.

8. Attached hereto as **"Exhibit G"** is a true and correct copy of video of the incident (Bates No. TPD 00040).

9. Attached hereto as "**Exhibit H**" is a true and correct copy of the relevant pages of the recorded interview transcript of Defendant Arturo Castillo.

10. Attached hereto as "**Exhibit I**" is a true and correct copy of video of the incident (Bates No. TPD 00039).

11. Attached hereto as "**Exhibit J**" is a true and correct copy of the relevant pages of the recorded interview transcript of Defendant Jason Bermudez.

12. Attached hereto as "**Exhibit K**" is a true and correct copy of video of the incident (Bates No. TPD 00099).

13. Attached hereto as "**Exhibit L**" is a true and correct copy of video of the incident (Bates No. TPD 00041).

14. Attached hereto as "**Exhibit M**" is a true and correct copy of video of the incident (Bates No. TPD 00047).

15. Attached hereto as "**Exhibit N**" is a true and correct copy of video of the incident (Bates No. TPD 00050).

16. Attached hereto as "**Exhibit O**" is a true and correct copy of the relevant pages of the Autopsy Report of Decedent.

17. Attached hereto as "**Exhibit P**" is a true and correct copy of the relevant pages of the recorded interview transcript of Defendant Jesus Garcia.

18. Attached hereto as "**Exhibit Q**" is a true and correct copy of a photograph of the flathead screwdriver.

19. Attached hereto as "**Exhibit R**" is a true and correct copy of the relevant pages of the deposition transcript of Edwin Partobi, M.D.

20. Attached hereto as **"Exhibit S[1]"** is a true and correct copy of the discovery propounded by Plaintiffs' to Defendants.

21. Attached hereto as **"Exhibit T"** is a true and correct copy of the documents produced by the Defendants in response to the discovery propounded by Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/16/2026.

By: */s/ Eric Valenzuela*
Eric Valenzuela
Attorneys for Plaintiffs

[1] This request for production of document request was propounded to all five named Defendants.