# "EXHIBIT G"

**Exh. G - 0040. Video - TPD - BWC - (Extraction_1.1)_Axon_Body_3_Video_2024-12-02_1658_X60AA726P.mp4**

## Manually Filed