# "EXHIBIT I"

**Exh. I - 0039. Video - TPD - BWC - (Extraction_1.1)_Axon_Body_3_Video_2024-12-02_1658_X60AA296L.mp4**

## Manually Filed