# "EXHIBIT K"

**Exh. K - 0099. Video - TPD - UAS Drone - DJI_20241202170007_0003_S.mp4**

## Manually Filed