# "EXHIBIT L"

**Exh. L - 0041. Video - TPD - BWC - (Extraction_1.1)_Axon_Body_3_Video_2024-12-02_1659_X60AA6983.mp4**

## Manually Filed