# "EXHIBIT M"

**Exh. M - 0047. Video - TPD - BWC - (Extraction_1.2)_Axon_Body_3_Video_2 024-12-02_1658_X60AA296L.mp4**

## Manually Filed