# "EXHIBIT N"

**Exh. N - 0050. Video - TPD - BWC - (Extraction_1.3)_Axon_Body_3_Video_ 2024-12-02_1658_X60AA296L**

## Manually Filed