# "EXHIBIT O"

"Enriching Lives"

# COUNTY OF LOS ANGELES
# DEPARTMENT OF MEDICAL EXAMINER

1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

Odey C. Ukpo, M.D., M.S.
Chief Medical Examiner

## DEATH INVESTIGATION SUMMARY

**Medical Examiner Case Number:** 2024-18831
**Decedent Name:** DIAZ, LEONARDO
**Date of Birth:** 02/08/1990
**Date of Injury:** 12/02/2024
**Place of injury:** Oregon Court and Maple Avenue, Torrance, California 90503 County Los Angeles
**Pronounced date/time:** 12/02/2024 5:15:00 PM
**Date of examination:** 12/04/2024
**Deputy Medical Examiner:** Dr. Partovi, Edwin
**Forensic Technician:** Flores, Sergio

**CAUSE OF DEATH A:** MULTIPLE GUNSHOT WOUNDS
**MANNER OF DEATH:** HOMICIDE
**HOW INJURY OCCURRED:** SHOT BY OTHER(S) DURING ENCOUNTER WITH LAW ENFORCEMENT

Edwin Partovi

Dr. Partovi, Edwin
Completed On: 12/17/2024 2:37 PM

Please call (323) 343-0518 should you have any questions after reviewing this material.

CONFIDENTIAL
FOR LAW ENFORCEMENT USE ONLY

## Medical Report Summary

1. Multiple gunshot wounds of torso and left upper extremity
   a. Penetrating gunshot wound of right clavicular region "A"
      i. Gunshot entrance wound of right clavicular region of chest; no soot or stippling of surrounding skin
      ii. Wound track involves right thoracic inlet, right paravertebral ribs 1-3 with fractures of ribs, soft tissues of back with nondisplaced fractures of T3/T4
2. Hemothorax, right (100 mL)
      i. Projectile recovered from soft tissue overlying left paramidline posterior vertebra T3 (jacket) and T3/T4 (core) [separation of jacket and core; submitted in two envelopes to Evidence Unit]
      ii. Directionality: downward, right to left, and slightly front to back
   a. Penetrating gunshot wound of superomedial left shoulder "B"
      i. Gunshot entrance wound of superior left shoulder; no soot or stippling of surrounding skin
      ii. Wound track involves left thoracic inlet, upper and lower lobes of left lung, left hemidiaphragm, and peripancreatic mesentery
3. Hemothorax, left (400 mL)
4. Hemoperitoneum, trace
      i. Projectile recovered from peripancreatic soft tissue (mesentery) and Submitted to Evidence Unit
      ii. Directionality: downward, slightly left to right, and without discernible front to back deviation
   a. Perforating gunshot wound of left chest "C"
      i. Entrance gunshot wound of left upper chest, just superior and medial to nipple; no soot or stippling of surrounding skin
      ii. Wound track involves only subcutaneous and muscular soft tissue of lateral left chest, tunneling superficially under skin only
      iii. Exit gunshot wound of lateral left chest
      iv. Directionality: right to left, front to back, and slightly downward
   b. Perforating gunshot wound of torso "D"
      i. Entrance gunshot wound of right upper quadrant of abdomen; no soot or stippling of surrounding skin
      ii. Wound track involves anterior abdominal wall, right lobe of the liver, right retroperitoneal soft tissue, and musculature of right lower back
5. Pulpified wound track of liver
6. Hemoperitoneum, trace
      i. Exit gunshot wound of right lower back
      ii. Directionality: front to back, slightly right to left, and slightly downward
   a. Penetrating gunshot wound of right upper back "E"
      i. Entrance gunshot wound of right upper back; no soot or stippling of surrounding skin
      ii. Wound track involves soft tissue and musculature of back
      iii. Projectile recovered from soft tissue overlying right paramidline posterior thoracic level 1 (T1) vertebra and submitted to Evidence Unit
      iv. Directionality: back front, to slightly right to left, and without discernible upward or downward deviation
   b. Perforating gunshot wound of right upper back "F"
      i. Entrance gunshot wound of right upper back; no soot or stippling of surrounding skin
      ii. Wound track sequentially involves the soft tissue and musculature of back, posterior right 5th intercostal space, upper and middle lobes of right lung, carina, hilar region of left lung, and anterior chest wall at anterior left 8th rib
7. Fracture of anterior left 8th rib
8. Hemothoraces (right 100 mL; left 400 mL)
9. Hemoaspiration pattern of lungs, bilateral
      i. Exit gunshot wound of region of left nipple/areola
      ii. Directionality: back to front, right to left, and downward
   a. Penetrating gunshot wound of superior left shoulder "G"
      i. Entrance gunshot wound of superior left shoulder; no soot or stippling of surrounding skin
      ii. Wound track involves musculature of the left arm, soft tissue and musculature of left axilla, and left anterolateral chest wall at approximately left anterolateral rib levels 8-11
10. Multiple displaced fractures of left anterolateral ribs levels 8-11
11. Hemothorax, left (400 mL)
      i. Projectile recovered from left pleural cavity and submitted to Evidence Unit

FOR LAW ENFORCEMENT USE ONLY
CONFIDENTIAL

ii. Directionality: left to right, slightly downward, and without discernible front to back deviation

a. Penetrating gunshot wound of left arm "H"
   i. Entrance gunshot wound of mid lateral left arm; no soot or stippling of surrounding skin
   ii. Wound track involves musculature of left arm and distal aspect of left humerus

12. Comminuted and displaced fractures of distal aspect of left humerus with vascular injury and patchy soft tissue hemorrhage
   i. Projectile recovered from soft tissue of distal aspect of left arm and submitted to Evidence Unit
   ii. Directionality: left to right and downward
   a. Penetrating gunshot wound of left arm and left axilla "I"
      i. Entrance gunshot wound of anteromedial left arm; no soot or stippling of surrounding skin
      ii. First wound track involves muscular soft tissue of left arm
      iii. Exit gunshot wound of left axilla
      iv. Re-entrance gunshot wound of left axilla
      v. Second wound track involves soft tissue and musculature of back, retroperitoneum, and lumbar level 3 (L3) vertebra with associated vertebral fracture
      vi. Projectile recovered from the right paramidline lumbar level 3 (L3) vertebra and submitted to Evidence Unit
      vii. Directionality: left to right, downward, and without discernible front to back deviation
   b. Signs of exsanguination, including:
      i. Conjunctival pallor
      ii. Poorly formed lividity
      iii. Generalized visceral pallor, especially of kidneys
      iv. Shriveled splenic capsule, slight
13. Incised wounds of upper extremities
   a. Incised wound of dorsal right hand "A"
      i. Wound extends to underlying fibromuscular soft tissues, including tendinous structures, without significant vascular injury
   b. Cluster of incised wounds of left distal volar forearm "B"
      i. Wounds extend to skin only without significant vascular injury
   c. Incised wound of dorsal left hand "C"
      i. Wound extends to underlying fibromuscular soft tissues, including tendinous structures, without significant vascular injury
14. Puncture wounds of neck, torso, and upper extremities
   a. All wounds without associated fractures or significant vascular injury
   b. Cluster of approximately 9 puncture wounds of right aspect of neck
   c. Cluster of approximately 32 puncture wounds of left aspect of neck
   d. Cluster of approximately 16 puncture wounds of lower midline chest
   e. Cluster of approximately 44 puncture wounds of right upper quadrant of abdomen
   f. Cluster of approximately 42 puncture wounds of left aspect of abdomen
   g. Cluster of 3 puncture wounds of right antecubital fossa
   h. Cluster of approximately 10 puncture wounds of right distal volar forearm
   i. Cluster of approximately 5 puncture wounds of dorsal right hand
   j. Cluster of approximately 8 puncture wounds of left antecubital fossa
   k. Cluster of approximately 11 puncture wounds of left distal volar forearm
   l. Cluster of approximately 6 puncture wounds of dorsal left hand
   m. 2 superficial puncture wounds of palmar left hand
15. Coronary artery atherosclerosis, slight
16. Obesity (BMI 36.9 lb/in2)
   a. 4-chamber cardiac dilation, slight
   b. Hepatic steatosis, slight
17. Status post resuscitative efforts
18. See separate toxicology report

## Summary and Opinion Narrative

34-year-old man who was reportedly involved in an encounter with law enforcement when he sustained multiple gunshot wounds. The decedent reportedly had a history of nitrous oxide abuse, resulting in paranoia and delusions. The decedent was also recently seen at a medical center for altered mental status, with reported

CONFIDENTIAL
FOR LAW ENFORCEMENT USE ONLY

discharge diagnoses including psychosis and illicit substance abuse. On the day of the encounter, law enforcement received a call that there was an individual with a gun. On police arrival to the scene, officers searched the area and observed the decedent sitting in his vehicle. The decedent was asked to exit the vehicle. The decedent exited his vehicle with blood on his hands, and holding an unknown object. Police officers gave the decedent multiple commands, and the decedent ignored all the commands. The decedent then reportedly walked toward the police officers with the object, and the officers continued to give the decedent commands. The decedent continued to approach the officers, and the officers shot at the decedent. Paramedics arrived and pronounced the decedent at the scene. Per investigation report and scene photographs, it was determined that the object the decedent was holding was a screwdriver. There was an apparent razor blade in the decedent's vehicle, which was stained with blood. There were multiple regions of blood staining of the interior and exterior of the decedent's vehicle, including the steering wheel, dashboard, driver's seat, driver's door frame, and bumper.

On postmortem X-rays, there are scattered projectile fragments and multiple deformed projectiles, consistent with those recovered at autopsy. At autopsy, there are 6 penetrating and 3 perforating gunshot wounds of the body, involving the torso and left upper extremity. Notable injuries associated with these gunshot wounds include (but are not limited to) bilateral rib fractures, vertebral fractures, bilateral lung injuries with hemothoraces, carina injury with hemoaspiratorion pattern of bilateral lungs, liver injury with trace hemoperitoneum, and comminuted and displaced fractures of the left humerus. Associated with these injuries are signs of exsanguination, including conjunctival pallor, poorly formed lividity, generalized visceral pallor, and a slightly shriveled splenic capsule.

There are self-inflicted incised wounds of the upper extremities, involving the bilateral dorsal hands and the left distal volar forearm. There are self-inflicted clusters of and individual puncture wounds of the neck, torso, and upper extremities. The dimensions of the puncture wound are consistent with being inflicted by the screwdriver found at the scene. The location, clustering, orientation, and morphology of the puncture wounds and incised wounds are consistent with being self-inflicted. The incised wounds and puncture wounds are without associated fractures or significant vascular injury and are not contributory to death.

Cause of death is Multiple Gunshot Wounds. For the purposes of public health and vital statistics, given the history and circumstances as currently known in the setting of the findings by examination and ancillary studies, the manner of death is classified as Homicide.

## Decedent Identification

- Two unique patient identifiers reviewed
  - Same As Decedent Name
    - Decedent Name: DIAZ, LEONARDO
  - Case Num: 2024-18831

**Phenotypic Sex**

- Male

**Type of examination**

- Full

**Form Sections**

- Decedent Identification
- Prior Postmortem Procedures
- External Examination
- Evidence Of Traumatic Injury
- Internal Examination
- Cardiovascular System

FOR LAW ENFORCEMENT USE ONLY CONFIDENTIAL

- Respiratory System
- Digestive System
- Urinary Tract
- Male Reproductive Tract
- Endocrine System
- Lymphoreticular System
- Musculoskeletal System
- Head And Central Nervous System
- Special Senses
- Examination Procedures And Ancillary Testing

- **Exam Start:** 12/04/2024 08:45

## Prior Postmortem Procedures

- Radiology Reviewed: Yes
  - X-ray

Interpretation: Scattered projectile fragments and multiple deformed projectiles, as follows:

A cluster of 3 projectiles of approximately midline upper torso region (consistent with 2 projectiles, 1 of which has separated jacket from core).

1 projectile in approximately midline lower torso region.

1 projectile in right lower torso region.

1 projectile in left lateral torso region.

1 projectile in distal left arm with associated displaced and comminuted distal left humerus fracture.

- Organ/Tissue Donation: No

- Mortuary Preparation: No

FOR LAW ENFORCEMENT USE ONLY CONFIDENTIAL

## External Examination

**General**

- Appropriately-Developed
- Adequately Nourished
- Obese

**Race**

- Hispanic

**Phenotypic Sex**

- Male

**Body Weight and Height**

- Weight: 280 lb
- Height: 73 in
- BMI: 36.9 lb/in2

**Extremities**

- Well developed

Other Extremities: See Evidence of Traumatic Injury section

**Skin**

- Without Significant Pathologic Finding

Other Skin Findings: Patchy dyspigmentation and hyperpigmentation and focal erythema of skin of buttocks and posterior proximal thighs

- Scars: Present
  - Other

  Description: Ovoid well-healed scar of right shin

**Tattoos**

- Present
  - Other

  Description: Multiple monochromatic tattoos of bilateral arms and forearms (depicting text, roses, cross)

**Hair**

- Balding
  - Vertex
  - Frontal
- Short

**Facial hair**

- Mustache
- Beard

**Hair color**

- Black

**Eye Color**

- Brown

**Sclerae**

- Anicteric
- Other

Description: Conjunctival pallor

**Conjunctival Petechiae**

- Not identified

**Facial petechiae (i.e. non-conjunctival)**

- Absent

**Ears**

- Unremarkable

**Nose**

- Unremarkable

**Oral cavity**

- Dentition: Good Dentition
- Frenulae and Mucosae: Intact

**Neck**

- Normal

**Chest**

- Normal

Other: See Evidence of Traumatic Injury section

CONFIDENTIAL
FOR LAW ENFORCEMENT USE ONLY

**Abdomen**

- Normal

Other: See Evidence of Traumatic Injury section

**Back**

- Unremarkable

Other: See Evidence of Traumatic Injury section

**External genitalia**

- Male

**Evidence of medical intervention/therapy at examination**

- Intravascular and/or intraosseous access lines
  - Location: Shin Right

**Postmortem Changes**

- Livor mortis: Indiscernible
- Rigor mortis: Altered

**External decomposition changes**

- None

**Internal Organs and Tissue**

- Well Preserved

## Evidence of traumatic injury

Other Traumatic Injuries: Disclaimer for Labeling/Measuring Wounds:
There 6 penetrating and 3 perforating gunshot wounds of the body, involving the torso and left upper extremity. There are incised wounds of the upper extremities. There are puncture wounds of the body, involving the neck, torso, and upper extremities. The labeling/numbering of gunshot wounds and all other wounds is for descriptive and organizational purposes only and is not intended to imply the sequence of injuries. All wound measurements and estimates of wound path directions within the body are performed in the standard anatomic position at all times and may not reflect the position of the decedent at the time of injury. 12 o'clock indicates the direction toward the head; 6 o'clock indicates the direction toward the feet. There is no soot or stippling of the skin surrounding any of the gunshot wounds. All medical examiner diagrams are not intended to be facsimiles nor are they drawn to scale.

Multiple gunshot wounds of torso and left upper extremity:

Penetrating gunshot wound of right clavicular region "A":
There is a penetrating entrance gunshot wound of the right clavicular region of the chest, centered 10-1/4" below the top of the head and 3-1/4" to the right of midline. It consists of a 3/8" circular defect with an asymmetric, partially circumferential margin of abrasion measuring at its thickest 1/8" on the 11-2 o'clock aspect. After perforating the skin of the chest, the wound track sequentially involves the right thoracic inlet, right paravertebral ribs levels 1-3, with associated fractures of the ribs, the soft tissue and musculature of the back, before coming to rest in the soft tissues of the upper back. There are associated nondisplaced fractures of the spinous processes of thoracic vertebrae levels 3/4 (T3/T4). Associated with this gunshot wound is 100 mL of right hemothorax. The projectile is recovered in two fragments (separation of jacket and core from single projectile): the jacket is recovered from the soft tissue overlying the left paramidline posterior thoracic level 3 (T3) vertebra, and the core is recovered from the soft tissue overlying the left paramidline posterior thoracic levels 3/4 (T3/T4) vertebrae. The projectile consists of two separate recovered fragments, including a deformed orange metal jacket and a

FOR LAW ENFORCEMENT USE ONLY
CONFIDENTIAL

separate deformed dark gray metal core. The directionality is downward, right to left, and slightly front to back.

Penetrating gunshot wound of superior left shoulder "B":
There is a penetrating entrance gunshot wound of the superomedial left shoulder, centered 8-1/2" below the top of the head and 6-1/4" to the left of midline. It consists of a 3/8 x 1/4" ovoid defect with a 1/16 to 1/8" circumferential margin of abrasion. After perforating the skin of the shoulder, the wound track sequentially involves the left thoracic inlet, the upper lobe of the left lung, the lower lobe of the left lung, the left hemidiaphragm, and the peripancreatic mesentery. Associated with this gunshot wound is 400 mL of left hemothorax and trace hemoperitoneum. The projectile is recovered from the peripancreatic soft tissue (mesentery). The projectile consists of a deformed orange metal jacketed bullet with a dark gray metal core. The directionality is downward, slightly left to right, and without discernible front to back deviation.

Perforating gunshot wound of left chest "C":
There is a perforating entrance gunshot wound of the left chest, just superior and medial to the nipple, centered 15-3/4" below the top of the head and 5-3/4" to the left of midline. It consists of a 1/4" circular defect with an asymmetric, partially circumferential margin of abrasion measuring at its thickest 3/8" on the 7 to 5 o'clock aspects. After perforating the skin of the chest, the wound track involves only the subcutaneous and muscular soft tissue of the lateral left chest, tunneling superficially under the skin only. There is an exit gunshot wound of the lateral left chest, centered 17-1/2" below the top of the head and 8-1/4" to the left of midline. It consists of a 7/8 x 1/2" slit-like to ovoid, reapproximating defect. The directionality is right to left, front to back, and slightly downward.

Perforating gunshot wound of torso "D":
There is a perforating entrance gunshot wound of the right upper quadrant of the abdomen, centered 23" below the top of the head and 5" to the right of midline. It consists of a 3/8 x 1/4" ovoid defect with an asymmetric, partially circumferential margin of abrasion measuring at tits thickest 3/16" on the 2 to 5 o'clock aspects. After perforating the skin of the abdomen, the wound track sequentially involves the anterior abdominal wall, the right lobe of the liver, the right retroperitoneal soft tissue, and the musculature of the right lower back. Associated with this gunshot wound is a pulpified wound track of the liver and trace hemoperitoneum. There is an exit gunshot wound of the right lower back, centered 25-1/2" below the top of the head and 3-1/2" to the right of midline. It consists of a 3/8 x 1/4" irregular reapproximating defect with marginal microlacerations. The directionality is front to back, slightly right to left, and slightly downward.

Penetrating gunshot wound of right upper back "E":
There is a penetrating entrance gunshot wound of the right upper back, centered 10-1/4" below the top of the head and 4" to the right of midline. It consists of a 3/8 x 1/4 ovoid defect with an asymmetric, partially circumferential margin of abrasion measuring at its thickest 1/8" on the 4 o'clock aspect. After perforating the skin of the back, the wound track sequentially involves the soft tissue and musculature of the back. The projectile is recovered from the soft tissue overlying the right paramidline posterior thoracic level 1 (T1) vertebra. The projectile consists of a deformed orange metal jacketed bullet with a dark gray metal core. The directionality is back front, slightly right to left, and without discernible upward or downward deviation.

Perforating gunshot wound of right upper back "F":
There is a perforating entrance gunshot wound of the right upper back, centered 12" below the top of the head and 5" to the right of midline. It consists of a 3/8 x 1/4 ovoid defect with a slightly asymmetric, circumferential margin of abrasion measuring at its thickest 1/16 to 1/8" on the 3 o'clock aspect. After perforating the skin of the back, the wound track sequentially involves the soft tissue and musculature of the back, the posterior right 5th intercostal space, the upper and middle lobes of the right lung, the carina, the hilar region of the left lung, and the anterior chest wall at anterior left 8th rib with associated fracture of the rib. Associated with this gunshot wound is 100 mL of right hemothorax, 400 mL of left hemothorax, and hemoaspiration pattern of the bilateral lungs. There is an exit gunshot wound of the region of the left nipple/areola, centered 16-3/4" below the top of the head and 6"

FOR LAW ENFORCEMENT USE ONLY
CONFIDENTIAL

to the left of midline. It consists of a 1/2 x 1/8" slit-like, reapproximating defect. The directionality is back to front, right to left, and downward.

Penetrating gunshot wound superior left shoulder "G":
There is a penetrating entrance gunshot wound of the superior left shoulder, centered 1" below the top of the left shoulder. It consists of a 3/8 x 1/4" ovoid defect with an asymmetric, partially circumferential margin of abrasion measuring at its thickest 3/16" on the 3 to 6 o'clock aspect. After perforating the skin of the arm, the wound track sequentially involves the musculature of the left arm, the soft tissue and musculature of the left axilla, and the left anterolateral chest wall at approximately left anterolateral rib levels 8-11. Associated with this injury are multiple displaced fractures of left anterolateral ribs levels 8-11 and 400 mL of left hemothorax. The projectile is recovered from the left pleural cavity. The projectile consists of a deformed orange metal jacketed bullet with a dark gray metal core. The directionality is left to right, slightly downward, and without discernible front to back deviation.

Penetrating gunshot wound of left arm "H":
There is a penetrating entrance gunshot wound of the mid lateral left arm, centered 6" below the top of the left shoulder. It consists of a 5/8 x 3/8" defect with a 1/8" circumferential margin of abrasion. After perforating the skin of the arm, the wound track sequentially involves the musculature of the left arm and distal aspect of the left humerus. Associated with this gunshot wound are comminuted and displaced fractures of the distal aspect of the left humerus with vascular injury and patchy soft tissue hemorrhage. The projectile is recovered from the soft tissue of the distal aspect of the left arm. The projectile consists of a deformed orange metal jacketed bullet with a dark gray metal core. The directionality is left to right and downward.

Penetrating gunshot wound of left arm and left axilla "I":
There is a penetrating entrance gunshot wound of the anteromedial aspect of the left arm, centered 8-1/2" below the top of the left shoulder. The entrance gunshot wound consists of a 1/2 x 3/8" defect with an asymmetric, partially circumferential margin of abrasion measuring at its thickest 1/2" on the 3 to 5 o'clock aspects. After perforating the skin of the arm, this first wound track sequentially involves the muscular soft tissue of the left arm. There is an exit gunshot wound of the left axilla, centered 13-1/2" below the top of the head and 10-1/2" below the top of the head. The exit gunshot wound consists of a 5/8 x 5/8" irregular to slit-like, reapproximating defect. There is a re-entrance gunshot wound of the left axilla, just inferior and medial to the exit gunshot wound, centered 14" below the top of the head and 10" to the left of midline. The re-entrance gunshot wound consists of a 1/2 x 3/8" irregular defect with an asymmetric, partially circumferential margin of abrasion measuring at its thickest 1/2" on the 11 to 12 o'clock aspects. After perforating the skin of the axilla, this second wound track sequentially involves the soft tissue and musculature of the back, the retroperitoneum, and the lumbar level 3 (L3) vertebra with associated vertebral fracture. The projectile is recovered from the right paramidline lumbar level 3 (L3) vertebra. The projectile consists of a deformed orange metal jacketed bullet with a dark gray metal core. The directionality is left to right, downward, and without discernible front to back deviation.

Associated with the gunshot wounds are multiple signs of exsanguination, including conjunctival pallor, poorly formed lividity, generalized visceral pallor, especially of kidneys, and a slightly shriveled splenic capsule.

Incised wounds of upper extremities:
There are multiple incised wounds of the upper extremities. Unless otherwise specified, there are no abrasions or contusions of the skin surrounding any of the incised wounds. There are no fractures or significant vascular injury associated with any of the incised wounds.

Incised wound of dorsal right hand "A":
There is an incised wound of the dorsal right hand, centered 21-1/2" below the top of the shoulder. It consists of a

FOR LAW ENFORCEMENT USE ONLY CONFIDENTIAL

2" gaping incised wound with features of overlapping incised wounds, including multiple bifurcations of both ends. The incised wound is vertically oriented. Overlapping with and involving the skin surrounding the incised wounds are puncture wounds (see description below). The incised wound extends to the underlying fibromuscular soft tissues, including tendinous structures, without significant vascular injury.

Cluster of incised wounds of left distal volar forearm "B":
There is a cluster of 3 incised wounds of the left distal volar forearm, centered 17-1/2" below the top of the shoulder. The wounds are parallel and each horizontally oriented. The wounds are 2-3/4" (proximal), 2-3/8" (middle), and 2-3/8" (distal) in length. There is slight bifurcation of the radial aspect of the distal incised wound. Overlapping with and involving the skin surrounding the incised wound are puncture wounds (see description below). The incised wounds extend to the skin only, without significant vascular injury.

Incised wound of dorsal left hand "C":
There is an incised wound of the dorsal left hand, centered 21" below the top of the shoulder. It consists of a 1-1/2" gaping incised wound with slight features of overlapping incised wounds, including bifurcations at the proximal end. The incised wound is vertically oriented. Just to the proximal and ulnar aspect of the incised wound is a cluster of puncture wounds (see description below). The incised wound extends to the underlying fibromuscular soft tissues, including tendinous structures, without significant vascular injury.

Puncture wounds of neck, torso, and upper extremities:
There are clusters of and individual puncture wounds of the right aspect of the neck, the left aspect of the neck, the lower midline chest, the right upper quadrant of the abdomen, the left aspect of the abdomen, the right antecubital fossa, the right distal volar forearm, the dorsal right hand, the left antecubital fossa, the left distal volar forearm, the dorsal left hand, and the palmar left hand. Each puncture wound consists of an approximately 1/4 x 1/8" slit-like to rectangular red-brown defect. There is variable presence of microlacerations of the margins of the defects. There is variable presence of cutaneous hemorrhage surrounding the defects. Unless otherwise specified, the wounds involve the skin and underlying superficial soft tissue and without associated fractures or significant vascular injury.

There is a 4 x 1-3/4" cluster of approximately 9 puncture wounds of the right aspect of the neck. The wounds have variable orientation. The wounds extend to the superficial aspects of the strap muscles of the lateral right and anterior aspects of the neck, without significant vascular injury.

There is a 5 x 3" cluster of approximately 32 puncture wounds of the left aspect of the neck. The wounds are mostly horizontally oriented. The wounds extend to the superficial aspects of the strap muscles of the lateral left and anterior aspects of the neck, without significant vascular injury.

There is a 3 x 3" cluster of approximately 16 puncture wounds of the lower midline chest. The wounds have variable orientation. The wounds extend to the skin and underlying superficial soft tissue, without associated fractures or significant vascular injury.

There is a 7 x 4" cluster of approximately 44 puncture wounds of the right upper quadrant of the abdomen. The wounds are mostly horizontally oriented. The wounds extend to the skin and underlying superficial soft tissue, without involvement of the abdominal cavity and without significant vascular injury.

There is a 13 x 6" cluster of approximately 42 puncture wounds of the left aspect of the abdomen. The wounds have variable orientation. The wounds extend to the skin and underlying soft tissue, without involvement of the abdominal cavity and without significant vascular injury.

FOR LAW ENFORCEMENT USE ONLY
CONFIDENTIAL

There is an approximately 2-1/2 x 1" cluster of 3 puncture wounds of the right antecubital fossa. The wounds are mostly horizontally oriented. The wounds extend to the skin and underlying superficial soft tissue, without significant vascular injury.

There is an approximately 4 x 3" cluster of approximately 10 puncture wounds of the right distal volar forearm. The wounds are mostly horizontally oriented. The wounds extend to the skin and underlying soft tissue, without significant vascular injury.

There is an approximately 2 x 1-1/2" cluster of approximately 5 puncture wounds of the dorsal right hand, surrounding the incised wound of the dorsal right hand "A" (see description above). The wounds are mostly horizontally oriented. The wounds extend to the skin and underlying soft tissue, without associated fractures or significant vascular injury.

There is an approximately 1-1/4 x 1" cluster of approximately 8 puncture wounds of the left antecubital fossa. The wounds have variable orientation. The wounds extend to the skin and underlying superficial soft tissue, without significant vascular injury.

There is an approximately 2 x 1" cluster of approximately 11 puncture wounds of the left distal volar forearm, surrounding the cluster of incised wounds of left distal volar forearm "B" (see description above). The wounds are mostly horizontally oriented. The wounds extend to the skin and underlying soft tissue, without significant vascular injury.

There is an approximately 1 x 3/4" cluster of approximately 6 puncture wounds of the dorsal left hand, just to the proximal and ulnar aspect of the incised wound of the dorsal left hand "C" (see description above). The wounds are mostly horizontally oriented. The wounds extend to the skin and underlying soft tissue, without associated fractures or significant vascular injury.

There are 2 superficial puncture wounds of the palmar left hand. The wounds are mostly horizontally oriented. The wounds extend to the skin only, without associated fractures or significant vascular injury.

These injuries, having been described, will not be repeated.

FOR LAW ENFORCEMENT USE ONLY
CONFIDENTIAL

## Internal Examination

**Body Cavities**

- Organs in Normal Anatomic Positions: Yes

**Right Pleural Cavity**

- Smooth
- Glistening

**Right Pleural Fluid**

- Present
  - Fluid Description
    - Volume: 100 ml
    - Blood

  Other: See Evidence of Traumatic Injury section

**Left Pleural Cavity**

- Smooth
- Glistening

**Left Pleural Fluid**

- Present
  - Fluid Description
    - Volume: 400 ml
    - Blood

    Other: See Evidence of Traumatic Injury section

**Peritoneal Fluid**

- Present
  - Fluid Description
    - Volume: 0 ml
    - Blood

    Other: Trace hemoperitoneum; see Evidence of Traumatic Injury section.

**Peritoneal Surfaces**

- Smooth
- Glistening

## Cardiovascular System

- **Heart Weight:** 400 gr

**Shape**

- Usual

**Pericardium**

- Intact

**Pericardial Fluid**

- None

**Epicardial Surface**

- Smooth
- Glistening

**Coronary Ostia**

- Normally Positioned
  - %Stenosis: None

**Foramen Ovale**

- Closed

**Septal Defects**

- None

**Coronary Arteries**

- Coronary Dominance: Right Dominant
- Coronary Artery Atherosclerosis: Present
  - Segmental
- Coronary Arteries Follow Normal Anatomic Course: Yes

**Left Anterior Descending Artery (LAD)**

- %Stenosis: Present
  - Stenosis Percentage: 10

FOR LAW ENFORCEMENT USE ONLY CONFIDENTIAL

- Stenosis Location
  - Proximal
  - Mid
- Stenosis Description: Eccentric

**Left Circumflex Artery (LCX)**

- %Stenosis: None

**Right Coronary Artery (RCA)**

- %Stenosis: None

**Chamber Dilation**

- Yes
  - Chamber Dilation Detail: All Chambers

  Description: Slight 4-chamber cardiac dilation

**Heart Valves**

**Description**

- Leaflets Thin/Delicate
- Normal Number of Leaflets
- Absent of Vegetations
- Absent of Atheromas
- No Annulus Calcification

**Chordae Tendinae**

- Thin

**Myocardium**

- Usual Consistency
- Red-Brown
- Absent of Focal Lesions
- Absent of Abnormalities of Apices of Papillary Musculature

**Endocardium**

- Smooth and Glistening

**Thickness (not including trabeculations)**

- Left ventricular free wall: 1.3 cm
- Right ventricular free wall: 0.3 cm
- Septum: 1.4 cm

**Pulmonary Artery**

- Appropriate Caliber
- Normal Configuration

**Ascending Aorta**

- Appropriate Caliber Without Tortuosity or Widening
- Normal Configuration
- No Atherosclerosis

**Major Arteries Arising From Aortic Arch**

- Normal Configuration
- Patent

**Thoracic Aorta**

- Appropriate Caliber Without Tortuosity or Widening
- Normal Configuration

FOR LAW ENFORCEMENT USE ONLY CONFIDENTIAL

- No Atherosclerosis

**Abdominal Aorta**

- Appropriate Caliber Without Tortuosity or Widening
- Normal Configuration
- No Atherosclerosis

**Venae Cavae**

- Patent
- Thin-Walled

## Respiratory System

**Epiglottis, Larynx, Trachea**

- Absent of Lesions
- Unobstructed

Other: See Evidence of Traumatic Injury section

**Lung Weight**

- Right Lung Weight: 360 gr
- Left Lung Weight: 300 gr

**Right Lung Parenchyma**

- Red/Purple or Tan/Pink

Other: Geographic / checkerboard-like blood staining of pulmonary parenchyma (hemoaspiration pattern)

**Left Lung Parenchyma**

- Red/Purple or Tan/Pink

Other: Geographic / checkerboard-like blood staining of pulmonary parenchyma (hemoaspiration pattern)

**Bronchi**

- Patent

**Bronchial Mucosa**

- Smooth and Glistening

## Digestive System

**Tongue**

- Absent of Trauma and Lesions

**Esophageal Mucosa**

- Intact

**Stomach**

- Contents: Absent
- Pill fragments: Absent

**Gastric Mucosa**

- Intact, with usual rugal folds without ulcers or mass lesions

**Appendix**

- Present
  - Normal

FOR LAW ENFORCEMENT USE ONLY
CONFIDENTIAL

**Small Intestine**
- Without Significant Pathologic Findings

**Large Intestine**
- Without Significant Pathologic Findings

**Liver Weight**
- Liver Weight: 1740 gr

**Liver Capsule**
- Smooth
- Glistening

Other: See Evidence of Traumatic Injury section

**Liver Parenchyma**
- Consistency: Soft
- Color: Red-Brown

Other: Red-brown to slightly yellow-tan and slightly greasy
- Cirrhosis: Absent

**Gallbladder**
- Present
  - Normal
  - Bile Volume: Moderate
  - Calculi: Absent

**Pancreas**
- Tan, Lobulated Without Fibrosis

## Urinary Tract

- **Right Kidney Weight:** 150 gr
- **Left Kidney Weight:** 170 gr

**Kidneys**
- Surfaces: Smooth
- Color: Pale Tan

Other Color: Marked renal pallor
- Corticomedullary Junctions: Clearly Demarcated
- Calculi: Absent

**Bladder**
- Absent of Mucosal Lesions
- Volume and Color of Urine: 200 mL: clear, light yellow

## Male Reproductive Tract

**Prostate**
- Normal Size

**Testes**
- Present Within Scrotum

FOR LAW ENFORCEMENT USE ONLY CONFIDENTIAL

**Breast Tissue**

- Not Applicable

## Endocrine System

**Adrenal parenchyma**

- Uniform yellow cortices and good demarcation from the medulla

**Thyroid**

- Present
  - Color: Red-brown
  - Appearance: Symmetric

**Pituitary**

- Normal Size Without Lesions

## Lymphoreticular System

- **Spleen Weight:** 130 gr

**Spleen**

- Smooth, Intact, With Dark Red Parenchyma

Other: Slightly shriveled splenic capsule; see Evidence of Traumatic Injury section

**Bone Marrow**

- Dark Red and Trabeculated

**Lymph Nodes**

- Not enlarged

**Thymus**

- Involuted

## Musculoskeletal System

**Bony Framework**

- Normal

**Vertebral column and Ribs**

- Normal Curvature

**Ribs**

- Absent of Abnormalities

Other: See Evidence of Traumatic Injury section

**Vertebral Bodies**

Other: See Evidence of Traumatic Injury section

FOR LAW ENFORCEMENT USE ONLY
CONFIDENTIAL

## Head And Central Nervous System

**Scalp**
- Usual Thickness

**Calvarium**
- Normal thickness

**Brain Weight**
- Brain weight: 1300 gr

**Dura**
- Normal without subdural fluid collection

**Leptomeninges**
- Normal without lesions or discoloration

**Cerebral Hemispheres**
- Symmetrical without lesions

**Base of Brain**
- Absent of lesions

**Circle of Willis**
- Normal

**Cerebellum**
- Symmetrical without lesions

**Brainstem**
- No Lesions

**Spinal cord**
- Not Examined

FOR LAW ENFORCEMENT USE ONLY CONFIDENTIAL

## Special Senses

**Eyes**
- Not Dissected

**Middle Ears**
- Not Dissected

## Examination Procedures and Ancillary Testing

**Photography Taken**
- Yes
  - Photos taken prior to the examination

**Special Dissection**
- **Extremities Dissection**
  - Choose Extremity: Left upper extremity
  - Trauma: Yes

    *See Evidence of Traumatic Injury for trauma.*

**Clothing Reviewed by DME**

- No

**Tissue retention**

- Stock Jar(s)
  - Quantity: 2

**Histology Key**

- Not Applicable

**Additional Samples Taken**

- Typing Blood - Heart, Vitreous, Urine, Liver, Femoral Blood, Heart Blood, Chest Blood, Bile

**Ancillary testing**

- Radiology

*Please see Prior Postmortem Procedures Radiology section for details.*

- Toxicology

Other Examination Procedures and Ancillary Testing Finding: Seven (7) projectile envelopes representing six (6) projectiles [six (6) penetrating gunshot wounds] recovered and submitted to Evidence Unit. Projectile from penetrating gunshot wound of right clavicular region "A" has separation of jacket and core and is submitted in two projectile envelopes to Evidence Unit.

Edwin Partovi

Dr. Partovi, Edwin
Completed On: 12/17/2024 2:37 PM

CONFIDENTIAL
FOR LAW ENFORCEMENT USE ONLY

COUNTY OF LOS ANGELES

DEPARTMENT OF MEDICAL EXAMINER

**20**

Decedent: DIAZ, LEONARDO

Case Number: 2024-18831

hair short, black, frontal + vertex balding
brown irides, clear, pale good dentition




Date: 12/04/2024

Edwin Partovi

Dr. Partovi, Edwin
Medical Examiner

08:45 am - 12:25 pm

(REV. 9/23)

CONFIDENTIAL FOR LAW ENFORCEMENT USE ONLY

COUNTY OF LOS ANGELES

DEPARTMENT OF MEDICAL EXAMINER

# 20

Decedent: DIAZ, LEONARDO

Case Number: 2024-18831




Date: 12/04/2024

Edwin Partovi

Dr. Partovi, Edwin
Medical Examiner

(REV. 9/23)

CONFIDENTIAL
FOR LAW ENFORCEMENT USE ONLY

COUNTY OF LOS ANGELES

DEPARTMENT OF MEDICAL EXAMINER

# 21

Decedent: DIAZ, LEONARDO

Case Number: 2024-18831




Date: 12/04/2024

Edwin Partovi

Dr. Partovi, Edwin
Medical Examiner

(REV. 9/23)

CONFIDENTIAL
FOR LAW ENFORCEMENT USE ONLY

COUNTY OF LOS ANGELES DEPARTMENT OF MEDICAL EXAMINER

# 16

Decedent: DIAZ, LEONARDO

Case Number: 2024-18831

FOR LAW ENFORCEMENT USE ONLY CONFIDENTIAL

**EXTERNAL EXAM**
Sex
Race
Age
Height
Weight
Hair
Eyes
Sclera
Teeth
Mouth
Tongue
Nose
Chest
Breasts
Abdomen
Scar
Genitals
Edema
Skin
Decubitus

**HEART Wt.** 400 st. 4-ch dil.
Pericardium
Hypertrophy
Dilation ⊕
Muscle
Valves
Coronaries
RV 1.3
Septum 1.4
LV 0.3
TV/PV/MV/AV: ø / ø no p.m.

**AORTA** no ather.
**VESSELS**
**LUNGS Wt.**
R 360
L 300
Adhesions ø
Fluid R 100, L 400
Atelectasis ⊕
Oedema
Congestion .. hemorrh. lungs
Consolidation
Bronchi
Nodes
(L R lung GSW defects)

**PHARYNX**
**TRACHEA** – Dst trach GSW
**THYROID** – nl
**THYMUS** ø
**LARYNX**
**HYOID**
3 no dil/fx
**ABDOMINAL WALL FAT**

**PERITONEUM** trace hemoperitoneum.
Fluid
Adhesions

**LIVER Wt.** 1740
Capsule
Lobules Sl. greasy, soft.
Fibros
G B
Calculus
Bile ducts

**SPLEEN Wt.** 130 cl. shrunken.
Color
Consistency
Capsule
Malpigment

**PANCREAS** nl peripancr. st. hem. →
**ADRENALS** nl bullet recovered
**KIDNEYS Wt.** ST/mesenteric
R 150
L 170
Capsule
Cortex markedly pale.
Vessels
Pelvis smooth.
Ureters

**BLADDER** 200 ml
**GENITALIA**
Prostate nl, not enlarged / nodules
Testes
Uterus
Tubes
Ovaries

**OESOPHAGUS** nl.
**STOMACH**
Contents ø
**DUOD. & SM. INT.** nl.
**APPENDIX** ⊕
**LARGE INT.** nl
**ABDOM. NODES**
**SKELETON**
Spine
Marrow
Rib Cage
Long bones
Pelvis

**SCALP** 1300 no fx / subscalp hem.
**CALVARIUM** EDH/SDH/SAH/ IPH
**BRAIN Wt.**
Dura
Fluid
Ventricles
Vessels
Middle ears
Other

**PITUITARY** nl

**SPINAL CORD** ✓

**TOXICOLOGY SPECIMENS** ✓ submitted

**SECTIONS FOR HISTOPATHOLOGY** ø

**MICROBIOLOGY** ø

**DIAGRAMS** ✓
**X-RAYS**

**OTHER PROCEDURES** ø

**GROSS IMPRESSIONS**
Multiple GSWs.

Date: 12/04/2024

Edwin Partovi

Dr. Partovi, Edwin
Medical Examiner

(REV. 9/23)

Department of Medical Examiner, County of Los Angeles

# FORENSIC SCIENCE LABORATORIES

1104 North Mission Road, Los Angeles, CA 90033

## Laboratory Analysis Summary Report

Partovi, Edwin M.D.
Deputy Medical Examiner
1104 North Mission Road
Los Angeles, CA 90033

☐ PendingTox

FOR LAW ENFORCEMENT USE ONLY CONFIDENTIAL

**Case Number** 2024-18831 **Decedent:** DIAZ, LEONARDO

| SPECIMEN | SERVICE | DRUG | RESULT | ANALYST |
|---|---|---|---|---|
| **Alcohol Quantitation/Confirmation** | | | | |
| Blood, Heart | | | | |
| | Alcohol-GC/FID-HS | Ethanol | Negative | A. Kazaryan |
| **Drug Screen** | | | | |
| Blood, Heart | | | | |
| | ELISA-Immunoassay | Benzodiazepines | ND | A. Martinez |
| | ELISA-Immunoassay | Cocaine and Metabolites | ND | A. Martinez |
| | ELISA-Immunoassay | Fentanyl | ND | A. Martinez |
| | ELISA-Immunoassay | Methamphetamine & MDMA | ND | A. Martinez |
| | ELISA-Immunoassay | Opiates: Codeine & Morphine | ND | A. Martinez |
| | ELISA-Immunoassay | Opiates: Hydrocodone & Hydromorphone | ND | A. Martinez |
| | ELISA-Immunoassay | Phencyclidine | ND | A. Martinez |
| **Drug Screen/Confirmation** | | | | |
| Blood, Heart | | | | |
| | Bases-GC/NPD &/or MS | Basic Drugs | ND | A. Chavez |

**Legend:**

| | | | | | |
|---|---|---|---|---|---|
| | | ND | Not Detected | SNS | Specimen Not Suitable |
| g | Grams | ng/g | Nanograms per Gram | TNP | Test Not Performed |
| g% | Gram Percent | ng/mL | Nanograms per Milliliter | ug | Micrograms |
| Inc. | Inconclusive | PP | Presumptive Positive | ug/g | Micrograms per Gram |
| mg | Milligrams | QNS | Quantity Not Sufficient | ug/mL | Micrograms per Milliliter |

**The alcohol analysis was performed in accordance to California Code of Regulations "Title 17" compliance by a qualified analyst in the Forensic Toxicology Laboratory, Forensic Laboratories Division, County of Los Angeles Department of Medical Examiner.**

**Enzyme-linked immunosorbant assay (ELISA) provides only a preliminary analytical result that is contingent upon a confirmatory test. A "presumptive positive" (PP) signifies a detection of a drug class and must be confirmed by additional testing for true identification and/or quantitation of specific drug(s) present in the specimen.**

**Per the Department's Evidence Retention Policy, the blood specimen(s) will be retained for one year (minimum) and all other specimens six months (minimum) from Postmortem Exam.**

**Final Review By:** Sarah Buxton de Quintana — Digitally signed by Sarah Buxton de Quintana Date: 2025.01.05 10:40:47 -08'00'

**Sarah Buxton de Quintana**
**Supervising Criminalist II**

***The above results relate only to the items sampled and tested and have been technically and administratively reviewed and are the opinions and conclusions of the analysts noted. The final review has been certified by the noted Toxicologist to ensure that all standard operating procedures were followed as set by the Forensic Toxicology Laboratory, Forensic Sciences Laboratory Division, County of Los Angeles Department of Medical Examiner.***

"Enriching Lives"

# COUNTY OF LOS ANGELES
# DEPARTMENT OF MEDICAL EXAMINER

1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

Odey C. Ukpo, M.D., M.S.
Chief Medical Examiner

Case Number: **2024-18831** - Decedent's Name: **DIAZ, LEONARDO**

COUNTY OF LOS ANGELES | **INVESTIGATIVE SUMMARY REPORT** | DEPARTMENT OF MEDICAL EXAMINER

CONFIDENTIAL FOR LAW ENFORCEMENT USE ONLY

| | | | |
|---|---|---|---|
| **1** | APPARENT MODE | Homicide | CASE NO 2024-18831 |
| | SPECIAL CIRCUMSTANCES Law Enforcement Related / Officer Involved Shooting / Media Interest / Victim of Crime | | CRYPT R-54 |

| LAST, FIRST MIDDLE | AKA | # |
|---|---|---|
| DIAZ, LEONARDO | | |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 7717 South Figueroa Street | Los Angeles | California | 90003 |

| SEX | RACE APPEARS | DOB | AGE | HGT | WGT | EYES | HAIR | TEETH | FACIAL HAIR | ID VIEW | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Male | Hispanic/Latino | 2/8/1990 | 34 y | 73 in | 280 lb | Brown | Brown | Natural | Yes | Yes | TRAUMA |

| MARK TYPE | MARK LOCATION | MARK DESCRIPTION |
|---|---|---|
| Tattoo | Right Forearm | Inner-"Aaron", a cross with skulls, and Roman Numerals below. Top-Rolled up $100 bills. |
| Tattoo | Left Arm | Inner, lower-Unknow design. Outer, lower-2 1/2 skulls forming a heart with "MLD". |
| Tattoo | Left Forearm | Sleeved-"Alexandria", "LA", an outline of the state of California, 2 faces, "SC", and "Fuck Love". |

| NOK | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Diaz, Maria | 7717 South Figueroa Street | Los Angeles | California | 90003 |

| RELATIONSHIP | PHONE | PENDING BY | DATE | TIME |
|---|---|---|---|---|
| Wife | (323)677-8676 | | 12/3/2024 | 02:10:00 |

| SSN | DL ID | STATE |
|---|---|---|
| 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 | D8633315 | CALIFORNIA |

| ID METHOD |
|---|
| Fingerprints-Livescan |

| L.A. # | MAIN # | CII # | FBI # | MILITARY # | POB |
|---|---|---|---|---|---|
| | 32708825 | A27410556 | 270172MC0 | | CALIFORNIA |

| IDENTIFIED BY NAME(PRINT) | RELATIONSHIP | PHONE | DATE | TIME |
|---|---|---|---|---|
| | | | 12/3/2024 | 02:20:00 |

| PLACE OF DEATH/PLACE FOUND | ADDRESS OR LOCATION | CITY | ZIP |
|---|---|---|---|
| Street | Oregon Court and Maple Avenue | Torrance | 90503 |

| PLACE OF INJURY | AT WORK | DATE | TIME | LOCATION OR ADDRESS | ZIP |
|---|---|---|---|---|---|
| Street | No | 12/2/2024 | 17:01:00 | Oregon Court and Maple Avenue, Torrance | 90503 |

| DOD | TIME | FOUND OR PRONOUNCED BY |
|---|---|---|
| 12/2/2024 | 17:15:00 | Paramedics, |

| OTHER AGENCY INV OFFICER | PHONE | REPORT No |
|---|---|---|
| TORRANCE PD | (310) 328-3456 | 240045785 |

| TRANSPORTED BY | DATE | TIME |
|---|---|---|
| Aque, Tami | 12/3/2024 | 01:50:00 |

| | | | |
|---|---|---|---|
| FINGERPRINTS? Yes | CLOTHING No | PA RPT No | MORTUARY |
| MED EV No | INVEST PHOTOS# 138 | SEAL TYPE NOT SEALED | HOSP RPT No |
| PHYS EV Yes | | PROPERTY? Yes | HOSP CHART No |
| SUICIDE NOTE No | | | PF NO |

# COUNTY OF LOS ANGELES
# DEPARTMENT OF MEDICAL EXAMINER

"Enriching Lives"

1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

Odey C. Ukpo, M.D., M.S.
Chief Medical Examiner

Case Number: **2024-18831** - Decedent's Name: **DIAZ, LEONARDO**

SYNOPSIS

According to the reported information, the decedent is a 34-year-old Hispanic male. Per the LANES Portal, he has a medical history of nitrous oxide abuse, causing him to be paranoid with delusions, and the decedent was seen at Los Angeles General Medical Center for an altered mental status on 11/30/2024. On Monday 12/02/2024 at 1641 hours, 911 was called stating that there was a man with a gun. Officers from the Torrance Police Department arrived on-scene, and began searching the area. They observed the decedent sitting in his vehicle, and asked him questions. The decedent then exited his vehicle with blood on his hands, and holding an unknown object. Officers gave the decedent multiple commands, and the decedent ignored all of the commands. The decedent then walked towards the Officers with the object, and Officers continued to give the decedent commands. The decedent continued to walk towards the Officers, and at 1701 hours, 4 Officers shot at the decedent approximately 9 times. Paramedics from the Torrance Fire Department were then summoned to the scene. On Monday 12/02/2024 at 1715 hours, Paramedics determined death. The unknown object that the decedent was holding was a screwdriver. It was later determined that the decedent was the person that called 911 regarding the man with a gun. Both Detective Chance and Detective Sanderson require a 2-hour notification prior to the examination. Please see case notes for their contact information.

CONFIDENTIAL
FOR LAW ENFORCEMENT USE ONLY

# COUNTY OF LOS ANGELES
# DEPARTMENT OF MEDICAL EXAMINER

"Enriching Lives"

1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

Odey C. Ukpo, M.D., M.S.
Chief Medical Examiner

Case Number: **2024-18831** - Decedent's Name: **DIAZ, LEONARDO**

COUNTY OF LOS ANGELES **Investigator's Narrative** DEPARTMENT OF MEDICAL EXAMINER

**Information Sources:**

| | | |
|---|---|---|
| (1) | Torrance Police Department<br>Detective Chance | (310)328-3456<br>Report #240045785 |
| (2) | LANES Portal | |

**Investigation:**

On Monday 12/02/2024 at 2247 hours, Officer David from the Torrance Police Department called the Los Angeles County Medical Examiner's Office to report a homicidal death of a 34-year-old Hispanic male that was involved in an Officer involved shooting. On Monday 12/02/2024 ay 2300 hours, Lieutenant Kelly Yagerlener assigned this case to me. I arrived on-scene at 2345 hours, and I cleared the scene on Tuesday 12/03/2024 at 0135 hours. Forensic Attendant Tami Aque transported the decedent from the scene to the Decedent Services Unit. Per the decedent's Federal Bureau of Investigations fingerprint returns, the decedent has been arrested twice for possession of nitrous oxide. Two weapons are in custody, a screwdriver, and a razor blade. The investigation regarding this incident is still on-going.

**Location:**

Location of Death: Oregon Court and Maple Avenue, Torrance, California 90503 County Los Angeles Location of Injury: Oregon Court and Maple Avenue, Torrance, California 90503 County Los Angeles

CONFIDENTIAL
FOR LAW ENFORCEMENT USE ONLY

**Informant/Witness Statements:**

I spoke with Detective Chance at the scene, and she told me the following:

On Monday 12/02/2024 at 1641 hours, 911 was called with the caller stating that there was a man with a gun in the area of Oregon Court and Maple Avenue. Officers arrived on-scene, and located the decedent sitting inside the vehicle. They knocked on the car window to ascertain if he saw a man with a gun. They then observed that the decedent had blood on both of his hands, and was holding an unknown object in his right hand. The decedent exited the vehicle, and the Officers gave commands to drop the object, and to turn around. The decedent continued walking towards the Officers with the object in his hand. The Officers then again told the decedent to drop the object, to stop walking towards them, and to turn around. The decedent refused and continued to walk towards the Officers with the object in his right hand. The Officers told the decedent again to drop the object, and to turn around, and if he does not, they are going to shoot him. The decedent continued to walk towards the Officers, and at approximately 1701 hours, four Officers shot at the decedent approximately 9 times. Paramedics from the Torrance Fire Department were then summoned to the scene. On Monday 12/02/2024 at 1715 hours, Paramedics determined death. Six 9mm and three 223 caliber cases were located at the scene. A screwdriver with blood on it was collected from the scene. A bloody razor blade was located inside the decedent's vehicle, and was later collected. Their investigation is still on-going.

Inside the decedent's wallet, I found 2 healthnet ID cards for the decedent, stating that his primary doctor is Dr. Daniel Matemotja located at 711 East Rosecrans Avenue, East Rancho Dominguez CA, 90221 with a phone # of (310)635-5223. I also found a patient identification card for the decedent for Los Angeles General Medical Center, and his medical record # is 102964744.

Per the LANES Portal, the decedent seen on 11/30/2024 at Los Angeles General Medical Center. He was discharged the same day, and his discharge diagnosis was drug induced psychosis, and illicit substance abuse. On 08/07/2024, the decedent as seen regarding a toxicology consultation. The decedent uses nitrous oxide 6-7 times a day, and has been using for the past couple of years. On 08/07/2024, the decedent was seen for numbness and tingling around his mouth and in both of his feet. And on Monday 08/05/2024, the decedent was paranoid with delusions. He believed that the police were watching him, and there were police cars parked outside of his residence. When he was seen in the emergency department, the decedent was intermittently tachycardic and was anxious/agitated. His WBC was 12.9 (high), his Hgb was 17.3 (high), and his Hct was 50.7 (high). His Vitamin B12 level was >2000 (high), caused by the nitrous oxide. A chest X-ray was completed on the decedent, and it showed "No focal consolidation. No pulmonary edema or pleural effusion. No pneumothorax...No acute osseous abnormality." The decedent then left against medical advice. On 08/08/2024, the decedent returned to the emergency room. At 1648 hours, his HRMo was 150 (critical). On 08/08/2024, a CT scan was completed on the decedent's head, and it showed "No acute intracranial process." On 08/10/2024, the decedent was transferred to UCLA. An MRI was completed on the decedent's brain and spine, and it showed "1. No acute intracranial abnormality. Specifically, no evidence of active demyelination. 2. No evidence of demyelinating lesions in the cervical and thoracic spine. 3. No significant canal stenosis or neural foraminal narrowing in the cervical and thoracic spine." The decedent was discharged on 08/12/2024.

CONFIDENTIAL
FOR LAW ENFORCEMENT USE ONLY

"Enriching Lives"

# COUNTY OF LOS ANGELES
# DEPARTMENT OF MEDICAL EXAMINER

1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

Odey C. Ukpo, M.D., M.S.
Chief Medical Examiner

Case Number: **2024-18831** - Decedent's Name: **DIAZ, LEONARDO**

**Scene Description:**

The incident occurred on Oregon Court, just east of Maple Avenue in Torrance. Maple Avenue was a thoroughfare that ran north and south with 1 lane of travel in each direction. There was a painted center lane separating the northbound lanes from the southbound lanes. The east side was bordered by a parking lane, then a sidewalk, and then businesses. The west side was bordered by a parking lane, then a sidewalk, and then businesses. Oregon Court was a thoroughfare that ran east and west with 1 lane of travel in each direction. Eastbound Oregon Court eventually became a cul-de-sac. Westbound Oregon Court terminated at Maple Avenue, and it was controlled by a stop sign. The north side was bordered by a few parked vehicles, then a sidewalk with driveways and planters, and businesses. The south side was bordered by a few parked vehicles, then a sidewalk with driveways and planters, and businesses.

The green 4-door Dodge with California license plate #7ZWB237 was parked along the south curb on Oregon Court, east of Maple Avenue. The front of the vehicle was facing east, and the rear of the vehicle was facing west. The trunk, and both driver doors were open. Located on the center console was blood and a bloody razor blade. There was blood on the steering wheel and on the dash. There was a pool of blood on the driver's floor, there was blood on the front of the driver's seat, there was blood on the driver's door frame, and there was blood on the interior driver's door. There were blood drops on the ground just north of the driver's door, and the blood drops continued eastbound on the ground around the front of the vehicle. There was also some blood on the driver's side of the front bumper.

A black and white marked Ford Explorer from the Torrance Police Department with California exempt license plate #1538569 was located on all 4 of its wheels in the central portion of Oregon Court, just east of Maple Avenue. The front of the vehicle was facing east, and the rear of the vehicle was facing west. Located just north of the open driver's door was a case. Located a few feet north of the open driver's door, in the westbound lane, was another case.
Located a few feet southeast of that unit was another black and white marked Ford Explorer from the Torrance Police Department with California exempt license plate #1597742. It was located on all 4 of its wheels in the eastbound lane on Oregon Court. The front of the vehicle was facing east, and the rear of the vehicle was facing west. Located a few feet south of the rear passenger side of this unit were 2 cases. Located just east of the front of this unit were 3 more cases. Located a few feet northeast of the unit with California exempt license plate #1538569 was another black and white marked Ford Explorer from the Torrance Police Department with California exempt license plate #1663629. It was located on all 4 of its wheels in the westbound lane on Oregon Court. The front of the vehicle was facing east, and the rear of the vehicle was facing west. Located just south of its rear passenger tire was a screwdriver with blood on the handle and on the tip. Located just south of its front passenger tire was blood and another case. Located a few feet southeast of the front of this unit, in the central portion of Oregon Court were 2 more cases. The decedent was located lying supine in between the black and white marked Ford Explorer from the Torrance Police Department with California exempt license plate #1597742 and the black and white marked Ford Explorer from the Torrance Police Department with California exempt license plate #1663629.

FOR LAW ENFORCEMENT USE ONLY CONFIDENTIAL

"Enriching Lives"

# COUNTY OF LOS ANGELES
# DEPARTMENT OF MEDICAL EXAMINER

1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

Odey C. Ukpo, M.D., M.S.
Chief Medical Examiner

Case Number: **2024-18831** - Decedent's Name: **DIAZ, LEONARDO**

CONFIDENTIAL LAW ENFORCEMENT USE ONLY

**Body Examination:**

The decedent is a 34-year-old Hispanic male with short brown hair, brown eyes, and he has a mustache with a beard. He has all of his upper and all of his lower natural teeth. Tattooed on his inner right forearm is "Aaron", a cross with skulls, and Roman numerals. Tattooed down the top of his right forearm are rolled $100 bills. Tattooed on his inner lower left arm is an unknown design. Tattooed on his outer lower left arm are 2 1/2 skulls forming a heart with "MLD". His left forearm is sleeved with tattoos of "Alexandria", "LA", an outline of the state of California, 2 faces, "SC", and "Fuck Love". No scars and no other tattoos were noted. The decedent was wearing a black short sleeve T-shirt, a pair of gray shorts, a pair of gray underwear, a pair of black socks, and a pair of black sneakers. The decedent also had a pair of handcuffs secured around both of his wrists. The decedent was located lying supine on the central portion of Oregon Court, east of Maple Avenue. The top of his head was facing southwest. Both of his arms were bent at the elbows, with both of his hands resting on the ground, above his head. Both of his legs were straight, with both of his heels resting on the ground. His right foot was pointing south, and his left foot was pointing north. The decedent was intubated. There was a defibrillator patch on the right side of his chest, there was another defibrillator patch on the central portion of his chest, and there was another defibrillator patch on the lower left side of his torso. There was an IV in the front upper portion of his right leg.

There were multiple apparent puncture wounds to the upper central portion of his abdomen, and there were a couple of apparent puncture wounds to the upper left portion of his abdomen. There were a plethora of apparent puncture wounds to the central portion of the right side of his torso, and there were a plethora of apparent puncture wounds to the central portion of the left side of his torso. There were 2 apparent puncture wounds to his inner right elbow, and there were multiple apparent puncture wounds to his inner right wrist. There were multiple apparent puncture wounds to his inner left elbow, and there were multiple horizontal lacerations to his inner left wrist. There was a vertical laceration to the top central portion of his left hand, and there was a vertical laceration to the top central portion of his right hand.

The decedent sustained an apparent gunshot wound to the front of his right shoulder, and there were 2 apparent gunshot wounds to the back of his right shoulder. The decedent sustained an apparent gunshot wound to the central portion of the left side of his chest, and there was another apparent gunshot wound to his left nipple. There was an apparent gunshot wound to the upper left side of his torso. The decedent sustained an apparent gunshot wound to the top of his left shoulder, and there were 2 apparent gunshot wounds to his left armpit. The decedent sustained an apparent gunshot wound to his inner upper left arm, and there was another apparent gunshot wound to his inner central left arm. His left arm was also fractured. The decedent sustained an apparent gunshot wound to the outer upper right portion of his abdomen. The decedent sustained an apparent gunshot wound to the lower right central portion of back. Rigor mortis was a 2 throughout the body. Lividity was not observed.

**Identification:**

On Tuesday 12/03/2024 at 0220 hours, the Los Angeles County Regional Identification System positively identified the decedent as Leonardo Diaz with a DOB of 02/08/1990 by his fingerprints through Livescan. On Tuesday 12/03/2024 at 0224 hours, the Department of Justice confirmed the decedent's identification as Leonardo Diaz with the same DOB by his fingerprints through Livescan. On Tuesday 12/03/2024 at 0239 hours, the Federal Bureau of Investigations confirmed the decedent's identification as Leonardo Diaz with the same DOB by his fingerprints through Livescan. Per his California driver's license, and California identification card, his name is Leonardo Diaz with the same DOB of 02/08/1990.

**Next of Kin Notification:**

On Tuesday 12/03/0224 at 0210 hours, I notified Maria Diaz, the decedent's wife, of her husband's death, via telephone. She stated that the decedent does not have a will/Durable Power of Attorney/pre-need/Advanced Directive/living trust, and she is legally married to the decedent.

**Tissue Donation:**

I did not discuss tissue and organ donation with the decedent's family.

**Autopsy Notification:**

Both Detective Chance and Detective Sanderson require a 2-hour notification prior to the examination. Please see case notes for their contact information.

"Enriching Lives"

# COUNTY OF LOS ANGELES
# DEPARTMENT OF MEDICAL EXAMINER

1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

Odey C. Ukpo, M.D., M.S.
Chief Medical Examiner

Case Number: **2024-18831** - Decedent's Name: **DIAZ, LEONARDO**

| **Evidence:** |
|---|
| Underwear collected on 2024-12-03, at approximately 07:42:00 hours - Forensic Technician - Gutierrez, Rodrigo |
| T-shirt collected on 2024-12-03, at approximately 07:42:00 hours - Forensic Technician - Gutierrez, Rodrigo |
| Socks x2 collected on 2024-12-03, at approximately 07:42:00 hours - Forensic Technician - Gutierrez, Rodrigo |
| Shoes x2 collected on 2024-12-03, at approximately 07:42:00 hours - Forensic Technician - Gutierrez, Rodrigo |
| Shorts collected on 2024-12-03, at approximately 07:42:00 hours - Forensic Technician - Gutierrez, Rodrigo |
| Fingernail Kit collected on 2024-12-03, at approximately 00:30:00 hours - Investigator - McCracken, Kristy |
| GSR Kit collected on 2024-12-03, at approximately 00:25:00 hours - Investigator - McCracken, Kristy |
| Projectile collected on 2024-12-04, at approximately 09:54:00 hours - Deputy Medical Examiner - Dr. Partovi, Edwin |
| Projectile collected on 2024-12-04, at approximately 10:13:00 hours - Deputy Medical Examiner - Dr. Partovi, Edwin |
| Projectile collected on 2024-12-04, at approximately 10:26:00 hours - Deputy Medical Examiner - Dr. Partovi, Edwin |
| Projectile collected on 2024-12-04, at approximately 10:38:00 hours - Deputy Medical Examiner - Dr. Partovi, Edwin |
| Projectile collected on 2024-12-04, at approximately 10:43:00 hours - Deputy Medical Examiner - Dr. Partovi, Edwin |
| Projectile collected on 2024-12-04, at approximately 11:12:00 hours - Deputy Medical Examiner - Dr. Partovi, Edwin |
| Projectile collected on 2024-12-04, at approximately 11:45:00 hours - Deputy Medical Examiner - Dr. Partovi, Edwin |

CONFIDENTIAL
FOR LAW ENFORCEMENT USE ONLY

Investigator: McCracken, Kristy
Inv. Report Date/Time: 12/9/2024 at 05:02:17.4866667

Reviewed By: Chao, Mason
Reviewed Date/Time:12/15/2024 at 23:48:59.1900000