# "EXHIBIT Q"


HUSKY
5
METRIC