# EXHIBIT R

# part 2

answer, Doctor.
THE WITNESS: So it depends when you define as spine. This is not the spinal cord. It's the vertebrae which are the bones of the spine.
11:48 BY MR. VALENZUELA:
Q. So is it safe to say that gunshot wound A would have struck the bones of the spine?
A. Correct.
Q. Could that cause paralysis or immobility when
11:48 the bullet strikes the bones of the spine?
MR. WYNN: Objection. Lacks foundation, speculation.
THE WITNESS: It depends on the extent of the injury.
11:48 BY MR. VALENZUELA:
Q. How about on the extent of the injury here with gunshot wound A?
MR. WYNN: Same objections.
THE WITNESS: Let me just review something.
11:49 So that can't be ruled out based on the findings I have in this case.
BY MR. VALENZUELA:
Q. So it could be a possibility?
A. It's possible, yes.
11:49 MR. WYNN: Same objection.

BY MR. VALENZUELA:
Q. And in fact, the projectile was recovered from the area of the spine, correct?
A. Yes. I should say I don't expect this to have any functional impairment of the spinal cord because of the -- because the wound track and the fractures involve the spinous processes, which is just one of the projections, like the areas for ligamentous attachment and such, like a structural part of the vertebrae.
But based on the CT -- I mean, the x-ray findings in this case and the level of the examination that was performed, any anatomic injury to the spinal cord cannot be entirely ruled out and same answer goes for any functional deficit. It can't be ruled out on this case. So I wouldn't necessarily expect any injury to have functional deficit in this case, but I cannot rule it out.
Q. And where was the projectile recovered, what part of the body was gunshot wound A, the projectile recovered from?
A. The jacket from the soft tissue overlying the T3 vertebra and the core overlying the T3, T4 vertebrae.
Q. And that's the bones of the spine, correct?
A. Correct.

Q. These are parts of the vertebrae. Okay.
And then you have a trajectory of downward, right to left and slightly front to back, correct?
A. Correct.
11:51 Q. I want to show you a video of the shooting and then I want to ask you a question regarding the trajectory, okay?
A. Okay.
MR. WYNN: I'm going to object to foundation.
11:52 BY MR. VALENZUELA:
Q. First of all, do you see the video on your screen, Doctor?
A. Yes.
Q. Let me play the video for you.
11:52 (Video playing.)
Let me back up briefly. And for the record this is a video Bate stamped TPD-00099. So this video gives you a general understanding of where the decedent and some of the officers were positioned at the time of
11:53 the shooting. Okay?
MR. WYNN: I'm going to object to this line of questioning as lacking foundation and speculation. Just a continuing objection.
MR. VALENZUELA: No problem.
11:53 Q. Let me play you one more video.

MS. POWELL: And Mr. Valenzuela, to add to that, we need to meet and confer if you intend to elicit opinions based on trajectory from this medical examiner.

11:53 MR. VALENZUELA: Objection noted, Counsel. I'll be happy to talk after but right now I want to continue with my examination.

THE WITNESS: Sorry, can you repeat the question?

11:54 BY MR. VALENZUELA:

Q. Sure. Right there I just wanted to show you the video to give you a general understanding of where the officers were positioned in relation to the decedent in at the time of the shooting. I'm going to
11:54 ask you some questions about trajectories you listed in your report, but I wanted to show you the video, so you get a general understanding of the environment. Okay?

A. Okay.

Q. Now I'm going to show you one more video and
11:54 then I'll proceed with my questioning.

Do you see this video on your screen?

A. Yes.

(Video playing.)

Q. All right. So my question is with regards to
11:55 gunshot wound A, you have the direction as downward

right to left and slightly front to back, correct?
A. Yes.
Q. Is that downward trajectory that you describe in gunshot wound A, is that consistent with the decedent falling to the ground when he sustains that gunshot wound?
MR. WYNN: I'm going to object, lacks foundation, speculation. It also misstates testimony and misstates the exhibit.
BY MR. VALENZUELA:
Q. You may answer.
MS. POWELL: And Mr. Valenzuela, to clarify, are you asking this witness to offer an opinion as to the trajectory of the bullet from the time it left the officer's firearm to striking Mr. Diaz, or the path of travel once the bullet is inside the body? Because he's already testified that he's not a ballistics expert.
BY MR. VALENZUELA:
Q. Doctor, did you understand my question?
A. Not really, to be honest with you.
Q. Well, let me try to clarify it for you. You have a downward trajectory -- on directionality you have a downward in the description, correct?
A. Correct.

Q. I'm just asking if that downward component that you describe, is that at least consistent with the decedent falling to the ground when he sustained that gunshot wound?

11:56 MR. WYNN: Objection. Foundation, speculation, misstates testimony.

THE WITNESS: I think the video speaks for itself. Like I reported in the report, I mean, I can repeat it. This particular gunshot wound track has a 11:57 directionality of downward right to left and slightly front to back. So I can reiterate for you that's the direction it took in the body. If you want me to correlate that with a video that I'm reviewing with you right now, I -- I can only do a good a job as the next 11:57 person because the video speaks for itself.

BY MR. VALENZUELA:

Q. I'm just curious if that downward trajectory that you're describing, if that is at least consistent with an individual falling to the ground when they 11:57 sustained that gunshot wound, as opposed to like standing up erect?

MS. POWELL: Mr. Valenzuela --

MR. WYNN: Objection.

MS. POWELL: Go ahead, Mr. Wynn.

11:58 MR. WYNN: Foundation, speculation, misstates

testimony as to trajectory.

BY MR. VALENZUELA:

Q. You may respond.

MS. POWELL: And Mr. Valenzuela, I'm going to have to interpose an ongoing objection and to meet and confer. This witness has already testified that he cannot render an opinion based on a ballistic analysis of the trajectory of any of those gunshot wounds. And to ask him that as an officer of the court you know is inappropriate. You're asking him to give a highly speculative opinion with no foundation in his background to do so.

MR. VALENZUELA: Your objection is noted, Counsel, but I only need one counsel to object because he's taking the depo. So I think it's improper for you to also make an objection in this depo.

MS. POWELL: Well, I'm making a record, Counsel.

MR. VALENZUELA: So going back to the question, if we could please limit the objections to the counsel doing the questioning, I think you would agree it's inappropriate to have both of you doing the objections since you both represent the same exact client.

Q. So my question to you, Doctor, is is that

11:59
downward component that you're describing at least consistent when the bullet is going through the body an individual going to the ground as opposed to standing straight up when they sustained that projectile that went through the body. Not just focusing on when the bullet is going through the body. I'm not going anything before it entered the body.

MR. WYNN: Just for the record, same objections and also asked and answered.

11:59
THE WITNESS: What I know is that that is the direction that the bullet took through the body. It has a downward direction, which can have multiple different possible explanations, one of which is compatible with, consistent with, but not specific for is him falling or on the ground, et cetera, as he sustained this gunshot wound.

12:00
BY MR. VALENZUELA:

Q. So you're saying that's at least consistent with that, if I understand you correctly?

12:00
A. Yes.

MR. WYNN: Objection. Foundation, speculation, misstates testimony.

BY MR. VALENZUELA:

Q. And would that be inconsistent with the individual standing erect when they sustained that

12:00

gunshot wound?

MR. WYNN: Objection. Foundation, speculation, misstates testimony.

MR. VALENZUELA: Actually, I'll withdraw that question. That's fine. Let's move on to the next one.

12:00

Q. With regards to gunshot wound B, you have gunshot wound B as entering the superior left shoulder, correct?

A. Yes.

12:01

Q. What part of the left shoulder is the superior left shoulder?

A. The top of it.

Q. It's the top of the left shoulder?

A. Correct. Let me go back to the photos to look at the exact location. Yeah, basically the top of the left shoulder as it gets closer to the neck area.

12:01

Q. You make reference to the upper and lower lobes of the left lung. Do you see that?

A. Correct.

12:02

Q. Are those portions of the lung that the bullet struck?

A. Correct.

Q. Would a bullet striking those portions of the lung make it difficult for the individual to breathe?

12:02

MR. WYNN: Objection. Foundation,

speculation.

THE WITNESS: Yes. Well, I mean, it depends on the type and extent of injury. Like in this case there was likely necessarily a, you know, an interval of time for blood to accumulate around the lung and have like a physiological effect in that capacity.

BY MR. VALENZUELA:

Q. So would the bullet striking these portions of the lung affect an individual's ability to breathe?

A. Yes.

MR. WYNN: Objection. Foundation, speculation.

BY MR. VALENZUELA:

Q. I think you said yes; is that correct?

A. Yes.

Q. Okay. You also have a directionality here of downward, slightly left to right, and without discernible front to back deviation. Do you see that?

A. Correct.

Q. Same thing as with gunshot A, would this downward directionality be consistent, at least, with an individual falling to the ground when the bullet traveled through the body?

MR. WYNN: Objection. Foundation, speculation, misstates testimony.

BY MR. VALENZUELA:
Q. You may respond.
A. Yeah, just for convenience, I'd like to refer to my original answer, which had a lot of explanation behind it. But I will give that same answer for this gunshot wound.
Q. And that answer was it was at least consistent but there could be other explanations, correct?
MR. WYNN: Objection. Foundation, speculation, misstates testimony.
THE WITNESS: That was the gist of it but for nuances I'll refer any readers to my original answer.
BY MR. VALENZUELA:
Q. With records to gunshot wound C, that one entered the left upper chest?
A. Yes.
Q. And that one exited out of the left lateral chest, correct?
A. Yes.
Q. Is the lateral left chest like the side of the chest?
A. Correct.
Q. And this had a directionality of right to left, front to back and slightly downward, correct?
A. Correct.

Q. Gunshot wound D has an entrance of the upper quadrant of the abdomen, correct?

A. Yes.

Q. And this one in part struck the right lobe of the liver, correct?

12:05

A. That's correct.

Q. What did you mean when you said pulpified wound track of liver?

A. The wound track is where the bullet is going through and just based on the soft nature of the liver, it becomes kind of -- like, you know, just mashed up. It's the medical term for mashed up.

12:05

Q. Would that injury to the liver in your medical opinion be fatal?

MR. WYNN: Objection. Foundation, speculation, misstates testimony.

12:06

THE WITNESS: That injury in and of itself is potentially life threatening.

BY MR. VALENZUELA:

Q. And here you have the gunshot as exiting out the lower back?

12:06

A. Yes.

Q. And you have the directionality as front to back, slightly right to left and slightly downward, correct?

12:06

A. Correct.
Q. Okay. Gunshot wound E, you have the entrance of gunshot wound E to the right upper back, correct?
A. That's correct.
12:06 Q. Would the right upper back have to be exposed to the barrel in order to get the entrance to that portion of the back?
MR. WYNN: Objection. Foundation, speculation, misstates testimony, witness lacks
12:06 personal knowledge.
BY MR. VALENZUELA:
Q. You may respond.
A. I am not a ballistics expert, again, for what happens to a bullet outside of the body, but just from
12:07 my practical knowledge, it would seem to me that there needs to be a straight line of sight between the barrel of the gun and whatever target the trajectory, that line of trajectory.
There are other exceptions to this, which is
12:07 outside of my level of expertise, like, for example, long distances like gravity and curve trajectory and stuff like that. But yeah, I think the simple answer would be there's generally a line of sight or just a straight line between the barrel of the gun and the
12:07 target that's struck.

Q. And here it struck, this bullet at least in the right upper back, correct?
MR. WYNN: Objection. Foundation, speculation, misstates testimony.
12:08 THE WITNESS: Yes, entrance wound of the right upper back.
BY MR. VALENZUELA:
Q. And this projectile was recovered from the thoracic level 1, the T1 vertebra, correct?
12:08 A. The projectile was recovered from the soft tissue overlying the right para midline posterior thoracic level 1 vertebra, so the soft tissue overlying the vertebral bone.
Q. So this would be the soft tissue surrounding
12:09 the bone of the spine?
A. Yeah, with muscles, fatty tissue, fibrous tissue.
Q. And here you have a directionality of back, front, slightly right to left and without discernible
12:09 upward or downward deviation, correct?
A. Correct.
Q. Okay. The next gunshot wound you have is to the right upper back, F, correct?
A. Correct.
12:09 Q. And similar question to the other one, would

the right upper back have to have been exposed to the barrel of the gun to account for the gunshot wound entering the right upper back?

MR. WYNN: Objection. Foundation, speculation, misstates testimony, lacks personal knowledge.

THE WITNESS: I'll give you the same lengthy answer I gave you earlier.

BY MR. VALENZUELA:

Q. That would be the same answer for gunshot wound E, correct, the one just before this?

A. Yes.

Q. Okay. Gotcha. When you describe -- I'm still on gunshot wound F.

When you describe the posterior right 5th intercostal space, what are you referring to?

A. Intercostal space means the space -- it's not really spaces. We call them spaces because they're not bone but it's where the muscular and, you know, fibrous tissue and nerves and blood vessels are between each rib and they're numbered based on the ribs.

Q. Okay. When you say 5th, you're referring to the rib?

A. Intercostal spaces are the muscular spaces between the ribs.

Q. And did this bullet also strike the upper and middle lobes of the right lung?
A. Yes.
Q. And did it also strike the pillar region of the left lung?
A. Correct.
Q. And the bullet striking those areas of both the right and left lung, would that have affected an individual's ability to breathe?
MR. WYNN: Objection. Foundation --
THE WITNESS: Yes.
MR. WYNN: -- speculation, misstates testimony.
BY MR. VALENZUELA:
Q. Did you say yes?
A. Yes, with the same explanation I gave you earlier with another gunshot wound striking the lung.
Q. Okay. This one you have an exit gunshot wound of the left nipple areola area, correct?
A. Yes. That's correct.
Q. And here directionality you have back to front, right to left and downward, correct?
A. Correct.
Q. And similar to what I asked you earlier, would this downward trajectory be consistent with the

individual falling to the ground when the bullet traveled that way through the body?

MR. WYNN: Objection. Foundation, speculation, misstates testimony.

12:19 THE WITNESS: Yes, with the same detailed explanation I gave you earlier. In this case I should mention to you as far as the orthogonal like axis are concerned, the downward part of it is a relatively minor component, compared to like back to front, for

12:19 example.

BY MR. VALENZUELA:

Q. In other ones of your gunshot wounds, you say slightly downward, but you would agree here you don't put slightly downward for this portion, correct?

12:19 Let me give you an example. You have slightly downward for gunshot wound D, correct?

A. Yes.

Q. But here you don't have slightly downward for gunshot wound F, correct?

12:19 A. Yeah, and I can explain. The qualifier "slightly" is a relatively, what do you call it, non -- it's not exactly a strict way to do it. It's just sort of a qualifier without any like threshold as to like how it's supposed to be used. I just sometimes use it

12:19 as a way of highlighting.

On another given day I might be inclined even to call this one slightly downward. And if you want to quantify it over the course of the entrance to the exit, it goes downward by -- this is gunshot wound G, correct?

Q. Yeah, relative to G.

A. Yeah, so it enters 12 inches below the top of the head and exits 16 and three quarters of an inch below the top of the head. So that's four and three quarters of an inch, which some opinions might say over the course of the body that is only a slight downward deviation. So that is my best explanation for you.

Q. Do you have an estimate as to the degree of angle that the downward trajectory was?

A. I don't --

MR. WYNN: Objection. Foundation, speculation.

THE WITNESS: I don't have that but if you'd like for me to do some trigonometry, I'm sure the math is something I would be able to do. Actually, I can't do that.

BY MR. VALENZUELA:

Q. I wouldn't understand it anyways but that's fine. But you at least have this at a downward angle and you described why you listed it as a downward

angle, correct?
A. That's correct.
Q. And I think you said the entrance was how many inches from the top of the head?
12:19 A. 12 inches.
Q. And the exit was how many inches from the top of the head?
A. 16 and three quarters of an inch.
Q. So that would be like a little more than the 4
12:19 inch difference in the downward trajectory?
A. Exactly.
Q. Okay. Got you. Okay. Now, penetrating gunshot wound G, that's to the superior left shoulder, correct?
12:19 A. Correct.
Q. And did you say the superior left shoulder is the top of the shoulder?
A. That's correct.
Q. And did this bullet fracture some of the ribs,
12:19 particularly 8 through 11?
A. Correct.
Q. And this one you have the directionality of left to right, slightly downward and without discernible front to back deviation, correct?
12:19 A. Correct.

Q. This one, what would be the difference in the entrance and exit from the top of the head like you did on the other one? Would there be a difference in inches or no?
12:19 A. So the key difference in this one is there was no exit wound.
Q. Okay. So that's why the difference from the other one, it actually had the exit wound?
A. That's one of the differences between the two
12:19 gunshot wounds.
Q. Okay. Got you. And penetrating gunshot wound H, that one entered the mid lateral left arm, correct?
A. Correct.
Q. What part of the arm is the lateral part of
12:19 the arm?
A. The outside surface of it.
Q. Did this one strike the left humerus?
A. Yes.
Q. And I think you described a fracture to the
12:19 left humerus, correct, with this particular gunshot wound?
A. Yes.
Q. And this one the projectile was recovered from the distal aspect of the left arm, correct?
12:19 A. Correct.

12:19
12:19
12:19
12:19
12:19

Q. And here you have a directionality of left to right and downward, correct?

A. With respect to the arm and anatomic position, it's not possible to know based on forensic pathology findings what position the arm was in at the time of being struck.

Q. Correct. I'm not asking you about position of the arm right now. I'm just saying you describe the directionality as left to right and downward, correct?

A. Yeah. And I'm just telling you that that is the descriptor for only when the arm is in the anatomic position. But the arm is mobile in space time, so what could be going horizontally with respect to one descriptor is actually vertical to another descriptor. So I have to tell you that I described it when the body is in anatomic position.

Q. And that's true for all the gunshot wounds, right, you're describing the body in the anatomical position including the arm?

A. Yeah, but it's particularly important when you describe the upper extremity, sometimes the lower extremities, because those are mobile in space time. We typically look at a person standing up because people don't walk upside down, but the arm in particular can be upside down or in whichever

orientation.
Q. And for this one, it's particularly important for the arm because of the different range of mobility on the extremities, correct?
12:19 A. As the extremity does, yes.
Q. Okay. I got you. I wasn't going to ask you the hypothetical for the arm, but I think you knew where I was going, but I get it.
All right. Let's go to the next one. Let's
12:19 go with the last one with gunshot wound I. That one entered the anteromedial left arm, correct?
A. Yes.
Q. What part of the arm is the anteromedial left arm? I don't know if I'm pronouncing it right.
12:19 A. Yeah, anteromedial means the front to inner aspect of the arm.
Q. And that one just basically went through the soft tissue and muscle of the arm?
A. So this is the one we described earlier as
12:20 going through the axilla -- well, excuse me, the soft tissue of the left arm before exiting up out of the axilla, reentering into the axilla and then it continues into the torso.
Q. And then you describe the second wound track,
12:20 this is the one that had a re-entry, correct?

A. Correct.
Q. And the second wound track goes through some soft tissue and muscles in the back, correct?
A. Yes.
12:20 Q. And this gunshot wound I upon the reentrance also struck the lumbar level of the L3 vertebrae, correct?
A. Correct.
Q. And it actually fractured the level 3 L3
12:21 vertebrae, correct?
A. Correct.
Q. Would this wound in your opinion cause paralysis?
MR. WYNN: Objection. Foundation,
12:21 speculation.
THE WITNESS: Possibly. I cannot -- I will give you the same answer I gave you earlier about the possible but unlikely with the disclaimer as I described to you earlier for another gunshot wound. I
12:21 think it was one of the other ones. I'll --
BY MR. VALENZUELA:
Q. You --
A. -- refer to that answer.
Q. Sorry. I didn't mean to interrupt.
12:21 A. I'll refer to that answer.

Q. Do you recall if the other one that we talked about actually caused a fracture to the vertebrae?
A. Let me double check.
Q. I forgot what letter it was. Maybe you could see it in reviewing your report.
A. Yes. Nondisplaced fractures of the spinous processes for gunshot wound A, yes.
Q. So what gunshot letter was that that you were referring there?
A. A.
Q. Did that have a similar fracture to the gunshot wound I?
A. I didn't make note of the exact type of fracture for gunshot wound I.
Q. Is there a difference between a nondisplaced fracture and a vertebral fracture?
A. They're like comparing apples and oranges. Nondisplaced means the pieces of the fracture are not displaced or moved from one another. There's a -- nondisplaced means there's a fracture but there's just like a line between them. Displaced means they're actually separated. And then a vertebral fracture is just specifying which bones of the vertebra.
Q. Was the fracture associated with gunshot wound I displaced or not with regards to the vertebrae?

A. I didn't make a note of that. However, I should point out that the fracture at this vertebral level is of far less importance because it's kind of at the margin of where the spinal cord drops off. Because a spinal cord is shorter than the vertebral bones themselves. And this one is at a level where it's a little bit lower than where the spinal cord actually stops.

Q. So this vertebrae is a little further away from the actual spinal cord?

A. Yeah, which is an important distinction to make.

Q. Is it fair to say like the closer the fracture to the spinal cord, the more likely to cause paralysis?

A. Well, the spinal cord is in the vertebra along -- it's contiguous obviously up until a certain point. So anywhere above that point carries a far more -- a far riskier like chance of actually injuring the spinal cord because that's where the spinal cord is.

Q. And L3 is further away from the actual portion of the spinal cord than T3 slash T4is. Is that fair to say?

A. That's exactly right. T3, T4, if you look on the inside of the vertebrae, the spinal cord will be

there. And L3, the spinal cord in most people ends at like L1, L2. So it's like a full level like below that. It's just at the cusp or like just below the level of the spinal cord.

12:25 Q. I think I'm just about done. One second. In terms of assignment of a particular autopsy, is it kind of random? You're randomly assigned like a particular job to do an autopsy on as opposed to like selecting hey, I want to do this autopsy?

12:26 A. There could be a little wiggle room but yeah, usually it's up to the managerial administrator doctors here that assign cases to us.

Q. And this particular autopsy was essentially assigned to you?

12:26 A. From what I recall, yes.

MR. VALENZUELA: Okay. I have nothing further. If you guys want to do any follow up?

MR. WYNN: Yes, I do.

MS. POWELL: We're going to take a quick

12:26 break, Mr. Valenzuela.

MR. VALENZUELA: You want to do five or ten?

MS. POWELL: Why don't we just do five minutes, and we'll come back and we should be able to conclude Dr. Partovi and madam court reporter so that

12:26 we don't need to take a lunch break.

MR. VALENZUELA: Okay. Sounds good.
(Recess.)
COURT REPORTER: Back on the record.

FURTHER EXAMINATION

12:34 BY MR. WYNN:
Q. Dr. Partovi, when Mr. Valenzuela was asking you questions, he had you review snippets of two videos. Do you remember that?
A. Yes.
12:35 Q. Did you -- as you sit here today before seeing those videos, did you have any independent recollection of those videos?
A. No.
Q. So you didn't review any of those videos in
12:35 your preparation for today; is that correct?
A. I don't recall.
Q. I mean, as you sit here today, do you have any recollection in looking at those videos? Do they appear familiar in any way to you?
12:35 A. No, they don't.
Q. And as you sit here today, do those videos appear familiar to you based on any review you've done in the last couple days leading up to this deposition?
A. No.
12:36 Q. And you would agree with me that based on two

snippets of videos, you're not able to offer any type of opinion regarding whether or not Mr. Diaz was standing up or leaning forward at the time that he was shot. Is that fair to say?

12:36 MR. VALENZUELA: I'd object. Misstates the witness' prior testimony.

THE WITNESS: Can you repeat the question?

BY MR. WYNN:

Q. Yes. Based on the two snippets of video that 12:36 you just watched today, how are you -- you're not able to give an opinion to a reasonable degree of medical certainty as to whether Mr. Diaz was standing up or leaning forward at the time he was shot. Is that fair to say?

12:37 MR. VALENZUELA: Same objection.

THE WITNESS: I don't think I would be forming a medical opinion because that ask, I believe, is outside of my medical and professional responsibilities as a forensic pathologist. I've already gone into 12:37 extensive detail about how I document the wound tracks and directionality within the body.

I could make an opinion almost as like a layperson based on what I see on the video and what it appears to be, but I don't know if you want me to do 12:37 that.

BY MR. WYNN:
Q. Well, you offered opinions when you were asked those questions by Mr. Valenzuela.
Are you saying those were layperson opinions or your opinions as a forensic pathologist?
A. I was resistant to answer those questions until I was pressed repeatedly, and then I made the statement that these are consistent with or compatible with being shot in that position, but the positioning of his body with respect to space, time and where the firearms were and everything is outside of the duties and opinion of the medical examiner in my belief.
Q. So just to be clear, those opinions that you offered based on the video were offered as a layperson?
MR. VALENZUELA: I object. Misstates the witness' testimony.
THE WITNESS: I --
BY MR. WYNN:
Q. I'm just trying to understand the basis of the opinions that you gave based on your review of the video. Were you giving those --
A. Sorry to cut you off. I just want to be clear. Exactly what was my opinion?
Q. So when you opined on whether or not Mr. Diaz was standing up or leaning forward after you had

reviewed the videos and were asked questions based on that review, were you offering those opinions as to his positioning as a layperson or as a medical expert or offering a medical opinion?

12:39 A. Yeah, I just want to be clear. I wasn't making any suggestion about the position whether he was standing or lying down or sitting down or on the ground. I was asked after being pressed whether these are consistent with being in that position.

12:40 So I didn't offer any opinion or any suggestion about what position he was in before I was asked whether these -- the directionality of these wounds is consistent with being in that position.

Q. What does that mean? When you were answering
12:40 those questions, what does consistent mean?

A. Consistent means an -- a finding that would not violate the laws of physics in -- I don't really understand the question, sir.

Q. Well, you used the word consistent so when you
12:41 use that word in answering whether or not Mr. Diaz -- whether it was consistent with Mr. Diaz standing up or leaning forward, what did you mean when you were -- when you offered that?

A. Yeah, I'll be clear. What I mean is it makes
12:41 sense and it does not violate the laws of physics for

something like this to happen.

Q. And I guess, what basis is that opinion or conclusion offered? Is it solely that it makes sense and it doesn't violate the rules of physics or like what -- where is that reasonable degree of medical certainty coming into that opinion or that conclusion that you're reaching?

A. I don't -- you're going to have to help me out. What are my options here? Like the laws of physics, like what are other options are there to reassure you about like whether or not this meets the criteria for being consistent?

Q. Well, I'm simply asking when you are saying that Mr. Diaz -- when you're asked whether it is consistent with him standing up or leaning forward, are you -- were your answers based on a reasonable degree of medical certainty, or were you speculating in order to provide an answer in that it makes sense as far as the laws of physics? That's what I'm trying to understand.

A. In my mind, I really apologize. I cannot distinguish from those two trains of thought, what is a medical degree of certainty versus what makes practical sense, because I'm a human being and I use all of my knowledge to answer such questions.

Q. Okay. So I mean, that conflicts with what you previously said that you weren't offering any opinions or conclusions.

So like which one are you -- are you opining on the positionality of Mr. Diaz when he was being shot, or are you not? That's what I'm trying to understand.

MR. VALENZUELA: I'm going to object as argumentative.

THE WITNESS: I'm opining on it when I'm pressed to say whether this is consistent with. I did not de novo make an offer or suggestion as to what position he was in. After repeated questions, I said this is consistent with, but not specific for. This is the directionality in his body.

If you were to suggest to me that he was in this particular position, leaning forward lying down, is it possible to explain this, this directionality with his positioning that way, I would say yes, but it's not specific for that. That's not the only plausible, not the only possible explanation for that directionality.

BY MR. WYNN:

Q. Okay. So as far as the answers that you gave, it was based on the repeated questioning in an attempt

to have you provide an answer. Is that fair to say?
A. Yes.
Q. Do you have any training in ballistics?
A. The only formal training I have is terminal ballistics or the pathology of gunshot wounds.
Q. And when you say terminal ballistics, that's the pathway of the bullet inside the body, not outside, correct?
A. Yeah, I mean terminal ballistics means what happens to a bullet when striking an object. In the context of forensic pathology, that object is the body.
Q. And you're not an expert in ballistics either; is that correct?
A. I mean general ballistics, no. But forensic pathology ballistics, yes.
Q. And is it fair to say that the pathway of a bullet outside the body, it's more appropriate for a ballistics expert to opine on that pathway than you would be?
A. Correct.
Q. You also mentioned when asked about the amount of time that Mr. Diaz would have survived, and you estimated that it would have been minutes.
Are you saying -- well, first, what's the basis of that opinion?

A. That he would have survived if what?

Q. You're saying that he would have survived for minutes after the -- after he was wounded.

So what is was the basis of that opinion that you gave that Mr. Diaz could have survived for minutes?

A. The gunshot wounds.

Q. Correct.

A. Because there was blood accumulation on the inside of the body and what is known from experience and just like surgically speaking, you know, all my medical training leads me to believe that the findings of exsanguination, namely his pallor, his paleness and the location, the extent and combination of all the injuries is most consistent with the time interval of death within minutes after being shot.

Q. Well, are you saying two minutes or less, one minute or less? What's the minute approximation?

A. Not quantified. What I mean by minutes is more than 30 seconds, but less than 59 minutes and 59 seconds.

Q. And you mentioned that that was based on the blood accumulation but you also mentioned like surgically speaking, you've never -- if I remember correctly, you've never treated a live patient as a doctor, correct?

A. Yeah. I apologize. You can just strike the word surgical from that statement.
Q. Have you ever treated a gunshot patient in your time as a doctor?
12:48 A. In medical school, yes.
Q. But in your time as a doctor?
A. No.
Q. Now, I want to go back to your medical report summary. Do you have your report in front of you?
12:49 A. Yes.
Q. Okay. And I want to go to header 1, subheader A, with the penetrating gunshot wound of the right clavicular region, in parentheses A. Under that subheader you have a subheader 2 for wound track.
12:49 When you're making the conclusion or opining on wound track, are you able to opine on Mr. Diaz's pain or suffering or ability to do anything outside of -- like are you able to opine on those types of things?
12:49 A. Physical ability, yes. Sometimes depending on the extent and location of injury. Like we were talking about the spinal cord for example, right? Like, you know, what I know medically speaking based on like, you know, how the body derives its functions to
12:50 be able to do such things. Pain and suffering, no, I

won't give an opinion on that.

Q. And like you said, it's based on what you know as you sit here today or as you performed your examination of Mr. Diaz, but you don't know him personally enough to know how any of these wounds would have affected him on that day; is that correct?

A. Correct. I don't know him personally enough to know any of this stuff regarding the pain and suffering.

Q. So any -- okay. And you also mentioned directionality. Just to be clear, directionality is the pathway of a bullet inside the body, correct?

A. That is the way I use that term, correct.

Q. And that term -- in using directionality, that term is different than trajectory; is that correct?

A. Sometimes they're used interchangeably in the forensic pathology setting. I sometimes even use it interchangeably, but I tend to use directionality.

Q. But wouldn't you agree that in this case that using them interchangeably would be confusing based on the definitions that they have?

MR. VALENZUELA: I'd object as misstates the witness' prior testimony, also argumentative.

THE WITNESS: They may be confusing and that's why I spent some time explaining myself.

BY MR. WYNN:
Q. So just to be clear, in your -- your medical report summary summarizes the directionality so the pathway of the bullet inside the body. It does not summarize the pathway of any of the bullets outside of the body. Is that fair to say?
A. That is exactly correct.
MR. WYNN: Give me one second.
MR. VALENZUELA: And I have a few brief follow ups, just to give you a heads up.
BY MR. WYNN:
Q. And I'm sorry, you mentioned the soot or stippling. I hope I'm saying that correctly.
What did you say was a significance of, for example, on subheader I you say, "no soot or stippling of surrounding skin." What did that mean?
A. Yeah, I think we're repeating some of the answers here. For soot -- but that's okay. I'll go through it one more time. Stippling are products of combustion that come from the muzzle, aside from just the bullet, right. There is gunpowder particles. The burnt gunpowder particles when they get deposited on the skin or other surface, that's soot and that only goes so far. So it's an indicator of more close range contact -- sorry, close range of the gunshot, within

like about a foot enough, two feet. Stippling are unburnt gunpowder particles. They're a little heavier, so they go a little farther and they abrade the skin up to a distance of about 3 to 4 to 5 feet, and all this 12:54 really depends on the firearm.

Q. So you are unable to -- you're unable to determine any distance in this case as it relates to soot or stippling; is that correct?

A. There's no soot or stippling on any of the 12:55 gunshot wounds and the designation is given indeterminate for those gunshot wounds for a particular reason that I referred to earlier.

Q. Okay. So your conclusion would be indeterminate as to any distance related to what could 12:55 be -- what could come from soot or stippling, is that fair to say?

A. That's not the most clear way of describing what's going on here. The range of fire for all gunshot wounds is indeterminate.

12:56 MR. WYNN: I don't have any further questions right now.

FURTHER EXAMINATION

BY MR. VALENZUELA:

Q. Really briefly, Doctor. I promise we're going 12:56 to get you out of here shortly.

Did you ever check the clothing for soot or stippling?
A. I did not.
Q. Is the term "bullet trajectory" a term commonly used in forensic pathology?
A. Yes, sometimes.
Q. And bullet trajectory in terms of forensic pathology refers to the pathway a projectile takes in the body; is that correct?
A. Correct.
Q. And is bullet trajectory important with regards to forensic pathology?
A. It can be important. Yeah, it's an important thing that we document.
Q. Why is it important?
A. Because sometimes we get asked very detailed questions about the path of travel of the bullet.
Q. And in describing the path of travel of a bullet, you describe it with the body in an anatomic position, correct?
A. That's correct.
Q. And I may have asked this and I apologize. What is the anatomic position?
A. It's with an individual standing, their feet forward, standing like in regular position with their

arms, palms facing forward, so like this. (Witness indicating.)

12:57
Q. The person in the anatomic position is standing erect with the palms as you just described them, correct?

A. That's correct.

Q. You were asked briefly about exsanguination. When somebody dies -- generally speaking when somebody dies of exsanguination, there's a blood loss and then a loss of blood pressure, correct?

12:58
A. Yes.

Q. And then as a result of a loss of blood pressure, it's common an individual then loses consciousness. Would you agree?

12:58
A. Yes, that's correct.

Q. And then eventually there's not enough blood going to the brain and that's what actually causes the person to die. Is that fair?

A. Yeah. I mean, the brain being one of the more important organs as well as the heart itself and other organs.

12:58
Q. And you had mentioned earlier you have two board -- you're certified in two areas, board certification?

12:58
A. Technically three.

Q. Can you please mention them again?
A. Anatomic pathology, clinical pathology and forensic pathology.
MR. VALENZUELA: Okay. I have nothing further.
12:58
COURT REPORTER: Any more questions from any counsel?
MR. VALENZUELA: I don't.
MR. WYNN: I have no further questions.
12:59
COURT REPORTER: Okay. Then Mr. Valenzuela, did you want to order a copy of this transcript?
MR. VALENZUELA: Not right now but I may in the future and I have your contact info. Or do you want to put your e-mail in the chat in case I need to order it in the future?
COURT REPORTER: Yes, I can do that.

-oOo-

(Whereupon the video teleconference deposition was concluded at the hour of 12:59 p.m.)

-oOo-

DECLARATION UNDER PENALTY OF PERJURY

I, EDWIN PARTOVI, M.D., do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on August 12, 2026; that I have made such corrections as appear noted on the Deposition Errata Page attached hereto and signed by me; that my testimony as contained herein, as corrected, is true and correct.

Dated this _________ day of ______________, 2026, at ___________________________, California.

____________________________
EDWIN PARTOVI, M.D.

DEPOSITION ERRATA SHEET

Page No._____ Line No._____
Change:______________________________________________
Reason for change:_____________________________________
Page No._____ Line No._____
Change:______________________________________________
Reason for change:_____________________________________
Page No._____ Line No._____
Change:______________________________________________
Reason for change:_____________________________________
Page No._____ Line No._____
Change:______________________________________________
Reason for change:_____________________________________
Page No._____ Line No._____
Change:______________________________________________
Reason for change:_____________________________________
Page No._____ Line No._____
Change:______________________________________________
Reason for change:_____________________________________
Page No._____ Line No._____
Change:______________________________________________
Reason for change:_____________________________________

SIGNATURE:_________________________ DATE:_______________
EDWIN PARTOVI, M.D.

STATE OF CALIFORNIA )
) ss
COUNTY OF KINGS )

I, Cheryl L. Laboa, hereby certify:

I am a duly qualified Certified Shorthand Reporter in and for the State of California, holder of Certificate No. 10039 issued by the Court Reporters Board of California and which is in full force and effect. (Bus. & Prof. Section § 8016)

I am authorized to administer oaths or affirmations pursuant to California Code of Civil Procedure Section 2093(b)(1). And prior to being examined, the deponent was remotely first placed under oath or affirmation by me. (Civ. Proc. §§ 2025.32, 2025.540(a))

I am the deposition officer that stenographically recorded the testimony in the foregoing deposition, and the foregoing transcript is a true record of the testimony and proceedings taken at that time. (Civ. Proc. § 2025.540(a))

I am not financially interested in this action, and am not a relative or employee of any attorney of the parties or of any of the parties. (Civ. Proc. § 2025.320(a))

I have not and shall not offer or provide any

services or products to any party's attorney or third party who is financing all or part of the action without first offering same to all parties or their attorneys attending the deposition and making same available at the same time to all parties or their attorneys. (Civ. Proc. § 2025.320(b))

The dismantling or unbinding of the original deposition transcript will render the Reporter's Certificate null and void. (Civ. Proc. § 2025.550(a))

In witness whereof, I have hereunto subscribed my name.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

Dated: August 19, 2026.

Cheryl Laboa
_______________________________
CHERYL L. LABOA
CSR No. 10039

**Exhibits**

**Exhibit 1** 5:10 14:22, 24 15:9 21:9,12 25:2 31:16 35:21 39:13 41:3 44:22,23

**-**

**-ooo-** 6:9,14 98:17,21

**0**

**00152** 15:11

**1**

**1** 14:22,24 15:9 21:9,12 22:2 23:12 25:2 31:16 35:21,22 39:13 41:3 44:22,23 71:9,12 92:11
**10039** 6:7
**10:05** 6:2,5
**11** 39:14 76:20
**12** 6:2 39:20 75:7 76:5
**1200** 18:20
**12:59** 98:20
**14** 25:3 26:1
**150** 18:20
**16** 75:8 76:8

**2**

**2** 24:18 36:8 92:14
**200** 13:2 18:19 48:17
**2024** 14:13
**2024-18831** 14:12
**2026** 6:2
**24** 9:12

**3**

**3** 80:9 95:4
**30** 91:19

**4**

**4** 36:17 37:20 76:9 95:4
**4th** 14:13

**5**

**5** 95:4
**59** 91:19
**5th** 72:15,22

**6**

**6** 38:2,19,22

**8**

**8** 76:20
**800** 13:5,6 18:15 48:11

**9**

**9** 39:5

**A**

**a.m.** 6:2,5
**abdomen** 69:2
**ability** 8:25 9:13 67:9 73:9 92:17,20
**abrade** 55:2 95:3
**abrasion** 56:13,14
**absent** 29:23,24
**absolutely** 27:3 35:3 46:22
**abundance** 25:8
**abuse** 28:17 45:8,10 47:20,21 51:7,13
**access** 29:16 30:7 51:13
**accessible** 28:12
**accessing** 51:11
**accident** 19:3,4
**accidental** 54:20
**accompanying** 32:8
**account** 40:3 72:2
**accounted** 20:14
**accumulate** 52:15 67:5
**accumulation** 91:8,22
**accurate** 18:20 29:10
**active** 43:4,5
**actively** 42:18
**actual** 82:10,21
**add** 61:1
**administrator** 83:11
**admonitions** 7:11, 12
**advance** 16:9
**advice** 27:5
**affect** 9:12 67:9
**affected** 73:8 93:6
**agree** 48:3 52:4,9,10 64:22 74:13 84:25 93:19 97:14
**ahead** 23:11 63:24
**air** 32:25 35:17
**alcohol** 9:12 45:8 47:14,17
**alternate** 20:9,12
**amount** 90:21
**analysis** 44:24 64:7
**anatomic** 11:15 21:24 22:10 33:2 44:13 59:12 78:3,11,16 96:19, 23 97:3 98:2
**anatomical** 53:18 78:18
**ancillary** 17:22
**Angeles** 6:1 7:5 10:9, 12,24 11:10,13 12:21
**angle** 75:14,24 76:1
**answering** 87:14,20
**answers** 88:16 89:24 94:18
**anterior** 26:23
**anteromedial** 79:11,13,15
**anymore** 34:21
**apologize** 38:21 41:6 88:21 92:1 96:22
**apparent** 41:18
**appears** 45:13 85:24
**apples** 81:17
**applicable** 23:8
**apply** 14:10
**approximate** 18:14 25:24
**approximated** 25:22
**approximately** 7:1 12:22 18:14,16 26:2 42:23 48:11,15
**approximation** 48:17 91:17
**area** 31:14 53:9 57:13, 14 59:3 66:16 73:19
**areas** 59:8 73:7 97:23
**areola** 73:19
**argumentative** 89:9 93:23
**arm** 39:15,21 40:11, 18,20 77:12,14,15,24 78:3,5,8,11,12,19,24

79:3,7,11,13,14,16,18, 21
**arms** 97:1
**arrested** 51:2
**aspect** 26:3 77:24 79:16
**aspects** 26:22,23
**assign** 83:12
**assigned** 11:5 16:5, 8 54:7 83:7,14
**assigning** 20:6
**assignment** 24:10 83:6
**assume** 35:25 53:10
**assuming** 36:11,21 37:23 38:6,25 39:9 44:1
**attachment** 59:8
**attempt** 29:10 89:25
**atypical** 41:20
**August** 6:2
**authored** 16:2
**authorities** 29:9
**automatically** 28:1
**autopsies** 12:22,25 13:6 18:15 48:12,15
**autopsy** 14:11,16,23 16:6 17:3 18:4,11 20:15,21 21:22 23:23 26:20 27:7,24 28:10 30:13 31:2,3,4,15,19 42:6 43:1 45:1 47:15 49:1,5,14,16,17,19 53:11,20 83:6,8,9,13
**axilla** 39:21 40:11,13, 18 79:20,22
**axis** 74:7

**B**

**B12** 51:5
**Bachelor's** 11:12
**back** 21:9 30:14 32:20 33:5 35:7 38:3,11,12, 20,21,23 46:25 47:7 48:10 60:3,16 62:1 63:11 64:19 66:14 67:18 68:24 69:21,24 70:3,5,7 71:2,6,18,23 72:1,3 73:21 74:9 76:24 80:3 83:23 84:3 92:8
**background** 9:18 11:8,21 64:12
**ballistic** 64:7
**ballistics** 33:22 34:1, 22 35:13,15,18 62:17 70:13 90:3,5,6,9,12,14, 15,18
**barrel** 70:6,16,24 72:2
**based** 24:23 29:11,18 38:13 43:7 44:12,13 45:3 47:15,17 52:18 58:20 59:10 61:3 64:7 69:10 72:21 78:4 84:22, 25 85:9,23 86:14,20 87:1 88:16 89:25 91:21 92:23 93:2,20
**basic** 13:24 47:20
**basically** 12:5 20:1 66:15 79:17
**basis** 86:19 88:2 90:25 91:4
**Bate** 15:12 31:17 60:17
**Bates** 21:14 27:9
**beginning** 20:12
**belief** 86:12
**biggest** 41:1
**bit** 48:10 82:7
**bleeding** 21:2 37:4 38:16 42:19,21,22 51:25 52:2
**blindly** 50:3
**blocks** 56:6
**blood** 37:2,6 38:13 40:25 43:5 47:15 67:5 72:20 91:8,22 97:9,10, 12,16
**board** 11:17,19,24,25 12:2,5 13:22 97:23
**body** 16:19,20 20:20 25:10,12,23,25 27:2 29:2,15,20 31:20,24 32:6,23,25 33:8,22,24, 25 34:6,14,21 35:12,14 41:16,17,18,19 48:23 49:18,23 50:10 53:17 55:1 59:19 62:16 63:12 65:2,5,6,7,11 67:23 70:14 74:2 75:11 78:15, 18 85:21 86:10 89:15 90:7,11,17 91:9 92:24 93:12 94:4,6 96:9,19
**bone** 57:14 71:13,15 72:19
**bones** 58:4,7,10 59:24 81:23 82:5
**bottom** 15:10,13 27:9 39:4 42:1
**brain** 97:17,19
**break** 9:3,5,8 35:1,2,9 46:21 83:20,25
**breathe** 66:24 67:9 73:9
**briefly** 7:15 21:16 27:12 60:16 95:24 97:7
**bring** 21:9
**bullet** 23:9 31:23 32:24 33:3,7,24 34:5 35:10,12,17 40:14 53:16 58:10 62:14,16 65:2,6,11 66:20,23 67:8,22 69:9 70:14 71:1 73:7 74:1 76:19 90:7, 10,17 93:12 94:4,21 96:4,7,11,17,19
**bullet also** 73:1
**bullets** 32:12 94:5
**burnt** 54:25 94:22

**C**

**cable** 23:22
**California** 6:1 11:13
**call** 72:18 74:21 75:2
**called** 17:2
**calls** 44:4 55:19
**camera** 29:21
**capacity** 7:4 13:16 14:6 67:6
**capital** 46:2
**care** 14:3
**career** 12:23
**carries** 82:17
**case** 14:12,23 15:25 16:5,7,8,10 18:9 19:10, 19 20:7 21:6 23:3 27:12 28:8,21 29:25 31:5 37:6 38:14 41:24 42:7 43:19, 23 44:10 49:21 50:16 51:22 56:2 58:21 59:11, 15,16 67:3 74:6 93:19 95:7 98:14
**cases** 11:5 16:25 28:19 83:12
**category** 41:22
**caused** 51:6 81:2
**caution** 8:22
**certainty** 19:25 20:5 44:8,14 85:12 88:6,17, 23
**certification** 11:24, 25 12:2 13:22 97:24
**certified** 11:17,19 12:5 97:23
**cetera** 23:10 26:18 27:24 30:13 38:18 46:13 56:20 65:15
**chance** 8:20 15:3,16 82:18
**chat** 98:14
**check** 28:21 30:5 32:13 81:3 96:1
**Cheryl** 6:6
**chest** 36:18,24 38:9 57:11 68:15,18,20,21
**chief** 10:18,20 11:19
**circumstances** 19:1,21

**City** 10:18,25 11:18
**clarification** 50:1
**clarify** 62:12,22
**clarity** 15:11
**classic** 56:22
**classically** 56:19
**classification** 19:7, 9
**classifications** 19:5,11
**classified** 19:14
**classify** 19:11
**classifying** 20:7
**clavicle** 57:13,16
**clavicular** 23:14,16 36:5 57:10,15 92:13
**clear** 35:11 40:9 51:16 86:13,23 87:5,24 93:11 94:2 95:17
**client** 64:24
**clinical** 11:16 14:2 27:21 46:16 98:2
**close** 25:16 94:24,25
**closely** 25:21
**closer** 66:16 82:13
**clothed** 50:10,12
**clothes** 50:13
**clothing** 31:14 50:15 96:1
**cluster** 25:24 26:2
**clustered** 25:13,14
**clusters** 25:9,11,22
**collective** 25:6
**column** 57:22
**combination** 25:23 91:13
**combined** 24:7
**combustion** 94:20
**comfortable** 7:13 24:1 34:25
**common** 41:11 45:8 47:20 97:13
**commonly** 96:5
**communicate** 27:15 46:17
**communicated** 46:19
**communication** 16:10 28:24
**community** 33:21 56:9
**compared** 74:9
**comparing** 81:17
**comparison** 38:17
**compatible** 56:7 65:14 86:8
**complex** 24:7
**complexity** 16:24
**complication** 22:9
**component** 63:1 65:1 74:9
**comprehensive** 45:9,11 47:19
**computer** 30:11
**concerned** 74:8
**conclude** 24:12 28:2 83:24
**concluded** 98:19
**concludes** 27:13 46:20
**concluding** 15:11
**conclusion** 19:18 20:24 22:13 42:5 88:3,6 92:15 95:13
**conclusions** 14:18 17:11 89:3
**condition** 18:6
**confer** 61:2 64:6
**confident** 44:14
**confined** 29:1
**conflicts** 89:1
**confuse** 50:8
**confusing** 93:20,24
**Connecticut** 10:23, 25
**consciousness** 97:14
**consideration** 20:12
**considered** 19:5 20:10 41:24
**consistent** 19:22 62:4 63:2,18 65:2,14,18 67:21 68:7 73:25 86:8 87:9,13,15,16,19,21 88:12,15 89:11,14 91:14
**constellation** 38:14
**constitutes** 19:23
**contact** 94:25 98:13
**context** 43:10,22 90:11
**contiguous** 82:16
**continue** 61:7
**continues** 79:23
**continuing** 11:24 60:23
**contribute** 42:16 43:5
**contributed** 37:1
**contributing** 20:9
**contribution** 54:7
**contributory** 20:22, 23 27:25 37:7 38:15 42:4 43:15,25
**control** 50:25
**convenience** 68:3
**conversation** 8:8
**copy** 14:22 57:3 98:11
**cord** 58:3 59:5,13 82:4,5,7,10,14,15,19, 22,25 83:1,4 92:22
**core** 59:22
**corner** 15:10,14
**coroner's** 51:9,17
**correct** 7:6 9:25 14:16,17 16:3 17:14 23:1 24:15,22 34:10 42:19 47:16 48:2,4,14, 19,21,24 49:24 51:10, 18 52:7 53:4,13,14,19 54:14,15,17,18,20,21 57:1,11,20 58:8 59:3, 24,25 60:3,4 62:1,24,25 66:8,14,19,22 67:14,19 68:8,18,22,24,25 69:2, 5,6,25 70:1,3,4 71:2,9, 20,21,23,24 72:11 73:6, 19,20,22,23 74:14,16, 19 75:5 76:1,2,14,15, 18,21,24,25 77:12,13, 20,24,25 78:2,7,9 79:4, 11,25 80:1,3,7,8,10,11 84:15 90:8,13,20 91:7, 25 93:6,7,12,13,15 94:7 95:8 96:9,10,20,21 97:5,6,10,15
**corrected** 10:5
**correctly** 6:19 27:2 33:9 65:19 91:24 94:13
**correlate** 63:13
**correlates** 23:19
**corresponds** 24:17
**counsel** 33:17 46:24 48:6 55:22 61:5 64:14, 18,21 98:7
**count** 25:24 43:2
**countable** 43:3
**counties** 13:3
**county** 7:4 10:9,11, 14,24 11:1,10 12:15,20
**couple** 51:5 57:7 84:23
**court** 6:4,6 7:19 8:2,9 35:1,5,7 64:9 83:24 84:3 98:6,10,16
**courtroom** 7:17,24
**credibility** 8:24
**crime** 30:25

**criteria** 88:12
**CSR** 6:7
**CT** 16:15 27:24 59:10
**curious** 63:17
**current** 12:24
**curve** 70:21
**cusp** 83:3
**cut** 23:21 42:21,22 86:22
**cutaneous** 21:1
**cuts** 41:10,15

D

**day** 51:4 75:1 93:6
**days** 84:23
**de** 89:12
**death** 11:7 17:6 18:16,21,22,23,25 19:1, 6,8,11,13,15 20:8,13, 22,24 21:7,8 24:8 25:19 28:3 37:1 38:15 42:4, 10,16 43:6,13,15,23,24, 25 48:16 51:20,22 52:1, 2,4,10 54:2,7,13,17,19 91:15
**decedent** 27:19 28:16 31:11 37:2 50:17 51:2,3 60:18 61:14 62:5 63:3
**decedent's** 51:1
**December** 14:13
**decides** 46:12
**deeper** 26:16 41:17
**defected** 47:25
**defects** 32:6
**defendant's** 14:24
**deficit** 59:14,16
**define** 58:2
**defined** 41:15
**definition** 19:15 34:17,19,20 52:14
**definitions** 93:21
**degree** 11:11,13 19:24 20:5 75:13 85:11 88:5,16,23
**delusions** 28:17
**dense** 40:24
**department** 10:9,15 12:21 13:23
**depending** 16:7 18:9 22:7 27:20 33:1 52:16 56:20 92:20
**depends** 23:25 49:25 55:9 58:2,13 67:2 95:5
**depo** 64:15,16
**deposed** 6:24
**deposited** 55:1 94:22
**deposition** 7:3,7,10 8:19,20 9:23 84:23 98:19
**deputy** 10:7,8
**derives** 92:24
**describe** 11:8 12:3 19:17 26:21 27:11,12 33:22 56:8 62:3 63:2 72:13,15 78:8,21 79:24 96:19
**describes** 35:22
**describing** 31:7 34:12 43:8 53:16 56:12 63:18 65:1 78:18 95:17 96:18
**description** 23:7 34:5 62:24
**descriptive** 25:25
**descriptor** 23:17 26:14 78:11,14
**descriptors** 33:6
**designation** 95:10
**detail** 7:13 54:8 85:20
**detailed** 74:5 96:16
**details** 26:20 27:6
**detected** 46:4,6,8, 15,16
**detective** 30:12
**detectives** 16:11 29:2
**determination** 11:6
**determine** 21:6 24:5 27:7 30:1 32:16 43:14 95:7
**determined** 20:21, 22 25:17 29:4
**determining** 48:22
**deviation** 67:18 71:20 75:12 76:24
**diagnoses** 21:23,24
**diagnosis** 17:2
**diagnostic** 13:21
**diagram** 23:20 24:18
**diagrams** 23:24 31:15
**Diaz** 14:12 16:5 18:12 19:10 28:8 36:1,12,13, 22 37:24 38:7 39:1,10 44:2,3 62:15 85:2,12 86:24 87:20,21 88:14 89:5 90:22 91:5 93:4
**Diaz's** 20:8 21:6,18 29:21 30:24 43:6 92:16
**die** 97:18
**died** 36:1 44:17
**dies** 97:8,9
**difference** 18:21 26:6 45:15,17,18,20 76:10 77:1,3,5,7 81:15
**differences** 77:9
**difficult** 66:24
**direction** 34:5 61:25 63:12 65:11,12
**directionality** 33:1 34:3,4,12 62:23 63:10 67:16,21 68:23 69:23 71:18 73:21 76:22 78:1, 9 85:21 87:12 89:15,18, 22 93:11,14,18 94:3
**discernible** 67:18 71:19 76:24
**disclaimer** 80:18
**discrete** 19:2
**discussed** 21:16 50:17
**discussing** 35:10
**disease** 17:24 18:24 22:9,20 52:16
**displaced** 81:19,21, 25
**dissection** 20:25 42:7,12
**distal** 77:24
**distance** 55:4,6 56:4, 8 95:4,7,14
**distances** 55:16 70:21
**distinct** 17:1
**distinction** 82:11
**distinctly** 24:2 29:22,24 30:15
**distinguish** 56:17 88:22
**distinguishing** 48:19
**distribution** 19:20
**doctor** 13:9,13,18 21:16 27:21 40:17 47:11 52:12,22 54:4 55:8 58:1 60:12 62:20 64:25 91:25 92:4,6 95:24
**doctors** 83:11
**document** 15:2,4, 13,16,21 27:8 28:18 31:18 45:3 85:20 96:14
**documented** 49:10
**double** 81:3
**downward** 33:5 60:2 61:25 62:3,23,24 63:1,10,17 65:1,12 67:17,21 68:24 69:24

71:20 73:22,25 74:8,13, 14,16,18 75:2,4,11,14, 24,25 76:10,23 78:2,9
**drank** 9:11
**drops** 82:4
**drug** 46:8 47:19
**drugs** 45:8 47:14,17, 20 48:2
**drying** 31:14
**due** 37:14 43:10
**duration** 20:15
**duties** 11:3 86:11

## E

**E-D-W-I-N** 6:23
**e-mail** 98:14
**earlier** 25:18 28:9 31:7 42:10 50:17 53:23 54:16 56:24 72:8 73:17, 24 74:6 79:19 80:17,19 95:12 97:22
**easier** 48:9
**edge** 41:12
**education** 9:19 11:25
**educational** 11:8,21
**Edwin** 6:10,23
**effect** 7:19 43:11 67:6
**efficient** 47:3
**elicit** 61:3
**eligible** 12:8
**emergency** 13:9,11, 12,23 14:1
**employed** 10:22
**encompass** 23:5
**end** 45:17,19
**ends** 83:1
**enforcement** 29:2
**engaged** 13:10
**enlisted** 23:7
**enlisting** 22:23
**entail** 21:20
**entails** 12:3
**entered** 9:21 65:7 68:15 77:12 79:11
**entering** 48:23 66:7 72:3
**enters** 33:8 75:7
**entirety** 15:9
**entrance** 23:8 31:22, 25 40:10 48:20 56:15, 21,22 57:10 69:1 70:2,6 71:5 75:3 76:3 77:2
**entrances** 56:17
**entries** 17:1
**entry** 51:3
**environment** 61:17
**erect** 63:21 65:25 97:4
**essentially** 20:18,25 21:21,23 24:1 25:15 27:14 32:22 33:2 42:6 45:6 83:13
**establish** 20:5
**estimate** 13:2 48:13 52:19 75:13
**estimated** 90:23
**estimates** 18:18
**Ethanol** 45:7
**evaluate** 17:24
**events** 18:24
**eventually** 97:16
**exact** 47:22 64:23 66:15 81:13
**exam** 16:17
**examination** 6:15 16:9,19,20 17:7 20:22, 25 47:8 50:15 59:11 61:7 84:4 93:4 95:22
**examinations** 17:9
**examined** 6:12
**examiner** 7:4 10:7,8, 10,19,20 11:4,9,19 12:21 14:12 23:25 61:4 86:12
**examiner's** 10:23 14:8 31:12
**examiners** 11:1 12:16
**examining** 49:17
**exams** 12:9
**exceptions** 70:19
**excuse** 79:20
**exhibit** 14:22,24 15:9 21:9,12 25:2 31:16 35:21 39:13 41:3 44:22, 23 62:9
**exist** 30:16
**exit** 23:8 31:23,25 32:8 40:11 48:20 56:21 73:18 75:4 76:6 77:2,6, 8
**exited** 68:17
**exiting** 69:20 79:21
**exits** 56:18 75:8
**expect** 43:9 44:13 55:16 59:4,15
**expedite** 43:13
**experience** 12:17 14:2 46:18 48:18 91:9
**expert** 35:13 62:18 70:13 87:3 90:12,18
**expertise** 33:23 53:10 70:20
**experts** 34:22 35:16
**explain** 8:16 74:20 89:18
**explaining** 93:25
**explanation** 28:2 43:23 68:4 73:16 74:6 75:12 89:21
**explanations** 65:13 68:8
**explicitly** 46:8
**exposed** 70:5 72:1
**exsanguination** 37:1,5 51:23 52:3,14,20 53:1 54:2 91:12 97:7,9
**extend** 26:21 44:19
**extended** 45:8
**extensive** 85:20
**extent** 37:14 58:13,16 67:3 91:13 92:21
**external** 16:19 17:7
**extremities** 25:5 41:6 78:22 79:4
**extremity** 22:3 78:21 79:5
**eyeball** 43:3

## F

**facing** 97:1
**fact** 38:15 59:2
**factors** 20:9
**fair** 8:17 14:20 22:15 29:6 30:10 32:12 34:17 51:17 82:13,22 85:4,13 90:1,16 94:6 95:16 97:18
**fall** 41:21
**falling** 62:5 63:3,19 65:15 67:22 74:1
**familiar** 51:19 84:19, 22
**families** 29:12
**family** 28:25 29:3
**farther** 95:3
**fatal** 24:5,13,25 36:12, 15,21 37:24 38:6,7 39:1,3,9,12,19,25 40:19,21 44:3 53:24 54:6 69:14
**fatality** 24:10
**fatty** 71:16
**FBI** 51:1

**feeling** 49:20
**feet** 55:12 95:1,4 96:24
**fellowship** 12:8 13:7
**fentanyl** 46:3
**fibrous** 26:17 71:16 72:19
**field** 11:20
**fields** 11:17 34:23
**file** 30:4,5
**final** 21:23
**finalization** 31:5
**find** 29:5 54:19 55:5, 15,17
**finding** 25:7 42:15 54:22 87:16
**findings** 14:15 16:14 17:3,5,8,25 20:11,13,16 22:11,23 24:8 25:16 26:20 27:22,23,24 35:18 36:3 37:15 38:14, 18 44:13 45:5 48:3 49:12 50:8 54:9 56:20 58:20 59:11 78:5 91:11
**fine** 66:5 75:24
**fingerprint** 51:1
**finish** 46:25
**finishes** 8:19
**fire** 56:2,10 95:18
**firearm** 35:19 55:10 62:15 95:5
**firearms** 86:11
**flexibility** 22:17
**flight** 35:17
**focusing** 65:5
**follow** 18:11 30:22 47:7 83:17 94:9
**foot** 55:11 95:1
**footage** 29:21
**force** 7:18 41:11
**forearm** 42:12
**forensic** 11:18 12:6 14:9 19:8 20:1 33:21,25 34:9,16 46:17 56:9,13 78:4 85:19 86:5 90:11, 14 93:17 96:5,7,12 98:3
**forget** 47:22
**forgot** 18:3 81:4
**form** 37:1
**formal** 90:4
**formally** 10:22
**format** 21:25 27:15
**formats** 30:4
**forming** 85:16
**formulate** 17:11
**formulates** 22:8
**forward** 85:3,13 86:25 87:22 88:15 89:17 96:25 97:1
**found** 40:5 47:14 54:13,16
**foundation** 44:5 52:12,22 53:5 54:3 55:7 58:11 60:9,22 62:8 63:5,25 64:11 65:21 66:2,25 67:11,24 68:9 69:15 70:8 71:3 72:4 73:10 74:3 75:16 80:14
**fracture** 76:19 77:19 81:2,11,14,16,18,20,22, 24 82:2,13
**fractured** 80:9
**fractures** 21:5 38:18 42:3 57:18 59:6 81:6
**front** 7:24 33:5 35:21 57:4 60:3 62:1 63:11 67:18 68:24 69:23 71:19 73:22 74:9 76:24 79:15 92:9
**full** 83:2
**functional** 59:5,14, 16
**functions** 92:24
**future** 98:13,15

**G**

**gave** 38:9 72:8 73:16 74:6 80:17 86:20 89:24 91:5
**general** 11:3 13:20 16:6 18:10 23:4 35:15 41:10 48:13 55:6 60:18 61:12,17 90:14
**generally** 21:3,17 22:16,19,25 29:14 41:1 52:5 53:3 55:4,11 70:23 97:8
**generic** 27:4
**genetics** 17:23
**George's** 11:14
**gist** 68:11
**give** 9:16 15:3,16 25:24 26:9 35:1 36:14 61:12 64:10 68:5 72:7 74:15 80:17 85:11 93:1 94:8,10
**giving** 86:21
**good** 6:4,17,18 8:6 47:10,12 63:14 84:1
**Gotcha** 72:13
**graduated** 12:7
**gravity** 70:21
**greater** 55:16
**ground** 62:5 63:3,19 65:3,15 67:22 74:1 87:8
**guess** 88:2
**gun** 54:25 55:2 70:17, 24 72:2
**gunpowder** 94:21, 22 95:2
**gunshot** 14:3 19:20 21:8 22:2 23:5,6,13,16, 17 24:2,4,9,12,13,19, 23,25 31:20,22,24 32:3, 5,10,17 35:23,25 36:2, 4,9,11,12,14,18,20 37:7,8,21,23,25 38:3,5, 7,9,10,20,23,25 39:2,6, 8,11,15,17,18,21,23,24 40:2,9,10,11,12,18,20 43:11 44:1,17 48:16,19 53:3,12,24 54:6,8,14,23 56:3,13,16,21,22 57:5, 9,17,23 58:6,17 59:19 61:25 62:4,6 63:4,9,20 64:8 65:16 66:1,6,7 67:20 68:6,14 69:1,20 70:2,3 71:22 72:2,10,14 73:17,18 74:12,16,19 75:4 76:13 77:10,11,20 78:17 79:10 80:5,19 81:7,8,12,14,24 90:5 91:6 92:3,12 94:25 95:10,11,19
**gunshots** 40:3
**guys** 9:24 50:24 83:17

**H**

**half** 55:11
**hand** 26:5,11 30:14
**hands** 19:15 42:12
**handy** 57:3
**hanging** 50:13,14
**happen** 88:1
**happened** 27:19 44:9
**happy** 61:6
**hard** 44:6
**hasten** 43:24
**head** 75:8,9 76:4,7 77:2
**header** 21:24,25 22:1,4,12,17,20 23:12 24:18 25:3,5,6 26:1 35:22 36:8,17 37:20 38:2,19,22 39:5,14,20 92:11
**headers** 22:7 23:4
**heading** 22:14
**heads** 94:10
**hear** 8:13
**heart** 97:20

**heavier** 95:2
**height** 53:21
**helpful** 30:24
**helps** 56:17
**hemorrhage** 21:1 37:5 42:11
**hey** 83:9
**high** 51:5
**highlighting** 31:13 74:25
**highly** 55:10 64:10
**history** 27:22 28:16 50:18 51:7,12,15
**hold** 19:2 20:2
**hole** 50:6
**homicide** 18:17 19:3,4,12,14,23 20:4,6,8 54:17
**honest** 62:21
**hope** 94:13
**horizontally** 78:13
**hospital** 11:16 12:14 13:11 18:5 28:22
**hour** 9:4 34:25 98:20
**hours** 9:12
**human** 88:24
**humerus** 77:17,20
**hung** 31:14
**hypothetical** 79:7

## I

**idea** 35:15
**ideal** 32:24
**identification** 53:12
**identify** 53:11
**illegal** 47:14,17
**illicit** 47:25
**illicits** 47:22
**imaging** 16:14 27:23
**immediately** 38:17
**immobility** 58:9
**impact** 8:23
**impairment** 59:5
**importance** 82:3
**important** 8:4,24 37:6 78:20 79:2 82:11 96:11,13,15 97:20
**improper** 64:15
**inappropriate** 64:10,22
**inch** 75:8,10 76:8,10
**inches** 75:7 76:4,5,6 77:4
**incident** 56:25
**incise** 20:19 42:2,15 43:17 44:15
**incised** 41:5,9,15,22
**inclined** 75:1
**include** 13:6 16:12 27:23 29:12 45:11
**included** 47:18,23
**includes** 47:21
**including** 29:9 48:19,22 78:19
**inconsistent** 29:16 65:24
**indefinitely** 44:19
**independent** 84:11
**independently** 51:13
**indeterminate** 56:3,9 95:11,14,19
**indicating** 53:13 97:2
**indicator** 56:15,22 94:24
**individual** 18:25 19:22 24:9,10 25:20 53:21 54:10 55:5 63:19 65:3,25 66:24 67:22 74:1 96:24 97:13
**individual's** 67:9 73:9
**individuals** 16:11
**inflicted** 41:5 42:24 44:2
**info** 98:13
**information** 9:21 16:16 28:7,13 29:5,11 50:22 51:8,16
**informative** 42:6
**injured** 27:8
**injuries** 14:3 17:7 19:19 25:19 31:13 37:12 41:11,22 42:13,14 43:10 44:15,16 52:18 91:14
**injuring** 37:10 82:18
**injury** 17:24 18:24 21:5 22:9 26:24 37:14 41:21,25 42:3,15 43:10 52:16 58:14,16 59:12,15 67:3 69:13,17 92:21
**inside** 30:24 31:8 35:12 62:16 82:25 90:7 91:9 93:12 94:4
**instant** 52:3
**instantaneous** 52:9
**instructing** 33:18
**instrument** 41:13
**intake** 31:10 50:13
**intend** 61:2
**interchangeably** 34:3 93:16,18,20
**intercostal** 72:16,17,24
**interested** 29:8
**intermediate** 56:5
**internal** 16:20 17:7 37:15
**internally** 50:8
**interpose** 64:5
**interpretation** 43:24
**interrupt** 80:24
**interval** 37:12 44:18 52:6,15,19 67:4 91:14
**investigation** 11:6 14:19 21:19 51:17
**investigative** 16:12 17:19,25 18:2 27:22 28:11,23 50:24
**investigator** 51:9
**involve** 48:16 59:7
**involved** 18:16 23:10 42:8
**involves** 36:23 38:11
**involving** 25:9

## J

**jacket** 59:21
**job** 8:6 63:14 83:8
**judiciously** 50:3
**jury** 7:24

## K

**keen** 43:7
**key** 77:5
**kind** 8:7 16:13 17:23 22:13 23:7 24:16,20 27:16 28:4,5 29:3 41:20 69:11 82:3 83:6
**knew** 79:7
**knife** 41:13
**knowledge** 33:23 35:16 70:10,15 72:6 88:25

## L

**L1** 83:2

**L2** 83:2
**L3** 80:6,9 82:21 83:1
**lab** 17:22 45:21 46:12
**labeled** 23:18
**labeling** 23:19
**Laboa** 6:6
**laboratory** 44:24
**lack** 52:11,21 53:5
**lacking** 60:22
**lacks** 44:5 54:3 55:7 58:11 62:7 70:9 72:5
**Lange** 51:11
**lateral** 26:22 68:17,20 77:12,14
**law** 7:19 29:1
**laws** 87:17,25 88:9,19
**lay** 27:16,17 41:9
**layers** 27:8 42:11
**layperson** 28:1,6 85:23 86:4,14 87:3
**leading** 84:23
**leads** 91:11
**leaning** 85:3,13 86:25 87:22 88:15 89:17
**leaves** 33:24
**led** 11:9 18:24
**left** 22:3 26:5,11 33:5 36:10,18,24 38:9 39:6, 15,21 40:10,11,13,18 60:3 62:1,14 63:10 66:7,10,11,13,16,18 67:17 68:15,17,20,24 69:24 71:19 73:5,8,19, 22 76:13,16,23 77:12, 17,20,24 78:1,9 79:11, 13,21
**legal** 29:9 50:24
**legend** 24:2
**lengthy** 72:7
**Leonardo** 14:11
**lethal** 36:5,16 37:13, 25
**letter** 81:4,8
**lettering** 23:24 24:21
**letters** 46:2 53:14
**level** 22:8 44:7,14 51:5 59:11 70:20 71:9,12 80:6,9 82:3,6 83:2,4
**levels** 16:24
**licensed** 13:18
**life** 13:24 36:6 38:17 39:3 43:20,21 54:11 69:18
**ligamentous** 59:8
**limit** 64:20
**limited** 26:12
**link** 9:22
**list** 26:6
**listed** 61:15 75:25
**live** 13:14 91:24
**liver** 69:5,8,10,13
**lobe** 69:4
**lobes** 66:18 73:2
**location** 25:25 66:15 91:13 92:21
**lodge** 23:9
**long** 10:11 70:21
**longer** 37:11,17 41:16
**looked** 21:10
**Los** 6:1 7:5 10:9,12,24 11:10,13 12:21
**loses** 97:13
**loss** 37:2,6 38:13 43:5 97:9,10,12
**lot** 22:16 37:2 40:24 68:4
**lower** 66:17 69:21 78:21 82:7
**lumbar** 80:6
**lunch** 83:25
**lung** 66:18,20,24 67:5, 9 73:2,5,8,17
**lying** 87:7 89:17

**M**

**M.D.** 6:10
**madam** 83:24
**made** 86:7
**magnitude** 52:8
**make** 8:11,22 9:9 10:4 15:6 16:10 17:10 29:10 46:1 54:22 57:17 64:16 66:17,24 81:13 82:1,12 85:22 89:12
**makes** 28:5 87:24 88:3,18,23
**making** 33:18 64:17 87:6 92:15
**managerial** 83:11
**manner** 11:7 17:6 18:22,25 19:6,8,13 20:13 28:3 54:17,19
**margin** 56:13,14 82:4
**marked** 14:22,24 15:10,19 25:3 35:21 39:4 41:2
**marks** 42:9
**mashed** 69:11,12
**matching** 35:19
**material** 8:23
**materials** 17:17,20
**math** 75:19
**meaning** 21:1 41:12 42:16
**means** 12:4 20:1 21:17 27:1 30:9,11 32:22 57:15 72:17 79:15 81:18,20,21 87:16 90:9
**meant** 50:1
**mechanism** 51:19, 22 54:1
**media** 29:23 30:2 31:7 35:17
**medical** 7:4 10:7,8,9, 15,18,20,23 11:1,4,9, 13,16,19,24 12:7,14,15, 21 13:10,17 14:7,8,9,12 15:25 16:1 17:2,18 18:3,6 19:24,25 20:3 21:15,19,21 23:25 28:18 29:12 31:11 32:21 34:17,20,21 44:7, 14 50:24 51:6,7,12,15, 25 61:3 69:12,13 85:11, 17,18 86:12 87:3,4 88:5,17,23 91:11 92:5,8 94:2
**medically** 20:3 92:23
**medication** 9:11
**medications** 45:9 47:21
**medicine** 13:23 14:1
**meet** 61:2 64:5
**meets** 88:11
**members** 29:3
**memorialized** 8:5 14:15,20
**mention** 18:4 45:20 46:5 74:7 98:1
**mentioned** 11:21 12:10,15 17:12,18,21 18:8 24:16 28:4,19 56:12 90:21 91:21,22 93:10 94:12 97:22
**microbiology** 17:22
**mid** 77:12
**middle** 31:18 73:2
**midline** 71:11
**mind** 13:19,25 21:18 46:21 88:21
**mine** 46:25
**minor** 37:11 74:9
**minute** 91:17
**minutes** 35:1 52:7, 23,25 53:2 83:23 90:23

91:3,5,15,16,18,19
**mispronounced** 41:6
**misspelled** 9:24 10:1
**misstates** 32:15 33:10 62:8,9 63:6,25 65:22 66:3 67:25 68:10 69:16 70:9 71:4 72:5 73:12 74:4 85:5 86:15 93:22
**mobile** 78:12,22
**mobility** 79:3
**moment** 26:9
**morning** 6:4,7,17,18 47:10,11,12
**mortem** 27:24 45:6
**move** 66:5
**moved** 81:19
**multiple** 19:20 21:8 22:2 24:9,12 37:8 52:7 54:8,14 65:12
**muscle** 37:4 79:18
**muscles** 26:22 71:16 80:3
**muscular** 36:24 72:19,24
**musculature** 38:12
**muzzle** 94:20

N

**N2o** 46:2
**narrative** 17:4,13 27:10,15 28:5,8,15 30:20 41:4
**natural** 17:24 19:3,4 54:20
**nature** 18:1,9 24:7 25:22 69:10
**necessarily** 49:11 56:7 59:15 67:4
**neck** 25:4 26:3,19,23 66:16
**needed** 9:5
**negative** 8:24 45:7 46:15 47:24
**nerves** 72:20
**neuroscience** 11:12
**nipple** 73:19
**nitrous** 28:16 45:11, 20,25 46:2 50:18 51:1, 3,6,7,13
**nomenclature** 24:17
**noncontributory** 25:19
**nondetected** 45:7
**nondisplaced** 57:18 81:6,15,18,20
**nonfatal** 24:6,14
**notable** 20:11,16 42:15
**note** 81:13 82:1
**noted** 61:5 64:13
**notes** 16:10 32:13
**noticed** 9:23
**novo** 89:12
**nuances** 68:12
**number** 6:7 13:6 14:12 21:14 23:12 31:17
**numbered** 27:9 72:21
**numbers** 15:12

O

**oath** 7:18 8:2
**object** 32:14 33:10,16 44:4 52:11 55:19,22 56:5 60:9,21 62:7 64:14 85:5 86:15 89:8 90:10, 11 93:22
**objection** 33:19 52:21 53:5 54:3 55:7,23 57:25 58:11,25 60:23 61:5 63:5,23 64:5,13,16 65:21 66:2,25 67:11,24 68:9 69:15 70:8 71:3 72:4 73:10 74:3 75:16 80:14 85:15
**objections** 58:18 64:20,23 65:9
**observed** 22:14 24:20,24 40:4 42:24 43:19 52:18
**occur** 52:20 53:1
**offer** 32:11 62:13 85:1 87:10 89:12
**offered** 86:2,14 87:23 88:3
**offering** 87:2,4 89:2
**office** 10:18,23 11:18 12:23,24,25 17:1 31:12 50:14
**officer** 64:9
**officer's** 62:15
**officers** 60:19 61:13
**offices** 14:8
**official** 13:25
**ongoing** 64:5
**open** 17:25
**opine** 35:11,13 36:1 90:18 92:16,18
**opined** 86:24
**opining** 34:8 89:4,10 92:15
**opinion** 17:4,5,13 20:3 27:10,25 28:15 30:19 32:11 41:4 43:13, 15,16 62:13 64:7,11 69:14 80:12 85:2,11,17, 22 86:12,23 87:4,10 88:2,6 90:25 91:4 93:1
**opinions** 14:18 17:11 61:3 75:10 86:2, 4,5,13,20 87:2 89:2
**opportunity** 27:14
**opposed** 63:20 65:3 83:8
**options** 88:9,10
**oranges** 81:17
**order** 52:8,23 70:6 88:17 98:11,15
**organizational** 16:25 21:25 22:25
**organized** 25:9,11
**organs** 23:10 37:10 97:20,21
**orientation** 32:23 79:1
**original** 68:4,12
**orthogonal** 74:7
**outcome** 43:12 44:9
**overlapping** 56:20
**overlying** 59:21,22 71:11,12
**oversee** 11:5
**oxide** 28:16 45:12,20, 25 46:2 50:18 51:3,4,6, 7,13

P

**P-A-R-T-O-B-I** 10:3
**P-A-R-T-O-V-I** 6:23 10:3
**p.m.** 98:20
**pain** 92:17,25 93:8
**painful** 53:4
**paleness** 91:12
**pallor** 91:12
**palmer** 26:5,11
**palms** 97:1,4
**panel** 45:9,11 47:18, 19,22,24
**paper** 42:22 45:18
**para** 71:11
**paragraph** 41:3 42:1
**paralysis** 58:9 80:13 82:14

**paranoia** 28:17
**parent** 22:20
**parentheses** 40:19 92:13
**parenthesis** 23:18 36:10,19 37:21 38:4,23 39:7,15,22
**part** 11:25 27:13 30:19 44:25 54:1 57:21,23 59:9,19 66:10 69:4 74:8 77:14 79:13
**particles** 54:25 55:2 94:21,22 95:2
**parties** 29:9
**Partovi** 6:10,17,23 15:15,21 21:11 35:9 44:25 83:24 84:6
**parts** 20:20 25:9 60:1
**pass** 12:9 47:6
**past** 6:24 13:25 18:6, 15
**path** 35:10,12,13 62:15 96:17,18
**pathologist** 22:7 46:18 85:19 86:5
**pathologists** 20:2
**pathology** 11:15,16, 18 12:6 13:20 19:8 33:25 34:9,16 56:9 78:4 90:5,11,15 93:17 96:5, 8,12 98:2,3
**pathway** 90:7,16,18 93:12 94:4,5 96:8
**pathways** 48:22
**patient** 13:14 91:24 92:3
**penalty** 7:23
**pending** 9:7
**penetrating** 14:3 23:13,16 31:19,21,22 32:2,10 35:23 36:4,9 38:3,10,20 39:6,15,21 40:1,14,17 76:12 77:11 92:12
**people** 78:24 83:1
**perfectly** 50:6
**perforating** 31:20, 21,24 32:3,10 36:18 37:21 38:22 40:2
**perform** 14:11 16:6 17:9
**performed** 12:22 13:7 18:12 59:12 93:3
**perjury** 7:23
**person** 8:10 30:12 63:15 78:23 97:3,18
**personal** 53:9 70:10 72:5
**personally** 93:5,7
**pertinent** 49:18
**phenomenon** 43:8
**photo** 31:11
**photograph** 49:10, 20 50:13
**photographs** 16:13,14 17:19 30:18, 19,21,23,25 31:6,8,13 49:23
**photos** 31:10,12 43:1 49:7,14,15 66:14
**Physical** 92:20
**physics** 87:17,25 88:4,10,19
**physiological** 67:6
**pieces** 81:18
**pillar** 73:4
**plausible** 89:21
**play** 60:14,25
**playing** 60:15 61:23
**point** 9:20 82:2,17
**pointing** 40:8,15
**poke** 50:5,7
**police** 18:1 28:25 29:17 31:9
**portal** 9:22 51:11
**portion** 21:22 70:7 74:14 82:21
**portions** 66:20,23 67:8
**position** 11:23 33:2 53:18 78:3,5,7,12,16,19 86:9 87:6,9,11,13 89:13,17 96:20,23,25 97:3
**positionality** 89:5
**positioned** 60:19 61:13
**positioning** 86:9 87:3 89:19
**positive** 46:15 48:3
**possession** 51:2
**possibilities** 19:2
**possibility** 58:23
**possibly** 37:19 47:22 49:6 50:7 80:16
**post** 27:23 45:6
**posterior** 71:11 72:15
**potential** 36:6,16 37:13,25
**potentially** 28:6 36:6,15 39:3,12,19,25 40:19,21,22 43:21 69:18
**powder** 54:25 55:2
**POWELL** 55:19 61:1 62:12 63:22,24 64:4,17 83:19,22
**practical** 70:15 88:23
**practicality** 25:15
**practice** 12:18
**predict** 44:20
**prefer** 34:4
**prep** 48:13
**preparation** 31:3 84:15
**preparing** 28:10
**pressed** 86:7 87:8 89:11
**pressure** 97:10,13
**pretty** 13:20 17:25 18:13 22:10 47:18
**previously** 12:15 17:12 21:10 48:12 89:2
**prior** 7:3 33:11 53:20 85:6 93:23
**private** 12:17
**probe** 49:2,19 50:4
**probed** 50:5
**probing** 49:17
**problem** 60:24
**proceed** 61:20
**process** 7:11 12:1 16:6 18:8,10,24 22:9,21 52:16
**processes** 27:18,25 59:7 81:7
**products** 94:19
**professional** 11:22 20:2 53:10 85:18
**program** 12:8,10,11
**projectile** 34:12,13 48:23 59:2,18,19 65:4 71:8,10 77:23 96:8
**projections** 59:8
**promise** 95:24
**pronouncing** 6:19 79:14
**provide** 29:5 88:18 90:1
**pulpified** 69:7
**puncture** 20:19 25:4, 7 26:2,4,7,8,10 41:23 42:2,9 43:18 44:15
**purpose** 27:6
**purposes** 13:11 16:25 21:25 22:25 25:15 53:13
**put** 17:12 28:8 29:6 44:12 74:14 98:14

## Q

**quadrant** 69:2
**qualifier** 74:20,23
**quantified** 91:18
**quantify** 75:3
**quarters** 75:8,10 76:8
**question** 8:13,14 9:7 30:22 33:12 34:4 36:20 37:22 38:5 39:17,23 43:7 44:7 45:21 60:6 61:9,24 62:20 64:20,25 66:5 71:25 85:7 87:18
**questioning** 54:10 60:22 61:20 64:21 89:25
**questions** 15:17 34:22 46:20,23 57:7 61:15 84:7 86:3,6 87:1, 15 88:25 89:13 95:20 96:17 98:6,9
**quick** 30:5 46:21 47:13 83:19
**quickly** 30:1 32:14
**quotes** 23:14

## R

**random** 83:7
**randomly** 83:7
**range** 18:19 56:10 79:3 94:24,25 95:18
**ranges** 56:2
**re-entry** 79:25
**reach** 22:14 42:5
**reached** 14:19 19:17
**reaching** 88:7
**read** 15:3,16
**reader** 27:15
**readers** 68:12
**reason** 9:15 25:23 26:9 34:3 49:14,19 56:4,8 95:12
**reasonable** 19:24 43:23 44:7 85:11 88:5, 16
**reassure** 88:11
**recall** 29:22,25 30:15 49:6 50:10,21 81:1 83:15 84:16
**received** 50:11
**recent** 7:7
**Recess** 35:6 84:2
**recognize** 15:4,21, 24
**recollection** 49:22 84:11,18
**record** 6:5,22 15:14, 18,19,20 33:17,19 35:4, 5,7 40:6 60:16 64:17 65:8 84:3
**records** 16:10,12 18:3 28:18,22 29:13,17, 23 51:6,12,14 68:14
**recovered** 31:23 40:14 59:2,18,20 71:8, 10 77:23
**reentering** 79:22
**reentrance** 40:7,12 80:5
**refer** 42:25 68:3,12 80:23,25
**reference** 23:22 54:22 57:18 66:17
**referred** 95:12
**referring** 15:12 72:16,22 81:9
**refers** 25:6 96:8
**region** 23:14,17 35:24 36:5 40:12,13,25 57:10 73:4 92:13
**regular** 96:25
**reiterate** 63:11
**related** 95:14
**relates** 95:7
**relation** 61:13
**relative** 75:6
**relevance** 54:9
**reliable** 28:24 29:4, 11
**reliably** 44:20
**rely** 17:20
**remember** 7:8 20:17 29:20 42:23,25 50:19, 20 84:8 91:23
**remotely** 6:11
**render** 64:7
**rendered** 8:2
**repeat** 8:14 61:8 63:9 85:7
**repeated** 89:13,25
**repeatedly** 86:7
**repeating** 94:17
**rephrase** 8:15
**report** 14:16,20,23 15:5,25 16:1,12,18,21, 23 17:2 21:15,20,21,22 23:2,23 25:4 26:20 27:7,13 28:23 29:10,21 31:5,19 43:1 44:24 45:1,22,25 46:5,12,19 50:24 51:9,17 57:3 61:16 63:8 81:5 92:8,9 94:3
**reported** 45:14,16 46:7,11 51:15 63:8
**reportedly** 28:16
**reporter** 6:4,6 8:2,9 35:2,5,7 83:24 84:3 98:6,10,16
**reporting** 22:10
**reports** 17:15,18,23 18:1,2 28:11
**represent** 64:23
**request** 29:18 46:1
**requested** 45:13
**require** 52:14
**reserved** 34:22
**residency** 12:8,10, 11,13 13:7
**resistant** 86:6
**respect** 32:23 33:2 78:3,13 86:10
**respective** 34:23
**respond** 44:5 64:3 68:2 70:12
**responses** 8:22
**responsibilities** 11:4 85:18
**result** 46:15,16 97:12
**resulting** 28:17
**results** 46:8
**returns** 51:1
**revealing** 27:21
**review** 7:12 8:20,21 16:9,11,14 17:5,18 18:7 30:13,18 31:2 36:3 44:25 45:3 58:19 84:7, 14,22 86:20 87:2
**reviewed** 29:20 30:10 87:1
**reviewing** 31:4 63:13 81:5
**rib** 72:21,23
**ribs** 37:10 72:21,25 76:19
**risk** 41:1
**riskier** 82:18
**rods** 48:25 49:23 50:1
**room** 13:9,11,13 83:10
**rough** 13:2 18:14,18
**routine** 18:13
**routinely** 49:3
**rule** 59:17
**ruled** 58:20 59:13,14
**rules** 88:4

## S

**safe** 58:6
**samples** 45:6
**scans** 31:15
**scene** 16:13 27:22 30:25 31:7
**school** 92:5
**Science** 11:12
**scissors** 41:13
**screen** 15:1,8 21:11 47:19 48:5 60:12 61:21
**scroll** 15:2,15
**scrolled** 31:16
**scrolling** 25:2 35:20 44:22
**seconds** 91:19,20
**section** 17:3 21:16, 19,20 27:13 28:3 29:1, 6,8
**sections** 16:18,21,23 17:6,10
**selecting** 83:8
**self-inflicted** 20:20
**send** 55:22
**sense** 8:11 9:9 15:6 87:25 88:3,18,24
**sentence** 28:15
**separated** 81:22
**sequelae** 22:8
**sequence** 18:23 22:22 23:3 53:13
**series** 7:11 22:6
**services** 10:15
**set** 24:8
**setting** 13:11 14:9 93:17
**severe** 43:10
**share** 15:1 48:5
**sharing** 16:4 30:5
**sharp** 41:11,12,13,21, 22,25 44:15
**shooter** 55:5
**shooting** 60:5,20 61:14
**short** 44:8
**shorter** 82:5
**shortly** 95:25
**shot** 19:22 85:4,13 86:9 89:6 91:15
**shoulder** 36:10 39:6 66:7,10,11,13,16 76:13, 16,17
**show** 31:8 60:5 61:11, 16,19
**showing** 15:22 21:12 42:12
**side** 68:20
**sight** 70:16,23
**significance** 25:16, 19 46:17 56:11,14 94:14
**significant** 21:5 26:23 42:3,14
**signs** 17:24 37:6
**similar** 38:8 71:25 73:24 81:11
**simple** 70:22
**simply** 88:13
**sir** 87:18
**sit** 84:10,17,21 93:3
**site** 23:9
**sitting** 87:7
**skin** 21:2 26:13,17 36:25 37:3 42:11 55:3 94:16,23 95:3
**slash** 82:22
**slight** 75:11
**slightly** 60:3 62:1 63:10 67:17 68:24 69:24 71:19 74:13,14, 15,18,21 75:2 76:23
**smallest** 42:22
**snippets** 84:7 85:1,9
**soft** 21:4 26:16 38:11 59:21 69:10 71:10,12, 14 79:18,20 80:3
**solely** 88:3
**soot** 54:22,24,25 55:5, 11 56:6 94:12,15,18,23 95:8,9,15 96:1
**sort** 21:24 22:21,22 54:9 74:22
**sound** 20:3
**Sounds** 84:1
**source** 28:24 29:4,12 50:21
**sources** 28:20
**space** 33:3,7 72:16,17 78:12,22 86:10
**spaces** 72:18,24
**speak** 8:4
**speaking** 8:10 22:16,19 23:1 37:9 41:1 53:3 55:4,11 91:10,23 92:23 97:8
**speaks** 63:7,15
**specialties** 12:7
**specialty** 13:20
**specific** 20:7 24:4,13 30:23 34:9 65:14 89:14, 20
**specifically** 30:24 50:21
**spectrum** 27:1
**speculating** 88:17
**speculation** 44:5 52:21 53:6 54:4 55:8,20 57:25 58:12 60:22 62:8 63:6,25 65:22 66:3 67:1,12,25 68:10 69:16 70:9 71:4 72:5 73:12 74:4 75:17 80:15
**speculative** 64:11
**spell** 6:21
**spent** 93:25
**spinal** 58:3 59:5,12 82:4,5,7,10,14,15,19, 22,25 83:1,4 92:22
**spine** 57:21,22,24 58:3,4,7,10 59:3,24 71:15
**spinous** 59:7 81:6
**spoke** 37:13
**spoken** 28:9
**St** 11:14
**stab** 41:17,23
**staff** 13:12
**stamp** 15:12
**stamped** 31:17 60:17
**standard** 20:2 33:2,5
**standardized** 21:22 22:10
**standing** 63:21 65:3, 25 78:23 85:3,12 86:25 87:7,21 88:15 96:24,25 97:4
**start** 7:10 9:18 12:24 27:21
**started** 9:20 16:16 46:24
**starting** 57:6,9
**state** 6:21 7:15 46:9
**statement** 37:8 86:8 92:2
**step** 22:22
**stippling** 54:23,24 55:2,6,12 56:6 94:13, 15,19 95:1,8,9,15 96:2
**stop** 16:4 48:5
**stopped** 15:19 44:22
**stops** 82:8
**story** 27:18
**straight** 32:24 34:13 65:4 70:16,24

**strat** 26:22
**striations** 35:18
**strict** 74:22
**strictly** 13:20
**strike** 56:11 73:1,4 77:17 92:1
**strikes** 33:24 58:10
**striking** 62:15 66:23 67:8 73:7,17 90:10
**struck** 57:23 58:7 66:21 69:4 70:25 71:1 78:6 80:6
**structural** 59:9
**student** 13:10,17 14:7
**studio** 16:14 31:12 49:15
**stuff** 35:19 70:22 93:8
**style** 17:4 27:20
**styles** 22:18
**subcutaneous** 36:23
**subheader** 22:1,5, 17,21 23:13 24:18 26:1, 4 36:8,17 37:20 38:2, 19,22 39:5,14,20 92:11, 14 94:15
**subheaders** 22:13
**substances** 45:9 47:25
**suffering** 92:17,25 93:9
**suggest** 89:16
**suggestion** 87:6,11 89:12
**suicide** 19:3,4 54:20
**summaries** 17:19
**summarize** 94:5
**summarizes** 94:3
**summary** 16:12 17:2,3,12,13 21:15,20, 21 27:10 28:15 30:19 41:4 44:24 92:9 94:3
**sun** 48:1
**superficial** 21:3,4 25:18 26:4,7,10,12,14, 15,16,21,25 27:3,5 43:17
**superficially** 36:25
**superior** 39:6 66:7, 10 76:13,16
**superomedial** 36:10
**supply** 40:25
**support** 13:24
**supports** 20:24
**suppose** 14:7
**supposed** 74:24
**surface** 41:16,18 55:1,3 77:16 94:23
**surgical** 92:2
**surgically** 91:10,23
**surrounding** 71:14 94:16
**survivable** 37:14 43:9
**survival** 37:12,17 43:12 44:11
**survived** 90:22 91:1, 2,5
**sustained** 53:14 63:3,20 65:4,16,25
**sustaining** 53:3
**sustains** 62:5
**swear** 6:7
**sworn** 6:11
**synthesis** 28:12
**system** 19:7,9 22:17 23:19,24 24:21 30:3,5, 6,9,12 31:6 46:11

**T**

**T1** 71:9
**T3** 57:18,21 59:22 82:22,24
**T4** 57:18,21 59:22 82:24
**T4is** 82:22
**takes** 48:23 96:8
**taking** 8:3 14:2 34:25 64:15
**talk** 34:11 61:6
**talked** 81:1
**talking** 92:22
**target** 70:17,25
**Technically** 97:25
**teleconference** 98:18
**telling** 78:10
**tells** 27:13 28:5
**ten** 83:21
**tend** 93:18
**term** 27:4 34:4 51:19, 25 69:12 93:13,14,15 96:4
**terminal** 33:21,25 34:9,16 90:4,6,9
**terminology** 33:1 34:10
**terms** 19:25 32:21 41:9 83:6 96:7
**test** 46:2
**tested** 45:7,14,15,23 46:4,6,9,10,13,14 47:17 48:1,2
**testified** 6:12 62:17 64:6
**testify** 8:25 9:13
**testifying** 7:23
**testimonies** 7:3
**testimony** 9:16 32:15 33:11 62:8 63:6 64:1 65:22 66:3 67:25 68:10 69:16 70:9 71:4 72:5 73:13 74:4 85:6 86:16 93:23
**tests** 17:22
**text** 55:22
**therapeutic** 13:21
**thigh** 26:17
**thing** 9:21 18:3 25:20 67:20 96:14
**things** 16:24 46:10,12 50:4,7 92:19,25
**thoracic** 71:9,12
**thought** 88:22
**threatening** 36:7 38:17 39:3 43:20,21 54:11 69:18
**threshold** 43:14 74:23
**Thurgood** 55:22
**time** 6:5 8:10 9:3 44:18,19 47:4 49:18 52:5,14,19 60:19 61:14 62:14 67:5 78:5,12,22 85:3,13 86:10 90:22 91:14 92:4,6 93:25 94:19
**times** 7:1 51:4
**tissue** 21:4 26:16,17, 18 38:11 42:8 59:21 71:11,12,14,16,17 72:20 79:18,21 80:3
**tissues** 36:24
**today** 7:22 8:3,25 9:13,16 11:23 33:18 84:10,15,17,21 85:10 93:3
**top** 21:14 39:13 66:12, 13,15 75:7,9 76:4,6,17 77:2
**torso** 22:3 25:4 37:21 40:15 79:23
**total** 12:23 13:3 32:4
**tox** 46:12
**toxicology** 17:15 45:23 46:1,5,19 47:13, 15
**TPD-00099** 60:17

**TPD-00130** 15:10
**TPD-00131** 15:18 21:14 35:22 39:5
**TPD-00132** 15:18 25:3 27:10 39:14
**TPD-00133** 15:20 31:18 41:2
**TPD-00152** 44:23
**track** 23:9 32:22 36:23 38:11 59:6 63:9 69:8,9 79:24 80:2 92:14,16
**tracks** 25:20 85:20
**training** 10:22 11:15, 18,22 13:11,24 14:9 48:18 90:3,4 91:11
**trains** 88:22
**trajectories** 48:22 61:15
**trajectory** 32:11,17, 21,25 33:7 34:2,8,15 48:25 53:17 60:2,7 61:3 62:3,14,23 63:17 64:1,8 70:17,18,21 73:25 75:14 76:10 93:15 96:4, 7,11
**transcript** 8:20 98:11
**transcription** 27:17
**translation** 27:18
**traumatic** 14:3
**travel** 35:10,12 62:16 96:17,18
**traveled** 67:23 74:2
**traveling** 33:3
**travels** 32:24
**treated** 13:14 37:18 91:24 92:3
**trigonometry** 75:19
**trivial** 25:20 43:11
**true** 78:17
**tunnel** 36:24
**turn** 8:7
**type** 16:7 29:5 41:25 67:3 81:13 85:1
**types** 41:11 56:20 92:18
**typically** 7:10 9:4 18:10 31:23 78:23

## U

**unable** 95:6
**unburnt** 55:2 95:2
**underarm** 40:12,13
**undergraduate** 11:11
**underlying** 22:20
**understand** 7:20,25 8:14,16 9:1 28:6 48:12 62:20 65:19 75:23 86:19 87:18 88:20 89:7
**understanding** 24:11 33:8 60:18 61:12, 17
**undetermined** 19:3,5 54:20
**University** 11:12,14
**uploaded** 29:24 30:4,6 31:6
**uploading** 29:17
**upper** 22:3 25:5 38:3, 10,20,23 41:6 66:17 68:15 69:1 70:3,5 71:2, 6,23 72:1,3 73:1 78:21
**ups** 94:10
**upside** 78:24,25
**upward** 71:20
**utilities** 22:19
**utility** 49:25

## V

**Valenzuela** 32:14 33:10,13,16 34:25 35:3 40:6 44:4 46:24 47:3,6, 9 48:5,8 52:17,24 53:7 54:12 55:14,21,25 58:5, 15,22 59:1 60:10,24 61:1,5,10 62:10,12,19 63:16,22 64:2,4,13,19 65:17,23 66:4 67:7,13 68:1,13 69:19 70:11 71:7 72:9 73:14 74:11 75:22 80:21 83:16,20, 21 84:1,6 85:5,15 86:3, 15 89:8 93:22 94:9 95:23 98:4,8,10,12
**variable** 27:20 55:10
**variably** 26:15
**varies** 52:6,8,16
**vascular** 21:5 26:24 42:3,15
**vasculature** 40:24
**vehicle** 30:25 31:8,9
**vehicles** 31:9
**verbal** 28:24
**versus** 26:7 31:21 45:16 88:23
**vertebra** 59:22 71:9, 12 81:23 82:15
**vertebrae** 58:4 59:9, 23 60:1 80:6,10 81:2,25 82:9,25
**vertebral** 57:22 71:13 81:16,22 82:2,5
**vertical** 78:14
**vessel** 40:25
**vessels** 72:20
**video** 29:2,15 30:4,14 60:5,11,14,15,17,25 61:12,16,19,21,23 63:7, 13,15 85:9,23 86:14,21 98:18
**videos** 30:9 56:25 84:8,11,12,14,18,21 85:1 87:1
**violate** 87:17,25 88:4
**visceral** 37:10 38:18
**vital** 25:18
**vitamin** 51:5

## W

**walk** 78:24
**wanted** 61:11,16
**ware** 43:2
**watch** 30:17
**watched** 85:10
**watching** 29:25 30:15
**ways** 22:24
**Wednesday** 6:2
**weight** 53:21
**whichever** 78:25
**wiggle** 83:10
**willy-nilly** 50:9
**withdraw** 66:4
**witness'** 32:15 33:11 85:6 86:16 93:23
**witnesses** 8:21
**word** 34:2 87:19,20 92:2
**words** 34:11
**work** 9:19 10:6
**worked** 10:14,17,21, 25 12:16 13:4,12
**works** 47:5
**world** 32:24
**worn** 29:2,15,21
**wound** 23:8,9,14,16 24:3,5,10,13,19,25 25:20 26:7,8,21 31:22, 25 32:8,22 35:24 36:2, 4,5,9,15,18,20,23 37:7, 8,18,21,25 38:3,5,9,10, 11,20,23,25 39:2,6,8, 11,15,18,21,23,24 40:9, 10,11,13,18,20 42:21 43:11 50:4 53:24,25 54:6 56:16,23 57:6,9, 17,23 58:6,17 59:6,19 61:25 62:4,6 63:4,9,20 65:16 66:1,6,7 68:6,14 69:1,8,9 70:2,3 71:5,22

72:2,11,14 73:17,18 74:16,19 75:4 76:13 77:6,8,11,21 79:10,24 80:2,5,12,19 81:7,12, 14,24 85:20 92:12,14, 16

**wounded** 91:3

**wounds** 14:4 19:20 20:19 21:1,2,3,8 22:2 23:5,6,17 24:9,12,23 25:4,7 26:3,5,11 31:20 32:3,4,5,10,17 35:25 36:11 37:23 40:2 41:5, 9,15,17,18,23 42:2,16, 18,24 43:4,17,18,20 44:1,2,15,16,17 48:16, 19,20 53:3,12 54:8,14, 23 56:3,13,21 64:8 74:12 77:10 78:17 87:13 90:5 91:6 93:5 95:10,11,19

**Wynn** 6:16 14:22,25 32:18 33:14 34:7,24 35:4,8 40:16 44:21 47:2,5 48:7 52:11,21 53:5 54:3 55:7 57:25 58:11,18,25 60:9,21 62:7 63:5,23,24,25 65:8,21 66:2,25 67:11, 24 68:9 69:15 70:8 71:3 72:4 73:10,12 74:3 75:16 80:14 83:18 84:5 85:8 86:1,18 89:23 94:1,8,11 95:20 98:9

**X**

**x-ray** 59:10

**x-rays** 16:15

**Y**

**Yale** 11:16 12:14

**year** 7:9

**years** 10:13 51:5

**York** 10:18,21,25 11:18

**Z**

**Zoom** 9:22