# "EXHIBIT T"

**Course name:** Traffic, High Risk, and Bicycle/Pedestrian Stops

**Time:** 6 hours

**Instructor:** FTO Committee

**References:** FTO Manual

**Goal:** Introduce the students to traffic stops as it pertains to vehicles, pedestrians, and bicyclists.

**Performance Objectives:** At the conclusion of this block, the students will be able to conduct traffic and high risk stops with a basic level of competency.

**Vehicle Orientation:**

- Lights/siren control pad
- In-car radio
- Overhead light bar
- Spotlights

**Traffic Stops:**

- Vehicle positioning
- Radio traffic
- Approach to the vehicle
- Returning back to unit during investigation
- Cover/concealment during records checks

**High Risk Stops:**

- When and why we conduct them
- Units needed and responsibilities of each
- Vehicle positioning
- Assignments for officers on-scene
- Commands given
- Clearing the vehicle

**Practical Application:**

The students will have the opportunity to practice basic to more complex traffic stops. The students will also rotate through the responsibilities of Officers during a high risk stop.

# TORRANCE POLICE TRAINING BULLETIN

**JAMES D. HERREN**
**CHIEF OF POLICE**

**NO: 04-09**
**DATE: 23 JUL. 04**

## Traffic Stop Safety

In light of recent Department-related traffic stops, which resulted in collisions and injury to officers, the following information is solely intended to serve as reminder in making a traffic stop.

**Overview** - Recently, officers initiated a traffic stop on a busy roadway in heavy traffic in the shoulder lanes of the roadway. At the time of the collisions, officers were in the process of conducting an investigation. The following key points should be taken into account when making a traffic stop to ensure the best possible outcome for officers.

**Key Points to Consider When Making a Traffic Stop:**

- Consideration should be taken to making the stop out of heavy traffic flow. If the stop is initiated on a busy roadway, have the violator turn onto a less busy side street or parking lot. This reduces the chances of causing accidents and increases officer safety from a traffic collision standpoint. Also, take the density of vehicular/pedestrian traffic into account, as this will normally affect the outcome of a stop.

- Maintain a safe distance behind the vehicle when you use your red lights and/or siren. Be mindful and alert of quick stops on the part of the violator.

- After the vehicle is stopped, the police unit should be approximately 8-16 feet behind the violator's vehicle. The left front fender of the police unit should be offset about 3-4 feet to the left of the violator's left rear quarter panel. This provides a "buffer zone" for the officer on his/her approach to the driver's side of the violator's vehicle.

- Care should be taken to monitor the actions of the occupant(s), giving special attention to occupants' hands.

**Key Points to Consider When Making a Traffic Stop-Continued:**

- Never stand behind the violator's vehicle nor walk between it and the police unit.

- When issuing a citation, stand in a place which affords you the most available safety. Maintain view of your surroundings, the violator and monitor other vehicle and pedestrian activity.

- In the event an officer needs to conduct a warrant check or any other radio-related traffic, utilize a portable. This not only affords an officer the freedom away from the unit, but also provides a more complete view of the surroundings as a whole.

Officers are encouraged to exercise caution and are reminded of the inherent dangers associated with making a traffic stop.

JAMES D. HERREN
CHIEF OF POLICE

Lieutenant Geoffrey Rizzo
Research and Training Division Commander