Dale K. Galipo (SBN 144074)
Eric Valenzuela (SBN 284500)
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Maria Guadalupe Diaz, et al.<br>PLAINTIFF(S)<br>v.<br>City of Torrance, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:25-cv-03389-JLS(AYPx)<br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

1. Exhibit G - 0040. Video - TPD - BWC - (Extraction_1.1 _Axon_Body_3_Video_2024-12-02_1658_X60AA726P.mp4
2. Exhibit I - 0039. Video - TPD - BWC - (Extraction_1.1) _Axon_Body_3_Video_2024-12-02_1658_X60AA296L.mp4
3. Exhibit K - 0099. Video - TPD - UAS Drone - DJI_20241202170007_0003_S.mp4
4. Exhibit L - 0041. Video - TPD - BWC - (Extraction_1.1)_Axon_Body_3_Video_2024-12-02_1659_X60AA69
5. Exhibit M - 0047. Video - TPD - BWC - (Extraction_1.2) _Axon_Body_3_Video_2024-12-02_1658_X60AA296L.mp4
6. Exhibit N - 0050. Video - TPD - BWC - (Extraction_1.3)_Axon_Body_3_Video_2024-12-02_1658_X60AA2

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________
☐ Other:

October 16, 2026
Date

Dale K. Galipo
Attorney Name

Plaintiffs
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*