LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA GUADALUPE DIAZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TORRANCE, et al.,<br><br>Defendants. | Case No. 2:25-cv-03389-JLS (AYPx)<br><br>[*Hon. Josephine L. Staton*]<br><br>**NOTICE OF ERRATA RE: EXHIBIT R TO THE DECLARATION OF ERIC VALENZUELA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

TO THE HONORABLE COURT AND ALL PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD:

Plaintiffs hereby submit their Notice of Errata Regarding Exhibit "R" to the Declaration of Eric Valenzuela in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. ECF No. 63-2.

Exhibit "R" to the Declaration of Eric Valenzuela (ECF Nos. 63-20 and 63-21) inadvertently contained the entire deposition transcript of Edwin Partobi, M.D., instead of just containing the relevant pages thereto. Accordingly, Plaintiffs respectfully request that ECF Nos. 63-29 and 63-21 be stricken from the docket and replaced with the corrected Exhibit "R".

Plaintiffs' counsel sincerely apologizes for any confusion and inconvenience this may have caused the Court or any interested party.

Attached hereto as Exhibit "R" is a true and corrected copy of Exhibit "R" in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. ECF No. 63.

DATED: 10.19.26

**LAW OFFICES OF DALE K. GALIPO**

By /s/ Eric Valenzuela
Eric Valenzuela
Attorneys for Plaintiffs