UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES – GENERAL**

Case No. CV 25-03389-JLS-(AYPx) Date: November 06, 2026
Title: Maria Guadalupe Diaz, et al. v. City of Torrance, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | Amy Diaz |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Eric Valenzuela | Angela Powell<br>Thurgood Wynn<br>Ryan Allein |

**PROCEEDINGS: Motion for Summary Judgment and/or Partial Summary Judgment of Issues filed by Defendants City of Torrance [57]**

The case is called and counsel state their appearances. Court and counsel confer. The motion hearing is held. The Court takes the motion under submission and a written order will issue.

: 44

Initials of Deputy Clerk: kd