UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-03389-JLS-AYP Date: November 17, 2026
Title: Maria Guadalupe Diaz et al v. City of Torrance et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND MOTIONS IN LIMINE DEADLINE**

On the Court's own motion, the Final Pretrial Conference in this matter is continued to **February 5, 2027, at 10:30 a.m.** The deadline to file motions in limine is continued to **January 8, 2027**. All other deadlines keyed to the Final Pretrial Conference, as outlined in the Local Rules and this Court's Civil Trial Order, are continued in accordance with the continuance of the Final Pretrial Conference.

Initials of Deputy Clerk: kd