UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-03389-JLS-AYP Date: November 25, 2026
Title: Maria Guadalupe Diaz et al v. City of Torrance et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Kelly Davis — Deputy Clerk

N/A — Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF: Not Present

ATTORNEYS PRESENT FOR DEFENDANT: Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER (1) DENYING EX PARTE APPLICATION FOR ORDER CERTIFYING DEFENDANTS' APPEAL AS FRIVOLOUS (Doc. 75), AND (2) CONTINUING FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES**

On November 18, 2026, Defendants Arturo Castillo, Cody Wissler, Jesus Garcia, and Jason Bermudez filed a Notice of Appeal of this Court's Order denying their summary judgment motion on the defense of qualified immunity. (Doc. 74.) On November 24, 2026, Plaintiffs Maria Guadalupe Diaz; A.D., a minor by and through his Guardian Ad Litem, Maria Guadalupe Diaz; A.D., a minor by and through his Guardian Ad Litem, Maria Guadalupe Diaz; Leonardo Diaz; and Ramona Ramirez De Diaz filed an *ex parte* application to certify Defendants' appeal as frivolous. (App., Doc. 75.) Plaintiffs represent that they filed their application on an *ex parte* basis because the earliest date that a regularly-noticed motion can be heard is the same as the deadline for the parties' motions in limine. (*See id.* at 2–3.)

Plaintiffs have not shown that extraordinary circumstances exist to justify the need for *ex parte* relief, so the Court will not rule on the merits of their arguments on an *ex parte* basis. The Court thus DENIES the application, without prejudice to refiling as a regularly-noticed motion, and CONTINUES the Final Pretrial Conference to **March 12,**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-03389-JLS-AYP Date: November 25, 2026
Title: Maria Guadalupe Diaz et al v. City of Torrance et al

**2027, at 10:30 a.m.** The deadline to file motions in limine is continued to **February 12, 2027**. All other deadlines keyed to the Final Pretrial Conference, as outlined in the Local Rules and this Court's Civil Trial Order, are continued in accordance with the continuance of the Final Pretrial Conference.

Initials of Deputy Clerk: kd